**Below is the Order of the Court.**



**Marc Barreca
U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re: | NO. 18-14536-MLB |
| TIMOTHY DONALD EYMAN, | COMFORT ORDER ON EXEMPTION FROM AUTOMATIC STAY |
| Debtor. | |

THIS MATTER came on for hearing on the State of Washington's Motion For Exemption From the Automatic Stay in the matters of *State of Washington v. Tim Eyman, et al.* (Thurston County Superior Court case no. 17-2-01546-34) and *State v. Tougher to Raise Taxes, et al.* (Thurston County Superior Court case no. 16-2-03891-34). The parties appeared through counsel. The Court having considered the pleadings filed in this matter and the Court file, and having determined that the State satisfied both the pecuniary purpose and public policy tests under 11 U.S.C. § 362(b)(4), and that good cause has been shown; NOW, THEREFORE,

COMFORT ORDER ON EXEMPTION FROM AUTOMATIC STAY — 1

OFFICE OF THE ATTORNEY GENERAL
Bankruptcy & Collections Unit
800 Fifth Avenue, Suite 2000
Seattle, Washington 98104-3188
Phone: (206) 389-2187 – Fax (206) 587-5150

Case 18-14536-MLB    Doc 38    Filed 01/08/19    Ent. 01/08/19 13:40:09    Pg. 1 of 2

ORDERS that the State's enforcement cases of *State of Washington v. Tim Eyman, et al.* (Thurston County Superior Court case no. 17-2-01546-34) and *State v. Tougher to Raise Taxes, et al.* (Thurston County Superior Court case no. 16-2-03891-34) are exempted from the automatic stay because they were brought as the exercise of the State's police or regulatory powers as identified by 11 U.S.C § 362(b)(4). The State is hereby authorized to proceed in state court with these state enforcement proceedings except as provided below. Enforcement of any "money judgment" as used in Section 362(b)(4) remains subject to the automatic stay.

///End of Order///

PRESENTED BY:

ROBERT W. FERGUSON
Attorney General

/s/ Linda A. Dalton
SUSAN M. EDISON, WSBA No. 18293
DINA YUNKER FRANK, WSBA No. 16889
   *Assistant Attorneys General*
LINDA A. DALTON, WSBA No. 15467
   *Senior Assistant Attorney General*
ERIC S. NEWMAN, WSBA No. 31521
   *Chief Litigation Counsel – Antitrust Division*
Attorneys for the State of Washington

APPROVED FOR ENTRY:

/s/ Larry B. Feinstein
LARRY B. FEINSTEIN, WSBA No. 6074
Attorney for Debtor

COMFORT ORDER ON EXEMPTION FROM AUTOMATIC STAY

2

OFFICE OF THE ATTORNEY GENERAL
Bankruptcy & Collections Unit
800 Fifth Avenue, Suite 2000
Seattle, Washington 98104-3188
Phone: (206) 389-2187 – Fax (206) 587-5150

Case 18-14536-MLB    Doc 38    Filed 01/08/19    Ent. 01/08/19 13:40:09    Pg. 2 of 2