**Below is the Order of the Court.**

_____
Marc Barreca
**U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

_____

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| In re: | Bankruptcy No. **18-14536** |
|---|---|
| TIMOTHY EYMAN | ORDER GRANTING APPLICATION TO HIRE VORTMAN & FEINSTEIN AS ATTORNEY FOR DEBTOR and APPLICATION TO HIRE SPECIAL COUNSEL ROBERT MCCALLUM, NUNC PRO TUNC |
| Debtors, | |

THIS MATTER came before the Court on the Application ("Application") of the Debtor, Timothy Eyman ("Debtor"), to employ Larry B. Feinstein and Vortman & Feinstein as Debtor's General Bankruptcy Counsel and to employ Joel Ard of Ard Law Group, Robert McCallum of LeSourd & Patten, PS, and Stephen Pidgeon of Stephen Pidgeon Attorney at Law PS as Special Counsel, nunc pro tunc. The Court reviewed the Application and the accompanying Declarations of Larry B. Feinstein, Joel Ard, and Robert McCallum. The State of Washington responded and the matter was heard on January 4, 17, and 31, 2019. At the hearing(s) Mr. Feinstein informed the Court that the application to employ Stephen Pidgeon was withdrawn without prejudice. The Court continued the hearing for the employment applications on issues raised at the January 4th and January

ORDER GRANTING APPLICATION TO HIRE
ATTORNEYS
Page 1 of 3

Vortman & Feinstein, P.S.
929 108th Ave NE, Suite 105
Bellevue, WA 98004
Phone: 206-223-9595
Fax: 206-386-5355

Case 18-14536-MLB    Doc 57    Filed 02/05/19    Ent. 02/05/19 14:37:14    Pg. 1 of 3

17th hearings; and the Court making findings on the record that are incorporated herein and made a part hereof; therefore

The Court finds that Larry B. Feinstein and Robert McCallum are duly authorized to practice before this Court; that they do not hold or represent any interest adverse to the estate; that they are disinterested persons within the meaning of the United States Bankruptcy Code; that the employment of Debtor's General Bankruptcy Counsel and Special Counsel on tax matters are necessary to Debtor; and that they are well qualified to represent the estate and the Debtor. The Court further finds that the appointment application of Stephen Pidgeon as family law Special Counsel is withdrawn. Finally, the Court finds that sufficient information was provided concerning the appointment application of Joel Ard as state court litigation Special Counsel, and that is approved. Now, therefore, it is hereby:

ORDERED that the employment of Larry B. Feinstein as General Bankruptcy Counsel, Robert McCallum as Special Counsel on tax matters for the Debtor, and Joel Ard as Special Counsel for litigation matters, under the terms set forth in the Application(s) is hereby approved, nunc pro tunc as of the date of petition filing. It is further

ORDERED that any funds paid to the Debtor by third parties for "legal defense" that made up the pool of funds paid to the various attorneys herein shall be reported separately to the United States Trustee if not already done so, with said information to include the names of the third party contributors, the dates of payments, and the amounts paid by said third party contributors, which list may be satisfied by providing a copy of the check(s) themselves or PayPal/GoFundMe transaction deposit receipts if said checks and transaction deposit receipts include said information. This is a continuing obligation on the Debtor through the term of the bankruptcy.

/// End of Order ///

ORDER GRANTING APPLICATION TO HIRE ATTORNEYS
Page 2 of 3

Vortman & Feinstein, P.S.
929 108th Ave NE, Suite 105
Bellevue, WA 98004
Phone: 206-223-9595
Fax: 206-386-5355

Case 18-14536-MLB    Doc 57    Filed 02/05/19    Ent. 02/05/19 14:37:14    Pg. 2 of 3

Presented by:

/s/ Larry B. Feinstein
Larry B. Feinstein, WSBA #6074
Kathryn P. Scordato, WSBA #41922
Attorney for Debtor

Approved for Entry:

/s/ Linda A Dalton
_____
SUSAN M. EDISON, WSBA No. 18293
DINA YUNKER FRANK, WSBA No. 16889
   *Assistant Attorneys General*
LINDA A. DALTON, WSBA No. 15467
   *Senior Assistant Attorney General*
ERIC S. NEWMAN, WSBA No. 31521
   *Chief Litigation Counsel – Antitrust Division*
Attorneys for the State of Washington


Approved for Entry:

/s/ Martin L Smith
_____
United States Trustee
By: Martin L. Smith, WSBA #24861
Trial Counsel

ORDER GRANTING APPLICATION TO HIRE ATTORNEYS
Page 3 of 3

Vortman & Feinstein, P.S.
929 108th Ave NE, Suite 105
Bellevue, WA 98004
Phone: 206-223-9595
Fax: 206-386-5355

Case 18-14536-MLB    Doc 57    Filed 02/05/19    Ent. 02/05/19 14:37:14    Pg. 3 of 3