The Honorable Marc L. Barreca
Chapter 11

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In re

TIMOTHY DONALD EYMAN,

Debtor.

NO. 18-14536-MLB

EX PARTE MOTION TO ALLOW OVERLENGTH BRIEF

The State of Washington moves the Court, pursuant to Local Bankruptcy Rule 9013-1(d)(1)(C) and (g), for an ex parte order allowing it to file an overlength response to the Application for Interim Compensation filed by attorney Joel Ard and Ard Law Group PLLC (ECF No. 59), noted for hearing March 7, 2019, with responses due February 28, 2019. In his fee application, counsel seeks an order granting attorney's fees and costs approximating $53,103.65 in compensation for billings spanning the period of November 29, 2018 through January 31, 2019. The State makes this request because responding to the material submitted with the Application entails line-item analysis of several pages of billing statements.

//

//

//

EX PARTE MOTION TO
ALLOW OVERLENGTH BRIEF

1

OFFICE OF THE ATTORNEY GENERAL
Bankruptcy & Collections Unit
800 Fifth Avenue, Suite 2000
Seattle, Washington 98104-3188
Phone: (206) 389-2187 – Fax (206) 587-5150

Case 18-14536-MLB   Doc 68   Filed 02/27/19   Ent. 02/27/19 09:45:12   Pg. 1 of 2

The State anticipates its memorandum will not exceed 15 pages. Detailed scrutiny of the fee application does not disadvantage counsel; therefore, consideration of the State's request on an ex parte basis is appropriate.

DATED this _25th_ day of February 2019.

ROBERT W. FERGUSON
Attorney General

/s/ Dina Yunker Frank

ERIC S. NEWMAN, WSBA No. 31521
Chief Litigation Counsel, Antitrust Division
SUSAN EDISON, WSBA No. 18293
Assistant Attorney General
DINA YUNKER FRANK, WSBA No. 16889
Assistant Attorney General
Attorneys for the State of Washington

EX PARTE MOTION TO
ALLOW OVERLENGTH BRIEF

2

OFFICE OF THE ATTORNEY GENERAL
Bankruptcy & Collections Unit
800 Fifth Avenue, Suite 2000
Seattle, Washington 98104-3188
Phone: (206) 389-2187 – Fax (206) 587-5150

Case 18-14536-MLB    Doc 68    Filed 02/27/19    Ent. 02/27/19 09:45:12    Pg. 2 of 2