The Honorable Marc L. Barreca
Chapter 11

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In re

TIMOTHY DONALD EYMAN,

　　　　　　　　　　Debtor.

NO. 18-14536-MLB

EX PARTE MOTION TO ALLOW OVERLENGTH BRIEF

　　　The State of Washington moves the Court, pursuant to Local Bankruptcy Rule 9013-1(d)(1)(C) and (g), for an ex parte order allowing it to file an overlength reply to the Debtor's Response to the State's Motion for Conversion to Chapter 7 filed by attorney Larry B. Feinstein (ECF No. 87), set for hearing April 11, 2019, with reply due April 8, 2019. The State makes this request due the overlength response filed by the Debtor and the need to respond to the facts presented by the Debtor.

//

//

//

//

//

EX PARTE MOTION TO
ALLOW OVERLENGTH BRIEF

1

OFFICE OF THE ATTORNEY GENERAL
Bankruptcy & Collections Unit
800 Fifth Avenue, Suite 2000
Seattle, Washington 98104-3188
Phone: (206) 389-2187 – Fax (206) 587-5150

Case 18-14536-MLB    Doc 91    Filed 04/05/19    Ent. 04/05/19 15:43:58    Pg. 1 of 2

The State's memorandum will not exceed 10 pages. Detailed scrutiny of the facts does not disadvantage counsel; therefore, consideration of the State's request on an ex parte basis is appropriate.

DATED this __5th__ day of April, 2019.

      ROBERT W. FERGUSON
      Attorney General

/s/ Susan Edison

---

SUSAN EDISON, WSBA No. 18293
  *Assistant Attorney General*
DINA YUNKER FRANK, WSBA No. 16889
  *Assistant Attorney General*
ERIC S. NEWMAN, WSBA No. 31521
  *Chief Litigation Counsel, Antitrust Division*
Attorneys for the State of Washington

EX PARTE MOTION TO
ALLOW OVERLENGTH BRIEF

2

OFFICE OF THE ATTORNEY GENERAL
Bankruptcy & Collections Unit
800 Fifth Avenue, Suite 2000
Seattle, Washington 98104-3188
Phone: (206) 389-2187 – Fax (206) 587-5150

Case 18-14536-MLB    Doc 91    Filed 04/05/19    Ent. 04/05/19 15:43:58    Pg. 2 of 2