

**Below is the Order of the Court.**

_____
**Marc Barreca**
**U.S. Bankruptcy Judge**
**(Dated as of Entered on Docket date above)**

_____

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re: | Bankruptcy Case No. 18-14536-MLB |
| **Timothy Donald Eyman**, | **ORDER SETTING BUDGET AND REPORTING REQUIREMENTS** |
| Debtor. | |

THIS MATTER came before me *sua sponte*. On April 11, 2019, I held a hearing on Debtor's Motion to Dismiss (Dkt. No. 74) and the State of Washington's Motion to Convert (Dkt. No. 84). Based on the findings of facts and conclusions of law orally set forth on the record at the time of hearing and otherwise having good cause, IT IS HEREBY ORDERED THAT

1. The Debtor shall file monthly expenditure projections for the period May through December 2019 by no later than **April 25, 2019** (the "Monthly Projected Expenditures").[1]

2. Starting with the May 2019 Monthly Financial Report due June 14, 2019 (*see* Local Rules W.D. Wash. Bankr. 2015-1(a)), the Debtor shall file a budget to actual comparison document with each Monthly Financial Report (the "Comparative Analysis"). The Comparative Analysis shall compare

---

[1] I note that Local Rules W.D. Wash. Bankr. 2015-1(c) requires a six-month budget to be filed within fourteen days of an individual's chapter 11 debtor's petition. It does not appear that the Debtor has complied with this provision.

Order - 1

the applicable month's actual monthly expenses to the proposed expenses in the Monthly Projected Expenditures and shall identify line item variances between actual amounts and projected amounts.

/// End of Order ///