Below is the Order of the Court.

Marc Barreca
U.S. Bankruptcy Judge
(Dated as of Entered on Docket date above)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re:<br><br>TIMOTHY DONALD EYMAN,<br><br>Debtor. | NO. 18-14536-MLB<br><br>ORDER DENYING DEBTOR'S MOTION TO APPROVE COMPROMISE PURSUANT TO FRBP 9019 |

THIS MATTER the Debtor's Motion to Approve Compromise Pursuant to FRBP 9019 having come before the Court on July 30, 2019, and the Court having considered the pleadings filed in this matter, the Court file, and arguments made on behalf of the parties; now, therefore, it is hereby ORDERED:

ORDER DENYING MOTION TO APPROVE
COMPROMISE PURSUANT TO FRBP 9019

1

OFFICE OF THE ATTORNEY GENERAL
Bankruptcy & Collections Unit
800 Fifth Avenue, Suite 2000
Seattle, Washington 98104-3188
Phone: (206) 389-2187 – Fax (206) 587-5150

Case 18-14536-MLB    Doc 128    Filed 08/06/19    Ent. 08/06/19 16:18:13    Pg. 1 of 2

For the reasons stated on the record by Judge Barreca after the hearing concluded on July 30, 2019, which are incorporated herein by reference, the Debtor's Motion to Approve Compromise Pursuant to FRBP 9019 is denied.

///End of Order///

PRESENTED BY:

ROBERT W. FERGUSON
Attorney General

/s/ Susan Edison
_____
SUSAN EDISON, WSBA No. 18293
DINA YUNKER FRANK, WSBA No. 16889
ERIC S. NEWMAN, WSBA No. 31521
Attorneys for the State of Washington

APPROVED FOR ENTRY:

/s/ Kathryn Scordato
_____
KATHRYN SCORDATO, WSBA No. 41922
LARRY FEINSTEIN, WSBA No. 6074
Attorney for Debtor

ORDER DENYING MOTION TO APPROVE
COMPROMISE PURSUANT TO FRBP 9019

2

OFFICE OF THE ATTORNEY GENERAL
Bankruptcy & Collections Unit
800 Fifth Avenue, Suite 2000
Seattle, Washington 98104-3188
Phone: (206) 389-2187 – Fax (206) 587-5150

Case 18-14536-MLB    Doc 128    Filed 08/06/19    Ent. 08/06/19 16:18:13    Pg. 2 of 2