The Honorable Marc Barreca
Chapter 11
Hearing: December 19, 2019; 9:30 AM
Reply Date: December 12, 2019

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re:<br><br>TIMOTHY EYMAN,<br><br>Debtor(s), | No. 18-14536<br><br>REPORT OF DEBTOR'S COUNSEL ON OBJECTIONS TO DISCLOSURE STATEMENT UNDER LOCAL RULE 3017-1 |

COMES NOW the debtor, by and through his attorney, and files this Report under Local Bankruptcy Rule 3017-1 following the conference of counsel on objections filed to the Debtor's Proposed Disclosure Statement and the concurrent objection filed by the Debtor to the State of Washington's Disclosure Statement.

The parties conferenced as required under the Local Rules and agreed that each party would amend their proposed Disclosure Statements to either amend the Disclosure Statement and/or address the issues raised in the objections if an amendment is not appropriate. For instance, the State asserts that a date referenced in the Debtor's Disclosure Statement as to the entry of an order of the Thurston County Superior Court was incorrectly stated; the Debtor will correct the date. The State further states, again as an example, that the State's Administrative Claim was incorrect as it was fixed in time under the Court's order, and didn't address that the Claim is ongoing and continuing at

Notice of Hearing on Adequacy of
Disclosure Statement-1

Vortman & Feinstein
2033 6th Ave., Ste 251
Seattle, WA 98121
206-223-9595
Fax: 206-386-5355

Case 18-14536-MLB    Doc 189    Filed 12/17/19    Ent. 12/17/19 13:57:17    Pg. 1 of 2

$500 per day until purged, and thus a clarifying statement should be included that the claim of $186,409 is not a fixed amount but rather an ongoing amount.

The Debtor agreed to address the 7 points in the Objection.

Concurrently, the State agreed to address the Debtor's Objections similarly and will correct or include financial information (generally from the Debtor's Exhibits to his Disclosure Statement), and address the issues the Debtor raised as to feasibility, among other matters raised.

As such, the parties agreed in the Conference to file Amended Disclosure Statements, and move forward to confirmation of each of their proposed Plans.

Counsel for the Debtor pointed out that his offices are generally closed between Christmas and New Year's, and that Debtor's counsel, Kathryn Scordato, is getting married December 23rd. As such, the Debtor proposed that all Amended Disclosure Statements and Plans (if necessary) be filed by January 6, 2020, and note confirmation for the Court's calendar for February 6, 2020.

DATED this 17th day of December, 2019.

/s/ Larry B. Feinstein

_____
Larry B. Feinstein, WSBA #6074
Attorney for Debtor

Notice of Hearing on Adequacy of Disclosure Statement-2

Vortman & Feinstein
2033 6th Ave., Ste 251
Seattle, WA 98121
206-223-9595
Fax: 206-386-5355

Case 18-14536-MLB    Doc 189    Filed 12/17/19    Ent. 12/17/19 13:57:17    Pg. 2 of 2