Entered on Docket January 16, 2020

**Below is the Order of the Court.**



_____
**Marc Barreca**
**U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF WASHINGTON**

In re:

TIMOTHY DONALD EYMAN,

           Debtor.

NO. 18-14536-MLB

AMENDED AGREED ORDER EXTENDING DEADLINE FOR FILING COMPLAINTS TO DETERMINE DISCHARGEABILITY AND TO OBJECT TO DISCHARGE

    THIS MATTER came before the Court upon the State of Washington's Motion for an Order Extending the Deadline for Filing Complaints to Determine Dischargeability and to Object to Discharge. The Court being advised the parties are in agreement, having considered the pleadings filed in this matter and the Court file, and having determined there is good cause pursuant to FRBP 4007 to extend the date for filing complaints concerning dischargeability of

AMENDED AGREED ORDER EXTENDING
DEADLINE FOR FILING COMPLAINTS TO
DETERMINE DISCHARGEABILITY AND
TO OBJECT TO DISCHARGE

1

OFFICE OF THE ATTORNEY GENERAL
Bankruptcy & Collections Unit
800 Fifth Avenue, Suite 2000
Seattle, Washington 98104-3188
Phone: (206) 389-2187 – Fax (206) 587-5150

Case 18-14536-MLB    Doc 196    Filed 01/16/20    Ent. 01/16/20 08:48:43    Pg. 1 of 2

the claims asserted by the State of Washington and to object to discharge, now, therefore, it is hereby:

ORDERED that the deadline for filing complaints by the State of Washington to determine dischargeability of the claims asserted by the State of Washington under FRBP 4007(a) and to object to discharge under FRBP 4007(c) is amended from February 15, 2020 to August 31, 2020 or 30 days after the Debtor informs the Court and the State that the underlying state actions have resolved, whichever is earlier.

///End of Order///

PRESENTED BY:

ROBERT W. FERGUSON
Attorney General

/s/ Susan M. Edison

SUSAN M. EDISON, WSBA No. 18293
  *Assistant Attorney General*
DINA YUNKER FRANK, WSBA No. 16889
  *Assistant Attorney General*
ERIC S. NEWMAN, WSBA No. 31521
  *Chief Litigation Counsel – Antitrust Division*
Attorneys for the State of Washington

AGREED TO AND APPROVED FOR ENTRY:

/s/ Larry B. Feinstein

LARRY B. FEINSTEIN, WSBA No. 6074
Attorney for Debtor

AMENDED AGREED ORDER EXTENDING DEADLINE FOR FILING COMPLAINTS TO DETERMINE DISCHARGEABILITY AND TO OBJECT TO DISCHARGE

2

OFFICE OF THE ATTORNEY GENERAL
Bankruptcy & Collections Unit
800 Fifth Avenue, Suite 2000
Seattle, Washington 98104-3188
Phone: (206) 389-2187 – Fax (206) 587-5150

Case 18-14536-MLB    Doc 196    Filed 01/16/20    Ent. 01/16/20 08:48:43    Pg. 2 of 2