1
2
3
4
5
6
7
8
9

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

10  In re:                                   Bankruptcy No. 18-14536-MLB

11      TIMOTHY D. EYMAN,                     EX PARTE ORDER REOPENING
                                             CH 11 CASE
12                           DEBTORS.

13

14      THIS MATTER having come before the Court upon the ex parte motion of the Debtor to

15  reopen the above entitled Chapter 11 bankruptcy proceedings to administer an asset of the estate

16  as provided in the Debtor's confirmed *4ᵗʰ Amended Plan of Reorganization*; and the Court being

17  fully advised in the premises and finding good cause exists to reopen the case; now, therefore, it

18  is hereby:

19      ORDERED that this case be and is hereby reopened.

20                              /// END OF ORDER ///

21  Presented by:

22  /s/ Larry B. Feinstein
    Larry B. Feinstein, WSBA #6074
23  Attorney for Debtor

24  Order Reopening Case                    Page 1 of 1

VORTMAN & FEINSTEIN
929 108ᵗʰ AVE NE, SUITE 1200
BELLEVUE, WA 98004
(206) 223-9595
(206) 386-5355 (fax)

25