**Below is the Order of the Court.**

_____

**Marc Barreca**
**U.S. Bankruptcy Judge**

(Dated as of Entered on Docket date above)

---

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re:<br><br>TIMOTHY D. EYMAN,<br><br>DEBTORS. | Bankruptcy No. 18-14536-MLB<br><br>EX PARTE ORDER REOPENING<br>CH 11 CASE |

THIS MATTER having come before the Court upon the ex parte motion of the Debtor to reopen the above entitled Chapter 11 bankruptcy proceedings to administer an asset of the estate as provided in the Debtor's confirmed *4th Amended Plan of Reorganization*; and the Court being fully advised in the premises and finding good cause exists to reopen the case; now, therefore, it is hereby:

ORDERED that this case be and is hereby reopened.

/// END OF ORDER ///

Presented by:

/s/ Larry B. Feinstein
Larry B. Feinstein, WSBA #6074
Attorney for Debtor

Order Reopening Case         Page 1 of 1

VORTMAN & FEINSTEIN
929 108th AVE NE, SUITE 1200
BELLEVUE, WA 98004
(206) 223-9595
(206) 386-5355 (fax)