The Honorable Marc L. Barreca
Chapter 11
Hearing Location: TELEPHONIC
Hearing Date/Time: October 22, 2020 at 9:30 AM
Response Due: October 15, 2020

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re<br><br>TIMOTHY DONALD EYMAN,<br><br>Debtor. | NO. 18-14536-MLB<br><br>DECLARATION OF SUSAN EDISON IN SUPPORT OF STATE OF WASHINGTON'S RESPONSE TO MOTION TO SELL DEBTOR'S INTEREST IN MARITAL HOME |

I, Susan Edison, declare as follows:

1. I am over the age of 18 and competent to testify on the matters contained in this declaration and make this declaration based on my personal knowledge. I am an Assistant Attorney General with the Washington State Attorney General's Office, representing the State of Washington in this matter. I am also familiar with the State's proceedings in state court.

2. On October 14, 2020, the State performed a search on Redfin.com for the property located at 11913 59th Ave W, Mukilteo, WA 98275. This search yielded an estimated value for the property of $1,000,299.00. *See* https://www.redfin.com/WA/Mukilteo/11913-59th-Ave-W-98275/home/2844652.

3. On October 14, 2020, the State performed a search on Zillow.com for the property located at 11913 59th Ave W, Mukilteo, WA 98275. This search yielded an estimated value for the

DECLARATION OF SUSAN EDISON IN SUPPORT OF STATE OF WASHINGTON'S RESPONSE TO MOTION TO SELL DEBTOR'S INTEREST IN MARITAL HOME

1

OFFICE OF THE ATTORNEY GENERAL
Bankruptcy & Collections Unit
800 Fifth Avenue, Suite 2000
Seattle, Washington 98104-3188
Phone: (206) 389-2187 – Fax (206) 587-5150

Case 18-14536-MLB    Doc 304-1    Filed 10/15/20    Ent. 10/15/20 16:25:33    Pg. 1 of 2

property of $1,035,204.00. *See* https://www.zillow.com/homes/11913-59th-Ave-W-Mukilteo,-WA,-98275_rb/38592087_zpid/.

4. Attached as Exhibit 1 to this Declaration is a true and correct copy of the Deed of Trust recorded on August 20, 1998, under Snohomish County Auditor's file number 9808200301.

5. Attached as Exhibit 2 is a true and correct copy of the court docket for the dissolution action, *Timothy Donald Eyman v. Karen Joan Eyman*, Snohomish County Superior Court cause number 19-3-01149-31, obtained from the court's Odyssey portal website on October 14, 2020.

6. Attached as Exhibit 3 is a true and correct copy of the February 14, 2020 Findings and Order on ADR/Mediation Compliance Hearing, *Timothy Donald Eyman v. Karen Joan Eyman*, Snohomish County Superior Court cause number 19-3-01149-31, obtained from the court's Odyssey portal website on October 14, 2020. By this order of the court, the dissolution action was dismissed.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 15TH day of October, 2020.

/s/ Susan Edison

Susan Edison, WSBA No. 18293
Assistant Attorney General

DECLARATION OF SUSAN EDISON IN SUPPORT OF STATE OF WASHINGTON'S RESPONSE TO MOTION TO SELL DEBTOR'S INTEREST IN MARITAL HOME

2

OFFICE OF THE ATTORNEY GENERAL
Bankruptcy & Collections Unit
800 Fifth Avenue, Suite 2000
Seattle, Washington 98104-3188
Phone: (206) 389-2187 – Fax (206) 587-5150

Case 18-14536-MLB    Doc 304-1    Filed 10/15/20    Ent. 10/15/20 16:25:33    Pg. 2 of 2