In re: Eyman, 18-14536-MLB

# EXHIBIT 2

to Declaration of Susan Edison
in Support of State of Washington's Response to
Motion to Sell Debtor's Interest in Marital Home

## Case Information

19-3-01149-31 | TIMOTHY DONALD EYMAN vs KAREN JOAN EYMAN ***DISMISSED***

Case Number
19-3-01149-31

Court
Snohomish

File Date
05/17/2019

Case Type
DIC Dissolution of Marriage with Children

Case Status
Completed/Re-Completed

## Party

Respondent (WIP)
EYMAN, KAREN JOAN

DOB
XX/XX/1959

Active Attorneys ▼
 Pro Se

Petitioner (WIP)
EYMAN, TIMOTHY DONALD

DOB
XX/XX/1965

Active Attorneys ▼
 Pro Se

## Events and Hearings

05/17/2019 Petition for Dissolution ▼

Petition for Dissolution

05/17/2019 Joinder ▼

Joinder

05/17/2019 Summons ▼

Summons

05/17/2019 Case Information Cover Sheet ▼

Case Information Cover Sheet

05/17/2019 Acknowledgment ▾

Acknowledgment

> Comment
> handbook

05/17/2019 Temporary Restraining Order ▾

Temporary Restraining Order

05/17/2019 Acceptance of Service ▾

Acceptance of Service

05/17/2019 Confidential Information Form

05/17/2019 Notice of Case Schedule ▾

Notice of Case Schedule

02/14/2020 Noncompliance ▾

Judicial Officer
Langbehn, Jennifer R.

Hearing Time
2:30 PM

Comment
1st ADR Deadline: joinder demands notice; no activity since filing

02/14/2020 Uncontested Resolution Hearing ▾

Uncontested Resolution Hearing

> Judicial Officer
> Langbehn, Jennifer R.

02/14/2020 Order on Status Conference ▾

Order on Status Conference

02/14/2020 Order of Dismissal ▾

> Comment
> *********************************************

02/14/2020 Case Resolution Dismissal Without Trial

## Financial

EYMAN, TIMOTHY DONALD
    Total Financial Assessment      $314.00
    Total Payments and Credits      $314.00

| 5/17/2019 | Transaction Assessment | | | $314.00 |
| --- | --- | --- | --- | --- |
| 5/17/2019 | Counter Payment | Receipt # 31-2019-00038106 | Pending, Snohomish | ($314.00) |

## Documents

Petition for Dissolution

Joinder

Summons

Case Information Cover Sheet

Acknowledgment

Temporary Restraining Order

Acceptance of Service

Notice of Case Schedule

Uncontested Resolution Hearing

Order on Status Conference