In re: Eyman, 18-14536-MLB

# EXHIBIT 3

to Declaration of Susan Edison
in Support of State of Washington's Response to
Motion to Sell Debtor's Interest in Marital Home

FILED
2020 FEB 14 PM 4:44
HEIDI PERCY
COUNTY CLERK
SNOHOMISH CO. WASH

19-3-01149-31
ORSTAC 11
Order on Status Conference
7702444

### SUPERIOR COURT OF WASHINGTON FOR SNOHOMISH COUNTY

| | |
|---|---|
| TIMOTHY DONALD EYMAN<br>　　　　Petitioner,<br>And<br><br>KAREN JOAN EYMAN<br>　　　　Respondent. | Case Number   19-3-01149-31<br><br>**FINDINGS AND ORDER ON ADR/MEDIATION COMPLIANCE HEARING (ORSTAC)**<br>Clerk's Action Required |

The following parties appeared on February 14, 2020:

☐ Petitioner/Attorney  ☐ Respondent/Attorney  ☐ GAL  ☐ Family Support  ☑ No One Appeared

*Parties who appeared received a copy of this order at the end of the hearing.*

The Court, having conducted a compliance review in this case, makes the following FINDINGS OF FACT:

☐ The parties failed to comply with SCLSPR 94.04(c)(3)(d) or a prior court order re. ADR/Mediation

☐ There is no reason for further delay and the parties shall comply with ADR/Mediation requirement.

☐ The parties have ☐ scheduled mediation ☐ met the ADR/Mediation compliance requirement.

☐ The parties have demonstrated that they are engaged in a good faith effort to resolve this case.

☑ There is no reason to maintain this matter as a pending case and it should be dismissed at this time pursuant to CR 41.

☐ It is in the interests of the parties or of justice to place the case on inactive status pursuant to SCLCR 41(g) rather than dismissing the action.

☐ Good cause to waive mediation has been shown.

☐ A GAL report is needed for the parties to proceed.

## ORDER

Having made the foregoing findings of fact, NOW, THEREFORE, IT IS HEREBY ORDERED:

The parties shall comply with the ADR/Mediation requirement **at least** 10 (ten) days prior to the review hearing, and shall file a Notice of ADR/Mediation Compliance, Notice of Settlement, or final orders at least 3 (three) court days prior to the review hearing.

**The court will review this case on:**

☐ _____ @ _____ p.m.

☐ May 8, 2020 2:30pm     ☐ May 22, 2020 2:30 p.m.     ☐ June 12, 2020 2:30 p.m.

The hearing will be held in Department 2 of the Snohomish County Superior Court, 3000 Rockefeller Ave., Everett WA 98201.

If Compliance documents are timely filed, as set forth above, the hearing will be stricken.

For all non-Compliance hearings, the Court will review the Court file to determine what action to take. Documents or declarations filed with the Court less than 3 court days before the hearing should also be provided as working copies via e-mail to SSC-ADR.Compliance@snoco.org.

☐ The GAL report is due on or before _____. Failure to timely file the report, or appear at future hearings may result in financial sanctions or discharge of the GAL.

☐ Sanctions are ordered as follows: ☐ Petitioner **is assessed** ☐ $50.00 ☐ $100.00. ☐ Respondent **is assessed** ☐ $50.00 ☐ $100.00. Fines shall be paid into the court registry, with proof of payment filed in this action.

☐ Mediation is waived. **[ORWMM]**

☐ The previously scheduled trial date of _____ is stricken by the court. **[ORSKTD]**

☐ This case is placed on inactive status and is thus resolved. **[RCLCO]**

☒ This case is dismissed. All future hearings and trials shall be stricken. Any sanctions ordered must be paid before a motion to vacate dismissal may be filed. **[ORDSM]**

☐ This case is set/remains set for trial at 9:00 a.m. on _____ in Department 10 of the Snohomish County Superior Court. **This trial setting is court confirmed. [ORSTD]**

☐ Absent good cause, the failure of both parties to appear at any hearing set above will result in dismissal of this case, if the case is not in compliance at the time of the hearing.

☐ Other _____

Date: February 14, 2020

Judge Jennifer Langbehn