The Honorable Marc L. Barreca
Chapter 11
Hearing Location: TELEPHONIC
Hearing Date/Time: October 22, 2020 at 9:30 AM

**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE**

| | |
|---|---|
| In re: | NO. 18-14536-MLB |
| TIMOTHY DONALD EYMAN, | (PROPOSED) ORDER |
| Debtor. | |

THIS MATTER came before the Court on the Debtor's Motion To Sell Debtor's Interest In Marital Home (the "Motion");

The Court having considered the pleadings filed in this matter and the Court file; now, therefore,

IT IS HEREBY ORDERED that the Motion is DENIED; and,

(PROPOSED) ORDER 1

OFFICE OF THE ATTORNEY GENERAL
Bankruptcy & Collections Unit
800 Fifth Avenue, Suite 2000
Seattle, Washington 98104-3188
Phone: (206) 389-2187 – Fax (206) 587-5150

Case 18-14536-MLB    Doc 304-5    Filed 10/15/20    Ent. 10/15/20 16:25:33    Pg. 1 of 3

IT IS FURTHER ORDERED that the Purchase and Sale Agreement made by and between Timothy Donald Eyman ("Seller") and Karen Joan Eyman ("Purchaser") for Seller's interest in that certain real property located at 11913 59th Ave W, Mukilteo, WA, as attached to the Motion is hereby null and void; and

IT IS FURTHER ORDERED that Debtor Timothy Eyman or Karen Eyman shall disclose the source of the proposed purchase funds and explain why these funds were not previously disclosed in the bankruptcy.

IN THE ALTERNATIVE, if the sale is allowed, IT IS HEREBY ORDERED THAT:

1) The Eymans' Mukilteo home be sold for an optimal price, as to be further determined by this court; and,
2) The sale proceeds be placed in the Claims Reserve Account for payment to the State upon a verdict in State v. Eyman, Thurston County Superior Court case number 17-2-01546-34; and,
3) That Debtor Eyman provide monthly bank statements from the Claims Reserve Account; and,
4) The bankruptcy plan shall be modified such that the sale proceeds are paid to the State in addition to the monthly payments that are currently required under the plan.

///End of Order///

(PROPOSED) ORDER 2

OFFICE OF THE ATTORNEY GENERAL
Bankruptcy & Collections Unit
800 Fifth Avenue, Suite 2000
Seattle, Washington 98104-3188
Phone: (206) 389-2187 – Fax (206) 587-5150

Case 18-14536-MLB    Doc 304-5    Filed 10/15/20    Ent. 10/15/20 16:25:33    Pg. 2 of 3

PRESENTED BY:

ROBERT W. FERGUSON
Attorney General

---
SUSAN M. EDISON, WSBA No. 18293
DINA YUNKER FRANK, WSBA No. 16889
  *Assistant Attorneys General*
ERIC S. NEWMAN, WSBA No. 31521
  *Chief Litigation Counsel – Antitrust Division*
Attorneys for the State of Washington

APPROVED FOR ENTRY:

---
LARRY B. FEINSTEIN, WSBA No. 6074
KATHRYN P. SCORDATO, WSBA No. 41922
Attorneys for Debtor

(PROPOSED) ORDER  3

OFFICE OF THE ATTORNEY GENERAL
Bankruptcy & Collections Unit
800 Fifth Avenue, Suite 2000
Seattle, Washington 98104-3188
Phone: (206) 389-2187 – Fax (206) 587-5150

Case 18-14536-MLB    Doc 304-5    Filed 10/15/20    Ent. 10/15/20 16:25:33    Pg. 3 of 3