The Honorable Marc L. Barreca
Chapter 11

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| In re: | NO. 18-14536-MLB |
|---|---|
| TIMOTHY DONALD EYMAN, | DECLARATION OF SERVICE |
| Debtor. | |

I, Glenn Ashmun, declare as follows:

On the 15th day of October, 2020, by filing electronically, service of the following documents was initiated upon all parties who are registered to receive electronic notice for this matter via the Court's CM/ECF filing system, including the Debtor's counsel and the United States Trustee:

- State of Washington's Response to Motion to Sell Debtor's Interest in Marital Home
- Declaration of Susan Edison in Support of State of Washington's Response to Motion to Sell Debtor's Interest in Marital Home
- (Proposed) Order
- Declaration of Service

Those parties receiving electronic notice as noted above include the following:

- Joel Ard    joel@ard.law
- Larry B. Feinstein    feinstein1947@gmail.com; kpscordato@gmail.com; feinsteinlr71744@notify.bestcase.com

DECLARATION OF SERVICE   1

OFFICE OF THE ATTORNEY GENERAL
Bankruptcy & Collections Unit
800 Fifth Avenue, Suite 2000
Seattle, Washington 98104-3188
Phone: (206) 389-2187 – Fax (206) 587-5150

Case 18-14536-MLB    Doc 304-6    Filed 10/15/20    Ent. 10/15/20 16:25:33    Pg. 1 of 2

- Seth Goodstein    sethg@roilawfirm.com; sethgoodstein@yahoo.com
- Gregor A Hensrude    ghensrude@klinedinstlaw.com; rcurtis-stroeder@klinedinstlaw.com; asoldato@klinedinstlaw.com
- Robert M. McCallum    jbonwell@lesourd.com
- Kathryn Scordato    kpscordato@gmail.com
- Martin L. Smith    martin.l.smith@usdoj.gov; Young-Mi.Petteys@usdoj.gov; Martha.A.VanDraanen@usdoj.gov
- Laurie M Thornton    laurie.m.thornton@usdoj.gov, martha.a.vandraanen@usdoj.gov; Young-Mi.petteys@usdoj.gov
- United States Trustee    USTPRegion18.SE.ECF@usdoj.gov

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 15th day of October, 2020.

/s/ Glenn Ashmun

GLENN ASHMUN, Paralegal

DECLARATION OF SERVICE    2    OFFICE OF THE ATTORNEY GENERAL
Bankruptcy & Collections Unit
800 Fifth Avenue, Suite 2000
Seattle, Washington 98104-3188
Phone: (206) 389-2187 – Fax (206) 587-5150

Case 18-14536-MLB    Doc 304-6    Filed 10/15/20    Ent. 10/15/20 16:25:33    Pg. 2 of 2