IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| In re: | No. 18-14536-MLB |
|---|---|
| TIMOTHY D. EYMAN, | ORDER GRANTING MOTION TO RE-CLOSE CASE |
| Debtor. | |

THIS MATTER having come on for hearing upon the motion of the Debtor, Timothy D. Eyman, for his bankruptcy case to be re-closed; and the Court having considered the Motion and any responses thereto, if any, and the Court finding it in the best interests of the estate to administratively close this case and without prejudice to the Court's previous Order issuing final decree at ECF #297; now therefore it is hereby:

ORDERED that the above entitled case may be re-closed and the Clerk is directed to administratively close this case.

Order Granting Motion to Re-close Case

Page 1 of 2

VORTMAN & FEINSTEIN
2033 6TH AVENUE, SUITE 251
SEATTLE, WA 98121
(206) 223-9595
(206) 386-5355 (fax)

Case 18-14536-MLB    Doc 307-1    Filed 11/24/20    Ent. 11/24/20 16:40:01    Pg. 1 of 2

/// End of Order ///

Presented by:

/s/ Larry B. Feinstein
Larry B. Feinstein WSBA # 6074
Attorney for Debtor

Order Granting Motion to
Re-close Case

Page 2 of 2

VORTMAN & FEINSTEIN
2033 6TH AVENUE, SUITE 251
SEATTLE, WA 98121
(206) 223-9595
(206) 386-5355 (fax)

Case 18-14536-MLB    Doc 307-1    Filed 11/24/20    Ent. 11/24/20 16:40:01    Pg. 2 of 2