```
Label Matrix for local noticing              Joel Ard                                   Susan M Edison
0981-2                                       Ard Law Group PLLC                         WA Attorney General's Office
Case 18-14536-MLB                            P.O. Box 11633                             Bankruptcy & Collections
Western District of Washington               Bainbridge Island, WA 98110-5633           800 Fifth Ave, Ste 2000
Seattle                                                                                 Seattle, WA 98104-3188
Tue Nov 24 16:36:44 PST 2020

Timothy Donald Eyman                         Larry B. Feinstein                         Dina Yunker Frank
11913 59th Ave W                             929 108th Ave. N.E.                        Attorney General of Washington
Mukilteo, WA 98275-5569                      Suite 1200                                 Bankruptcy and Collections
                                             Bellevue, WA 98004-4787                    800 Fifth Ave, Ste 2000
                                                                                        Seattle, WA 98104-3188

Seth Goodstein                               Gregor A Hensrude                          Internal Revenue Service
Goodstein Law Group, PLLC                    Klinedinst PC                              PO Box 7346
501 South G Street                           701 Fifth Avenue                           Philadelphia, PA 19101-7346
Tacoma, WA 98405-4715                        Suite 1220
                                             Seattle, WA 98104-7007

PC Klinedinst                                Klinedinst PC                              Klinedinst, PC
Klinedinst PC                                c/o Daniel Agle, Esq.                      701 Fifth Avenue, Suite 1220
701 5th Ave.                                 501 W Broadway, 6th Floor                  Seattle, WA 98104-7007
Ste. 1220                                    San Diego, CA 92101-3536
Seattle, WA 98104-7007

Robert M. McCallum                           Thomas D. Neeleman                         Eric S Newman
Lesourd & Patten, P.S.                       Neeleman Law Group                         Office of the Attorney General
20 Sixth Ave NE                              1904 Wetmore, #200                         800 Fifth Ave, Ste 2000
Issaquah, WA 98027-3428                      Everett, WA 98201-6110                     Seattle, WA 98104-3188

Gretchen Sand                                Kathryn Scordato                           Martin L. Smith
PO Box 6503                                  Vortman & Feinstein                        700 Stewart St Ste 5103
Kennewick, WA 99336-0627                     929 108th Ave NE, Ste 1200                 Seattle, WA 98101-4438
                                             Bellevue, WA 98004-4787

State of Washington Attorney                 Laurie M Thornton                          United States Trustee
General's Office                             Office of the U.S. Trustee                 700 Stewart St Ste 5103
Attn: Linda Dalton                           700 Stewart Street                         Seattle, WA 98101-4438
PO Box 40100                                 Seattle, WA 98101-4439
Olympia, WA 98504-0100
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Joel Ard                                  (u)Goodstein Law Group PLLC                (u)David Hawthorne


(u)Hawthorne and Co                          (u)Law Offices of Paul L Schneiderman      (u)Robert McCallum
```

(u)Richard B Sanders   (u)State of Washington

Mailable recipients   20
Bypassed recipients    8
Total                 28

End of Label Matrix