In re: Eyman, 18-14536-MLB

# EXHIBIT 1

to Declaration of Susan Edison
In Support of State's Motion to Enforce Default Provisions
And Appoint a Chapter 11 Trustee
And Record Judgment

**From:** Kathryn Scordato <kpscordato@gmail.com>
**Sent:** Wednesday, September 22, 2021 9:10 AM
**To:** Edison, Susan M (ATG) <susan.edison@atg.wa.gov>
**Cc:** LARRY FEINSTEIN <lbf@chutzpa.com>
**Subject:** Re: Reporting

[EXTERNAL]

Here's the photo



Best Wishes,
Kathryn Scordato

On Sep 22, 2021, at 9:07 AM, Edison, Susan M (ATG) <susan.edison@atg.wa.gov> wrote:

We have still not received the check. Any chance Tim took a picture of the check?

**From:** Kathryn Scordato <kpscordato@gmail.com>
**Sent:** Friday, September 17, 2021 6:27 PM
**To:** Edison, Susan M (ATG) <susan.edison@atg.wa.gov>; LARRY FEINSTEIN <lbf@chutzpa.com>
**Subject:** Re: Reporting

[EXTERNAL]

Tim has finally gotten back to me. 1) He mailed the payment off today.  2) He has not had a credit card since the bankruptcy was filed in 2018. Every transaction is on the bank statements.


Sincerely,
Kathryn Scordato, Esq.

Vortman & Feinstein
2033 Sixth Avenue, Suite 251
Seattle, WA 98121
Phone: (206) 223-9595 and (425) 643-9595
Fax: (206) 386-5355

LARRY B. FEINSTEIN, P.S., *(dba Vortman & Feinstein)* CONFIDENTIALITY NOTICE: This communication and any document(s) accompanying it contains confidential information belonging to the sender which may be protected by attorney-client privilege and other privileges pertaining to the documents. I am sure you are not interested in it, and I apologize for taking your time if you received it and have no clue as to why; so if you are not the intended recipient, you are hereby notified that disclosure, copying, distribution, or taking any action whatsoever with regard to the contents of this communication is strictly prohibited, and you can just trash it. Also, let me know by Reply, so I don't send this by error again and waste any more of your time. Thanks.


On Fri, Sep 17, 2021 at 12:26 PM Kathryn Scordato <kpscordato@gmail.com> wrote:
Sorry! I didn't see your email on the 13th, or if I did, it got buried in my inbox. I've emailed Tim to get this info and will hopefully have it after lunch.


Sincerely,
Kathryn Scordato, Esq.

Vortman & Feinstein
2033 Sixth Avenue, Suite 251
Seattle, WA 98121
Phone: (206) 223-9595 and (425) 643-9595
Fax: (206) 386-5355

LARRY B. FEINSTEIN, P.S., *(dba Vortman & Feinstein)* CONFIDENTIALITY NOTICE: This communication and any document(s) accompanying it contains confidential information belonging to the sender which may be protected by attorney-client privilege and other privileges pertaining to the documents. I am sure you are not interested in it, and I apologize for taking your time if you received it and have no clue as to why; so if you are not the intended recipient, you are hereby notified that disclosure, copying, distribution, or taking any action whatsoever with regard to the contents of this communication is strictly prohibited, and you can just trash it. Also,

let me know by Reply, so I don't send this by error again and waste any more of your time. Thanks.


On Fri, Sep 17, 2021 at 11:27 AM Edison, Susan M (ATG) <susan.edison@atg.wa.gov> wrote:
Checking in on this and to confirm the check was sent.

_____
**From:** Edison, Susan M (ATG)
**Sent:** Monday, September 13, 2021 9:58 AM
**To:** Larry Feinstein (lbf@chutzpa.com) <lbf@chutzpa.com>; 'Kathryn Scordato' <kpscordato@gmail.com>
**Subject:** Reporting


In reviewing the financial reports filed by Tim, we do not see any credit card statements. Does Tim maintain a credit card that he uses to pay expenses? Also, I am checking to see if the transfer was made on the 5th and please confirm when the check is mailed this month. My understanding it the second check sent last month has cleared. Thank you for your help with these questions.

*Susan Edison*
Assistant Attorney General
State of Washington
Bankruptcy & Collections Unit
(206) 587-5100