In re: Eyman, 18-14536-MLB

# EXHIBIT 2

to Declaration of Susan Edison
In Support of State's Motion to Enforce Default Provisions
And Appoint a Chapter 11 Trustee
And Record Judgment



# Bob Ferguson
## ATTORNEY GENERAL OF WASHINGTON
Bankruptcy and Collection Unit
800 Fifth Avenue, Suite 2000 ● Seattle, WA 98104-3188 ● (206) 464-7352

September 30, 2021

*Sent Via Federal Express*

Timothy D. Eyman
c/o Larry Feinstein
Vortman & Feinstein
929 108th Avenue NE, Suite 1200
Bellevue, WA 98004-4787
Feinstein1947@gmail.com

**RE:** *In re Timothy Donald Eyman*
U.S. Bankruptcy Court – Western District of Washington No. 18-14536-MLB

Dear Mr. Feinstein:

On Thursday, September 23, 2021, I notified you by email that the State had not received the required September 2021 check for $10,000 from your client, Timothy Eyman. On September 24, 2021, I sent you by email a Notice of Default because the State still had not received payment from Mr. Eyman.

Based upon the terms of the bankruptcy plan, your client should have mailed the September check for $10,000 by September 15, 2021. Therefore, Mr. Eyman continues to be in default under the terms of the bankruptcy plan due to his failure to make the September 2021 payment. Pursuant to Section 9.01 of the bankruptcy plan, this is Notice of Default via mail in addition to the electronic notice sent on September 24, 2021. Mr. Eyman now has 30 days from the date of the mailing of this letter in order to cure this default and we hope payment is received soon. If not, we will be left with no other choice except to consider pursuing any and all remedies allowable under the bankruptcy plan. Please let me know if you have any questions.

Sincerely,

*/s/ Susan M. Edison*

SUSAN M. EDISON
Assistant Attorney General
(206) 587-5100

SME/JDB