The Honorable Marc L. Barreca
Chapter 11

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| In re: | NO. 18-14536-MLB |
|---|---|
| TIMOTHY DONALD EYMAN, | (PROPOSED) ORDER TO ENFORCE DEFAULT PROVISIONS AND APPOINT A CHAPTER 11 TRUSTEE AND RECORD JUDGMENT |
| Debtor. | |

THIS MATTER came before the Court on the State's Motion to enforce the default provisions of the confirmed chapter 11 plan (the "Plan") and pursuant to those provisions, appoint a chapter 11 trustee and record the judgment in *State v. Eyman,* Thurston County Superior Court, Case No. 17-2-01546-34 in Snohomish and King Counties. The Court having considered the pleadings filed in this matter, the court file, and argument on this motion and the Court being fully advised; now, therefore:

PROPOSED ORDER TO APPOINT A
TRUSTEE AND RECORD JUDGMENT

1

OFFICE OF THE ATTORNEY GENERAL
Bankruptcy & Collections Unit
800 Fifth Avenue, Suite 2000
Seattle, Washington 98104-3188
Phone: (206) 389-2187 – Fax (206) 587-5150

Case 18-14536-MLB    Doc 370-5    Filed 10/28/21    Ent. 10/28/21 12:57:49    Pg. 1 of 2

IT IS HEREBY ORDERED that the debtor is in default under the Plan and that all of the default provisions and remedies are available to the creditors under the default provisions in the Plan. Additionally, the United States Trustee is authorized and directed to appoint a chapter 11 trustee in this matter with all powers conferred on a trustee in a chapter 11 case under Title 11 of the United States Code and the State may record the judgment in *State v. Eyman,* Thurston County Superior Court, Case No. 17-2-01546-34 in Snohomish and King Counties.

///End of Order///

PRESENTED BY:

ROBERT W. FERGUSON
Attorney General

/s/ Susan Edison
_____
SUSAN M. EDISON, WSBA No. 18293
DINA YUNKER FRANK, WSBA No. 16889
    *Assistant Attorneys General*
ERIC S. NEWMAN, WSBA No. 31521
    *Chief Litigation Counsel – Antitrust Division*
Attorneys for the State of Washington

PROPOSED ORDER TO APPOINT A
TRUSTEE AND RECORD JUDGMENT

2

OFFICE OF THE ATTORNEY GENERAL
Bankruptcy & Collections Unit
800 Fifth Avenue, Suite 2000
Seattle, Washington 98104-3188
Phone: (206) 389-2187 – Fax (206) 587-5150

Case 18-14536-MLB    Doc 370-5    Filed 10/28/21    Ent. 10/28/21 12:57:49    Pg. 2 of 2