The Honorable Marc L. Barreca
Chapter 11
Hearing: November 18, 2021 at 9:30
Reply: November 11, 2021

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re<br><br>TIMOTHY DONALD EYMAN,<br><br>                      Debtor. | NO. 18-14536-MLB<br><br>DECLARATION OF DEBTOR IN RESPONSE TO STATE OF WASHINGTON'S MOTION FOR APPOINTMENT OF A TRUSTEE |

Timothy D Eyman, duly sworn upon oath, deposes and states under penalties of perjury of the State of Washington, as follows:

I am the Debtor in these proceedings and make this Declaration as such.

I have reviewed the concurrently filed <u>Debtor's Response to the State of Washington's Motion to Appoint a Trustee</u> in my Chapter 11 and for other relief. The facts in the Response are true and correct to the best of my knowledge and belief, including the following specific facts stated therein:

I filed and confirmed a Chapter 11 Plan of Reorganization on April 8, 2020.

I do not dispute the State's claim that I have recently been unable to make the current payment(s) called for under the Plan, as I have run out of money to continue to fund the significant monthly payments in the Plan [*currently over $11,400.00 a*

Debtor's Declaration in Response to        1        Vortman & Feinstein
Motion for Trustee                                                         2033 6th Ave, Suite 251
                                                                                            Seattle, WA 98121
                                                                                              206-223-9595

Case 18-14536-MLB     Doc 383     Filed 11/10/21     Ent. 11/10/21 10:45:37     Pg. 1 of 2

*month, but going up to **$14,900.00 a month** in January 2022*.] Other than basic living expenses, I have used the last of my financial resources to pay towards allowed claims in these proceedings, including the aforementioned claims of the State and the allowed administrative claims approved by the Court.

I have been reviewing various Options to seek modification of the Plan, but, at this time, due to the state trial court's restrictions on my political activities, including my fundraising activities, I cannot represent to the Court that I have any income in an amount(s) necessary to make a modified Plan feasible.

I have been consistent in making all plan payments until this last month and have been filing post-confirmation reports since confirmation through the second quarter of 2021. (ECF #348). The third quarter report was just due at the end of October 2021.

Dated this 9th day of November, 2021.

/s/ Timothy Eyman    *11/09/2021  9:52 pm*

_____

Timothy Eyman, Debtor

Debtor's Declaration in Response to Motion for Trustee     2     Vortman & Feinstein
2033 6th Ave, Suite 251
Seattle, WA 98121
206-223-9595

Case 18-14536-MLB    Doc 383    Filed 11/10/21    Ent. 11/10/21 10:45:37    Pg. 2 of 2