# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON

In re:

TIMOTHY DONALD EYMAN,

                    Debtor.

NO. 18-14536-MLB

STATE'S NOTICE OF MOTION AND HEARING

PLEASE TAKE NOTICE that the State's Motion for Conversion to Chapter 7 is set for hearing as follows:

    JUDGE:        Marc L. Barreca

    DATE:         December 16, 2021

    TIME:          9:30 a.m.

    PLACE:        U.S. Bankruptcy Court
                           700 Stewart St., Courtroom 7106
                           Seattle, WA 98101

IF YOU OPPOSE the Motion, you must file your written response with the Clerk's Office of the bankruptcy court and deliver copies to the undersigned and any person requesting notice, including creditors, not later than the response date, which is December 9, 2021. If you file a response, you are also required to appear at the hearing.

STATE'S NOTICE OF MOTION AND HEARING     1     OFFICE OF THE ATTORNEY GENERAL
Bankruptcy & Collections Unit
800 Fifth Avenue, Suite 2000
Seattle, Washington 98104-3188
Phone: (206) 389-2187 – Fax (206) 587-5150

Case 18-14536-MLB     Doc 392-1     Filed 11/23/21     Ent. 11/23/21 15:45:06     Pg. 1 of 2

IF NO RESPONSE IS TIMELY FILED AND SERVED, the Court may, in its discretion, GRANT THE MOTION PRIOR TO THE HEARING WITHOUT FURTHER NOTICE, and strike the hearing.

DATED this 23rd day of November, 2021.

ROBERT W. FERGUSON
Attorney General

/s/ Susan Edison
_____
SUSAN EDISON, WSBA No. 18293
  *Assistant Attorney General*
DINA YUNKER FRANK, WSBA No. 1688
  *Assistant Attorney General*
ERIC S. NEWMAN, WSBA No. 31521
  *Chief Litigation Counsel, Antitrust Division*
Attorneys for the State of Washington

STATE'S NOTICE OF MOTION AND HEARING 2 OFFICE OF THE ATTORNEY GENERAL
Bankruptcy & Collections Unit
800 Fifth Avenue, Suite 2000
Seattle, Washington 98104-3188
Phone: (206) 389-2187 – Fax (206) 587-5150

Case 18-14536-MLB    Doc 392-1    Filed 11/23/21    Ent. 11/23/21 15:45:06    Pg. 2 of 2