The Honorable Marc L. Barreca
Chapter 11
Hearing Location: Seattle, Washington
Hearing Date/Time: December 16, 2021 at 9:30 AM
Response Due: December 9, 2021

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re: | NO. 18-14536-MLB |
| TIMOTHY DONALD EYMAN, | (PROPOSED) ORDER |
| Debtor. | |

THIS MATTER came before the Court on the State of Washington's Motion for Conversion to Chapter 7;

The Court having considered the pleadings filed in this matter and the Court file, and having determined that Debtor Eyman is in default under the confirmed Chapter 11 Plan, that there is cause to convert this case to Chapter 7 under 11 U.S.C. § 1112(b)(4)(A), (M) and (N), and that conversion rather than dismissal is in best interests of the creditors; now, therefore,

(PROPOSED) ORDER 1

OFFICE OF THE ATTORNEY GENERAL
Bankruptcy & Collections Unit
800 Fifth Avenue, Suite 2000
Seattle, Washington 98104-3188
Phone: (206) 389-2187 – Fax (206) 587-5150

Case 18-14536-MLB    Doc 392-2    Filed 11/23/21    Ent. 11/23/21 15:45:06    Pg. 1 of 3

IT IS HEREBY ORDERED:

1. This Chapter 11 case is converted to a case under Chapter 7 of the Bankruptcy Code.

2. The Clerk of the Court shall provide notice of the conversion of this case to the Debtor, all creditors, and other parties in interest.

3. The Debtor shall:

    a. immediately turn over to the Chapter 7 trustee all records and property of the estate under its custody and control as required by Bankruptcy Rule 1019(4);

    b. not later than 14 days after the date of this order, file a schedule of unpaid debts incurred after the filing of the petition and before conversion of the case, including the name and address of each holder of a claim, as required by Bankruptcy Rule 1019(5)(A);

    c. not later than 30 days after the date of this Order, file and transmit to the U.S. Trustee a final report and account;

    d. not later than 14 days of the date of this Order, file the statements and schedules required by Bankruptcy Rules 1019(1)(A) and 1007, if such documents have not already been filed;

    e. not later than 30 days after the date of this Order, file the statement of intention as required by Bankruptcy Rules 1019(1)(B).

///End of Order///

(PROPOSED) ORDER 2

OFFICE OF THE ATTORNEY GENERAL
Bankruptcy & Collections Unit
800 Fifth Avenue, Suite 2000
Seattle, Washington 98104-3188
Phone: (206) 389-2187 – Fax (206) 587-5150

Case 18-14536-MLB    Doc 392-2    Filed 11/23/21    Ent. 11/23/21 15:45:06    Pg. 2 of 3

PRESENTED BY:

ROBERT W. FERGUSON
Attorney General

/s/ Susan Edison
_____
SUSAN EDISON, WSBA No. 18293
DINA YUNKER FRANK, WSBA No. 16889
   *Assistant Attorneys General*
ERIC S. NEWMAN, WSBA No. 31521
   *Chief Litigation Counsel – Antitrust Division*
Attorneys for the State of Washington

(PROPOSED) ORDER     3

OFFICE OF THE ATTORNEY GENERAL
Bankruptcy & Collections Unit
800 Fifth Avenue, Suite 2000
Seattle, Washington 98104-3188
Phone: (206) 389-2187 – Fax (206) 587-5150

Case 18-14536-MLB    Doc 392-2    Filed 11/23/21    Ent. 11/23/21 15:45:06    Pg. 3 of 3