

_____
**Marc Barreca
U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

The Honorable Marc L. Barreca
Chapter 11

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re: | NO. 18-14536-MLB |
| TIMOTHY DONALD EYMAN, | ORDER |
| Debtor. | **Clerk's Action Required** |

The Court having considered the pleadings filed in this matter and the Court file, including the State of Washington's Motion to Enforce Default Provisions and Appoint a Chapter 11 Trustee and Record Judgment, the State of Washington's Motion for Conversion to Chapter 7, responsive pleadings and oral arguments; and for the reasons stated on the record by the Court at the hearing concluded on December 16, 2021, which are incorporated herein by reference, has determined that Debtor Eyman is in default under the confirmed Chapter 11 Plan,

ORDER — 1

OFFICE OF THE ATTORNEY GENERAL
Bankruptcy & Collections Unit
800 Fifth Avenue, Suite 2000
Seattle, Washington 98104-3188
Phone: (206) 389-2187 – Fax (206) 587-5150

Case 18-14536-MLB    Doc 408    Filed 12/17/21    Ent. 12/17/21 11:00:38    Pg. 1 of 2

that there is cause pursuant to 11 U.S.C. § 1112(b)(4) to convert this bankruptcy to a case under Chapter 7, and that conversion is in best interests of the creditors; now, therefore,

IT IS HEREBY ORDERED:

1. This Chapter 11 case is converted to a case under Chapter 7 of the Bankruptcy Code;
2. The State of Washington's Motion to Appoint a Chapter 11 Trustee and The Motion to Shorten Time & Strike Portions of the State's Reply to Responses to Motion to Convert filed by Carolyn A. Lake are moot; and
3. The Clerk of the Court shall provide notice of the conversion of this case to the Debtor, all creditors, and other parties in interest.

The Court defers ruling upon the State's Motion to Record the State Court Judgment in *State v. Eyman,* Thurston County Superior Court, Case No. 17-2-01546-34 in Snohomish and King Counties pending evaluation by the Chapter 7 Trustee.

///End of Order///

PRESENTED BY:

ROBERT W. FERGUSON
Attorney General

/s/ Susan Edison
_____
SUSAN EDISON, WSBA No. 18293
DINA YUNKER FRANK, WSBA No. 16889
   *Assistant Attorneys General*
ERIC S. NEWMAN, WSBA No. 31521
   *Chief Litigation Counsel – Antitrust Division*
Attorneys for the State of Washington

ORDER     2

OFFICE OF THE ATTORNEY GENERAL
Bankruptcy & Collections Unit
800 Fifth Avenue, Suite 2000
Seattle, Washington 98104-3188
Phone: (206) 389-2187 – Fax (206) 587-5150

Case 18-14536-MLB    Doc 408    Filed 12/17/21    Ent. 12/17/21 11:00:38    Pg. 2 of 2