Judge Marc Barreca
Chapter 7

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

In Re:

TIMOTHY DONALD EYMAN,

                                    Debtor.

No. 18-14536-MLB

NOTICE OF APPOINTMENT OF
TRUSTEE

Pursuant to 11 U.S.C. §§ 701 and 322 and Fed. R. Bankr. P. 2008, **Virginia A. Burdette,** is appointed Chapter 7 trustee of the estate of the above-named debtor to serve under the trustee's blanket bond.

Unless the (interim) trustee notifies the United States Trustee and the court in writing of rejection of the appointment within seven (7) days after receipt of this notice, the trustee shall be deemed to have accepted the appointment.

DATED this 17th day of December, 2021.

Respectfully submitted,

GREGORY M GARVIN
Acting U.S. Trustee for Region 18

*/s/ Martin L. Smith*
Martin L. Smith, WSBA #24861
Attorney for United States Trustee

Case Converted from Chapter 11 to Chapter 7:  December 17, 2021

NOTICE OF APPOINTMENT OF
TRUSTEE  Page - 1

Office of the United States Trustee
United States Courthouse
700 Stewart Street, Suite 5103
Seattle, WA 98101-1271
206-553-2000, 206-553-2566 (fax)