IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re:<br><br>TIMOTHY DONALD EYMAN,<br><br>Debtor. | No. 18-14536<br><br>*EX PARTE* ORDER AUTHORIZING EMPLOYMENT OF GENERAL COUNSEL FOR TRUSTEE |

THIS MATTER, having come on *ex parte* before the undersigned Judge of the above-entitled Court, and it appearing that no notice of hearing is required to be given, that no adverse interest exists, and that the employment of Thomas S. Linde and the firm of Schweet, Linde & Coulson, PLLC as general counsel for the Trustee is in the best interest of the Estate, and this case is one justifying employment of general counsel for the Trustee on an hourly fee basis, therefore it is hereby

ORDERED that VIRGINIA A. BURDETTE, Trustee herein, is authorized to employ Thomas S. Linde and the firm of Schweet, Linde & Coulson, PLLC as general counsel for the Trustee in the matter described above and under the terms stated. No attorney's lien will attach without further Court hearing after notice to creditors, and all compensation will be subject to Court order upon notice and a hearing.

///END OF ORDER///

Presented by:
*/s/ Virginia A. Burdette*
Virginia A. Burdette, WSBA #17921
Chapter 7 Trustee
P.O. Box 16600, Seattle, WA 98116
Telephone: (206) 441-0203

*EX PARTE* ORDER AUTHORIZING EMPLOYMENT
OF GENERAL COUNSEL FOR TRUSTEE - 1

Virginia A. Burdette
Chapter 7 Trustee
P.O. Box 16600
Seattle, WA 98116
Telephone: (206) 441-0203

Case 18-14536-MLB    Doc 422    Filed 12/22/21    Ent. 12/22/21 08:39:20    Pg. 1 of 1