The Honorable Marc L. Barreca

**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE**

| | |
|---|---|
| In re<br><br>TIMOTHY DONALD EYMAN,<br><br>                                Debtor. | NO. 18-14536-MLB<br><br>DEBTOR'S RESPONSE TO STATE OF WASHINGTON'S MOTION TO CONVERT TO CHAPTER 7 |

COMES NOW Tim Eyman, the Debtor herein, by and through his attorneys, Vortman & Feinstein, and gives notice of change of address of the Debtor:

500 106th Ave. N.E., Apt. 709,

Bellevue, WA 98004.

Dated this ___3rd____ day of January, 2022.

                                            /s/ Larry B Feinstein
                                            Larry B Feinstein, WSBA 6074
                                            Attorney for Timothy D. Eyman, Debtor

Change of Address                                     1                                  Vortman & Feinstein
                                                                                                          2033 6th Ave, Suite 251
                                                                                                                                                         Seattle, WA 98121
                                                                                                                                                         206-223-9595