1
2
3
4
5
6
7   UNITED STATES BANKRUPTCY COURT
    WESTERN DISTRICT OF WASHINGTON AT SEATTLE
8
9   TIM EYMAN
                                          No. 18-14536
10              Debtor
                                          **SUPPLEMENT TO**
11                                        DECLARATION OF TIM EYMAN
                                          UNDER BR1007/1019 – POST
12                                        CONVERSION
13
14
15       COMES NOW Tim Eyman, the Debtor herein, under penalties of perjury of the

16   laws of the State of Washington and states as follows:

17

18       I am over the age of 18 and competent to testify on the matters contained in this

19   declaration under BR 1007 and BR 1019 regarding post-conversion Schedules and

20   Statements, and file this Supplement to the Declaration I filed on or about January 1, 2022

21   under ECF #427.

22

23       In addition to the four Bank of America accounts listed in Declaration that I had on

24   December 17, 2021, the date of the conversion of this matter, I also had a credit balance

25   in my PayPal account of $643.73.

26

Declaration of Tim Eyman

1    I declare under penalty of perjury under the laws of the State of Washington that

2    the foregoing is true and correct.

3        Executed at Bellevue, Washington on the ___26th____ day of January 2022.

4

5                                        BY: _____

6                                        Tim Eyman
                                         500 106th Ave NE #709
7                                        Bellevue, WA, 98004

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Declaration of Tim Eyman