IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re:<br><br>TIMOTHY DONALD EYMAN,<br><br>Debtor. | No. 18-14536-MLB<br><br>GOODSTEIN LAW GROUP'S NOTICE OF RELEASEOF RECORDED ORDERS |

COMES NOW Carolyn A. Lake of Goodstein Law Group PLLC and hereby files this Notice of Release of the following Recordings:

- Order Awarding Second & Final Compensation to Richard Sanders & Goodstein Law Group PLLC (Dkt. #294), as recorded on January 13, 2021, under Snohomish County Auditor's Recording Number 202101130003, and

- Order Awarding Third & Final Compensation to Richard Sanders & Goodstein Law Group PLLC (Dkt. #316), as recorded on January 20, 2021, under Snohomish County Auditor's Recording Number 202101201040.

Any lien if created hereby shall be released (and a copy of this shall be filed with the Snohomish County Recorder).

GOODSTEIN LAW GROUP PLLC

/s/ Carolyn A. Lake
Carolyn A. Lake, WSBA No. 13980
Attorney for Defendant Goodstein Law Group PLLC

Goodstein Law Group PLLC's Notice of Release     Page 1 of 1

**GOODSTEIN LAW GROUP** PLLC
501 South G Street
Tacoma, WA 98405
Fax: (253) 779-4411
Tel:(253) 779-4000