IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re<br><br>TIMOTHY DONALD EYMAN,<br><br>Debtor. | Case No.: 18-14536-MLB<br><br>[PROPOSED] ORDER SUSTAINING TRUSTEE'S OBJECTION TO EXEMPTIONS AND EXTENDING TIME |

THIS MATTER came before the Court upon the Trustee's Objection to Debtor's Exemptions ("Objection"), Dkt. ___. The Court has considered the Objection, any responses filed thereto (if any), and the records and files herein. The Court finds that notice of the Objection was properly given to the parties entitled to notice, and that good cause exists for the requested relief to be granted. THEREFORE, it is hereby:

ORDERED, ADJUDGED, and DECREED that the Objection is Sustained, it is further

ORDERED, ADJUDGED, and DECREED that the exemption asserted by Debtor in the real property located at 11913 59th Ave. W., Mukilteo, WA 98275 ("Real Property") as "100% of fair market value, up to any applicable statutory limit" is denied, it is further

ORDERED, ADJUDGED, and DECREED that any exemption asserted against the estate's interest in the Real Property by Karen Eyman is denied; it is further

ORDER SUSTAINING TRUSTEE'S OBJECTION TO
EXEMPTIONS AND EXTENDING TIME - 1

SCHWEET LINDE & COULSON, PLLC
575 S. MICHIGAN ST.
SEATTLE, WA 98108
P (206) 275-1010 F (206) 381-0101

Case 18-14536-MLB    Doc 432-1    Filed 02/07/22    Ent. 02/07/22 13:06:12    Pg. 1 of 2

ORDERED, ADJUDGED, and DECREED that the time for Trustee to assert further objections to exemptions is extended from February 24, 2022 to May 25, 2022; it is further

ORDERED, ADJUDGED, and DECREED that nothing in this order shall prohibit the Trustee from seeking further extension of the deadline to object to exemptions; it is further

ORDERED, ADJUDGED, and DECREED any further extension of the deadline to object to exemptions shall be on notice, and the request must be filed prior to May 25, 2022.

///END OF ORDER///

Presented By:

**/s/ Michael M. Sperry**
Michael M. Sperry, WSBA#43760
Thomas S. Linde, WSBA#14426
Latife H. Neu, WSBA#33144
Attorneys for Virginia Burdette, Chapter 7 Trustee

ORDER SUSTAINING TRUSTEE'S OBJECTION TO EXEMPTIONS AND EXTENDING TIME - 2

SCHWEET LINDE & COULSON, PLLC
575 S. MICHIGAN ST.
SEATTLE, WA 98108
P (206) 275-1010 F (206) 381-0101

Case 18-14536-MLB    Doc 432-1    Filed 02/07/22    Ent. 02/07/22 13:06:12    Pg. 2 of 2