IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In re:

TIMOTHY DONALD EYMAN,

　　　　　　　Debtor.

No.  18-14536-MLB

GOODSTEIN LAW GROUP'S
NOTICE OF **RECORDED**
RELEASE OF RECORDED ORDERS

COMES NOW Carolyn A. Lake of Goodstein Law Group PLLC and hereby files this Notice that the Release of the below described Recorded Orders has been <u>recorded</u> with the Snohomish County Recorder, copy attached.

- Order Awarding Second & Final Compensation to Richard Sanders & Goodstein Law Group PLLC (Dkt. #294), as recorded on January 13, 2021, under Snohomish County Auditor's Recording Number 202101130003, and

- Order Awarding Third & Final Compensation to Richard Sanders & Goodstein Law Group PLLC (Dkt. #316), as recorded on January 20, 2021, under Snohomish County Auditor's Recording Number 202101201040.

GOODSTEIN LAW GROUP PLLC

/s/ Carolyn A. Lake
Carolyn A. Lake, WSBA No. 13980
Attorney for Defendant Goodstein Law Group PLLC

Goodstein Law Group PLLC's Notice     Page 1 of 1
of Recorded Release

**GOODSTEIN
LAW GROUP** PLLC
501 South G Street
Tacoma, WA 98405
Fax: (253) 779-4411
Tel:(253) 779-4000



**202202030235**
RELEASE
Rec: $408.00
2/3/2022 10:15 AM     1 of 2
SNOHOMISH COUNTY, WA
Electronically Recorded

Carolyn A. Lake
_____
Return Name
501 S G Street
_____
Street Address
Tacoma, WA 98405
_____
City, State, ZIP



# Standard Cover Sheet

**Snohomish County Recording**
*A Division of the Auditor's Office*

The Auditor/Recorder will rely on the information provided on the form. The staff will not read the document to verify the accuracy or completeness of the indexing information provided herein.

**Document Title(s)**

1. NOTICE OF RELEASE OF RECORDED FEE ORDERS          3. _____

2. _____          4. _____

**Reference Number(s) of Related Documents**

202101130003 &  202101201040
_____

Additional reference numbers on page _____

**Grantor(s)**

1. Eyman          ,    Timothy          D.
   Last Name             First Name          Middle Initial

2. _____ ,    _____     _____
   Last Name             First Name          Middle Initial

Additional names on page _____

**Grantee(s)**

1. Goodstein Law Group PLLC     ,    _____     _____
   Last Name                          First Name          Middle Initial

2. _____ ,    _____     _____
   Last Name                          First Name          Middle Initial

Additional names on page _____

**Legal Description** (abbreviated form: ie lot, block, plat or section, township, range)

_____

_____

**Assessor's Property Tax Parcel/ Account Number**     ☐ Number not yet assigned

00834700000500
_____

Additional numbers on page _____

1

2

3

4

5

6

7

8

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

9  In re:

No. 18-14536-MLB

10  TIMOTHY DONALD EYMAN,

GOODSTEIN LAW GROUP'S
NOTICE OF RELEASEOF RECORDED

11           Debtor.

ORDERS

12      COMES NOW Carolyn A. Lake of Goodstein Law Group PLLC and hereby files this

13  Notice of Release of the following Recordings:

14   • Order Awarding Second & Final Compensation to Richard Sanders & Goodstein

15     Law Group PLLC (Dkt. #294), as recorded on January 13, 2021, under Snohomish

16     County Auditor's Recording Number 202101130003, and

17   • Order Awarding Third & Final Compensation to Richard Sanders & Goodstein Law

       Group PLLC (Dkt. #316), as recorded on January 20, 2021, under Snohomish

18     County Auditor's Recording Number 202101201040.

19      Any lien if created hereby shall be released (and a copy of this shall be filed with the

20  Snohomish County Recorder).

21  GOODSTEIN LAW GROUP PLLC

22  /s/ Carolyn A. Lake
    Carolyn A. Lake, WSBA No. 13980
23  Attorney for Defendant Goodstein Law Group PLLC

    Goodstein Law Group PLLC's Notice      Page 1 of 1
24  of Release

**GOODSTEIN**
**LAW GROUP** PLLC
501 South G Street
Tacoma, WA 98405
Fax: (253) 779-4411
Tel:(253) 779-4000