The Honorable Marc Barreca
Chapter 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In re:

TIMOTHY DONALD EYMAN,

    Debtor.

No. 18-14536

DECLARATION OF NO CONFLICT OF KARY KRISMER

KARY KRISMER, declares under penalty of perjury of the laws of the State of Washington as follows:

1. I am a realtor with John L. Scott, Inc., and I submit this declaration in support of an *Ex Parte* Application and Order Authorizing Trustee to Employ Realtor, to provide valuation services as a real estate professional for the Trustee in this matter, and pursuant to Bankruptcy Rule 2014.

2. Kary Krismer and John L. Scott, Inc., maintain their primary office at 4735 NE 4th Street, Renton, Washington 98059.

3. I previously assisted General Counsel, Michael Sperry, in the sale of his condo and contingent purchase of his home with a reduction in commission on the sale equal to 1 percent of the purchase due to there being two related transactions. A $4,800.00 reduction in commission was given on that sale.

4. I also previously assisted Trustee, Virginia A. Burdette, in the sale of her personal real property in 2015 and was paid my typical commission rate at the time of 3 percent, with an additional 3 percent paid to the buyers' broker.

DECLARATION OF NO CONFLICT OF KARY KRISMER - 1

Virginia A. Burdette
Chapter 7 Trustee
P.O. Box 16600
Seattle, WA 98116
Telephone: (206) 441-0203

Case 18-14536-MLB    Doc 435    Filed 02/10/22    Ent. 02/10/22 15:56:41    Pg. 1 of 2

5. Except as noted herein, I have no other connection or business dealings with the Debtor, creditors, any party in interest, their respective attorneys or accountants, the United States Trustee, or any person employed in the office of the United States Trustee which is adverse to the interests of the Estate. I believe that I and John L. Scott, Inc., are disinterested persons pursuant to U.S.C. § 101(14). Further, I neither hold nor represent interests that are adverse to the estate.

6. I have reviewed Local Bankruptcy Rule 2016 in accordance with Local Bankruptcy Rule 2014.

7. I understand that final compensation for my services is subject to court approval after notice and hearing to creditors.

DATED this 10th day of February 2022.

*/s/ Kary L. Krismer*
Kary Krismer
John L. Scott, Inc.

DECLARATION OF NO CONFLICT OF KARY KRISMER - 2

Virginia A. Burdette
Chapter 7 Trustee
P.O. Box 16600
Seattle, WA 98116
Telephone: (206) 441-0203

Case 18-14536-MLB    Doc 435    Filed 02/10/22    Ent. 02/10/22 15:56:41    Pg. 2 of 2