1
2
3
4
5
6
7
8
9
10          IN THE UNITED STATES BANKRUPTCY COURT
11          FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

12  In re:                                    No. 18-14536

13  TIMOTHY DONALD EYMAN,                      *EX PARTE* ORDER AUTHORIZING
                                               EMPLOYMENT OF REALTOR
14              Debtor.

15          THIS MATTER having come on *ex parte* before the undersigned Judge of the above-entitled court, and it

16  appearing that no notice of hearing is required to be given and that no adverse interest exists, and that the

17  employment of Kary Krismer, of John L. Scott, Inc., to provide valuation services for the Trustee is in the best

18  interest of the Estate, and that this case is one justifying employment of real estate professionals pursuant to the

19  Declarations of No Conflict filed with the Court, therefore it is hereby

20          ORDERED that VIRGINIA A. BURDETTE, Trustee herein, is authorized to employ Kary Krismer, of

21  John L. Scott, Inc., to provide valuation services for the Trustee in the matter described above under the terms

22  stated, and all compensation subject to Court order upon notice to creditors and a hearing.  The realtor shall begin

23  work upon entry of this Order.

24                          ///END OF ORDER///

25  Presented by:

26  */s/ Virginia A. Burdette*
    Virginia A. Burdette, WSBA #17921, Chapter 7 Trustee
27  P.O. Box 16600, Seattle, WA 98116
    Telephone:  (206) 441-0203
28

*EX PARTE* ORDER AUTHORIZING
EMPLOYMENT OF REALTORS - 1