Entered on Docket February 11, 2022

**Below is the Order of the Court.**

_____
**Marc Barreca
U.S. Bankruptcy Judge**
**(Dated as of Entered on Docket date above)**

_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| In re: | No. 18-14536 |
|---|---|
| TIMOTHY DONALD EYMAN, | *EX PARTE* ORDER AUTHORIZING EMPLOYMENT OF REALTOR |
| Debtor. | |

THIS MATTER having come on *ex parte* before the undersigned Judge of the above-entitled court, and it appearing that no notice of hearing is required to be given and that no adverse interest exists, and that the employment of Kary Krismer, of John L. Scott, Inc., to provide valuation services for the Trustee is in the best interest of the Estate, and that this case is one justifying employment of real estate professionals pursuant to the Declarations of No Conflict filed with the Court, therefore it is hereby

ORDERED that VIRGINIA A. BURDETTE, Trustee herein, is authorized to employ Kary Krismer, of John L. Scott, Inc., to provide valuation services for the Trustee in the matter described above under the terms stated, and all compensation subject to Court order upon notice to creditors and a hearing. The realtor shall begin work upon entry of this Order.

///END OF ORDER///

Presented by:

*/s/ Virginia A. Burdette*
Virginia A. Burdette, WSBA #17921, Chapter 7 Trustee
P.O. Box 16600, Seattle, WA 98116
Telephone: (206) 441-0203

*EX PARTE* ORDER AUTHORIZING
EMPLOYMENT OF REALTORS - 1

Virginia A. Burdette
Chapter 7 Trustee
P.O. Box 16600
Seattle, WA 98116
Telephone: (206) 441-0203