# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In re:

TIMOTHY DONALD EYMAN,

Debtor.

CASE NO. 18-14536-MLB

NOTICE OF HEARING ON STATE'S OBJECTION TO DEBTOR'S CLAIMED EXEMPTIONS

PLEASE TAKE NOTICE that the State's Objection to Debtor's Claimed Exemptions is set for hearing as follows:

JUDGE: Marc L. Barreca

DATE/TIME: March 9, 2022, 10:00 a.m.

PLACE: via ZoomGov

**To attend online with video, you may access the ZoomGov hearing at:**

https://www.zoomgov.com/j/1607704823?pwd=TUYxditUQ211OWdNeXVuYlZ5bTdBUT09

Meeting ID: 160 770 4823

Passcode: 781136

**To join the ZoomGov hearing via telephone only:**

(1) Dial: 1.669.254.5252

(2) Enter Meeting ID: 160 770 4823#

(3) Enter Passcode: 781136#

Additional notes and tips for attending the hearing are available on the Court's website under the Everett Calendars tab at https://www.wawb.uscourts.gov/judge-marc-barreca.

NOTICE OF HEARING ON STATE'S OBJECTION TO DEBTOR'S CLAIMED EXEMPTIONS

1

OFFICE OF THE ATTORNEY GENERAL
Bankruptcy & Collections Unit
800 Fifth Avenue, Suite 2000
Seattle, Washington 98104-3188
Phone: (206) 389-2187 – FAX (206) 587-5150

Case 18-14536-MLB    Doc 438-1    Filed 02/16/22    Ent. 02/16/22 12:25:56    Pg. 1 of 2

IF YOU OPPOSE the Objection, you must file your written response with the Clerk's Office of the bankruptcy court and deliver copies to the undersigned and any person requesting notice, including creditors, NOT LATER THAN THE RESPONSE DATE, which is March 2, 2022. If you file a response, you are also required to appear at the hearing.

IF NO RESPONSE IS TIMELY FILED AND SERVED, the Court may, in its discretion, SUSTAIN THE OBJECTION PRIOR TO THE HEARING WITHOUT FURTHER NOTICE, and strike the hearing.

DATED this 16th day of February, 2022.

ROBERT W. FERGUSON
Attorney General

/s/ Susan Edison
_____
SUSAN EDISON, WSBA No. 18293
DINA YUNKER FRANK, WSBA No. 16889
ERIC S. NEWMAN, WSBA No. 31521
  *Assistant Attorneys General*
Attorneys for the State of Washington

NOTICE OF HEARING ON STATE'S OBJECTION TO DEBTOR'S CLAIMED EXEMPTIONS

2

OFFICE OF THE ATTORNEY GENERAL
Bankruptcy & Collections Unit
800 Fifth Avenue, Suite 2000
Seattle, Washington 98104-3188
Phone: (206) 389-2187 – FAX (206) 587-5150

Case 18-14536-MLB    Doc 438-1    Filed 02/16/22    Ent. 02/16/22 12:25:56    Pg. 2 of 2