The Honorable Marc L. Barreca
Chapter 7

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In re

TIMOTHY DONALD EYMAN,

                Debtor.

NO. 18-14536-MLB

DECLARATION OF TONY PERKINS IN SUPPORT OF STATE OF WASHINGTON'S OBJECTION TO DEBTOR'S CLAIMED EXEMPTIONS

I, TONY PERKINS, declare as follows:

1. I am over the age of 18 and competent to testify on the matters contained in this declaration. I make this declaration based on my personal knowledge.

2. I am a Senior Investigator/Analyst in the Complex Litigation Division of the Washington State Attorney General's Office. I have served in this position since November 1, 2016 and assisted in my office's pre-filing investigation in the underlying State lawsuit. Following the filing of the State's lawsuit, I assisted in the State's discovery work. I assisted the State with trial preparation, and also provided fact testimony at trial.

3. During and after the underlying State lawsuit, I have reviewed and analyzed the financial information that Debtor Eyman disclosed in this bankruptcy.

4. The information I have reviewed includes Debtor Eyman's Chapter 7 schedules, Docket 427.

5. I also attended Debtor Eyman's 341 examination, held telephonically on January 25, 2022.

DECLARATION OF TONY PERKINS IN SUPPORT OF STATE OF WASHINGTON'S OBJECTION TO DEBTOR'S CLAIMED EXEMPTIONS

1

OFFICE OF THE ATTORNEY GENERAL
Bankruptcy & Collections Unit
800 Fifth Avenue, Suite 2000
Seattle, Washington 98104-3188
Phone: (206) 389-2187 – Fax (206) 587-5150

Case 18-14536-MLB    Doc 438-2    Filed 02/16/22    Ent. 02/16/22 12:25:56    Pg. 1 of 4

6. Debtor Eyman's Chapter 7 schedules list three vehicles, and assign a value to each. The schedules do not provide information needed to determine the accurate value of Debtor Eyman's vehicles, including the trim level and features of each vehicle, the mileage, and the condition.

7. When asked during his 341 examination how he determined the value of the three vehicles listed in his schedules, Debtor Eyman stated, "I did like a search on them, and then I talked to a person that I've always used when it came to my cars to ask what the value would be."

8. One source for information on the value of used vehicles is Kelley Blue Book. I consulted Kelley Blue Book for the value of the three vehicles listed in Debtor Eyman's Chapter 7 schedules.

9. For each vehicle, I determined the lowest possible Kelley Blue Book value by checking the lowest trim level for that vehicle, in the lowest condition rating ("fair"), and with certain optional features omitted (e.g., four wheel drive). I then estimated the upper limit of the vehicle's value, by selecting the highest trim level with the greatest number of options, and the highest condition rating ("excellent"). For each vehicle, I used Kelley Blue Book's default mileage for a vehicle of that age, which in each case was approximately 100,000 miles.

10. Debtor Eyman's Chapter 7 schedules list a 2013 Ford Explorer among his vehicles. Debtor Eyman identifies the value of this vehicle as $2,000, but he provides no additional information about the vehicle's trim level, mileage, or condition. According to Kelley Blue Book, a 2013 Ford Explorer Sport Utility 4-cylinder with 2-wheel drive in fair condition, with standard features, and with 117,159 miles is valued at approximately $7,487 at trade in. The same vehicle has an estimated "fair purchase" (sale) price of $12,461. With better trim level, features, and condition, the Kelley Blue Book value increases. At the same

DECLARATION OF TONY PERKINS IN SUPPORT OF STATE OF WASHINGTON'S OBJECTION TO DEBTOR'S CLAIMED EXEMPTIONS

2

OFFICE OF THE ATTORNEY GENERAL
Bankruptcy & Collections Unit
800 Fifth Avenue, Suite 2000
Seattle, Washington 98104-3188
Phone: (206) 389-2187 – Fax (206) 587-5150

Case 18-14536-MLB    Doc 438-2    Filed 02/16/22    Ent. 02/16/22 12:25:56    Pg. 2 of 4

mileage, a 2013 Ford Explorer Sport SUV with 4-wheel drive in excellent condition has a trade-in value of approximately $14,559, and a "fair purchase" price of $16,811.

11. There is no configuration or condition for a 2013 Ford Explorer that returns a Kelley Blue Book value as low as $2,000, the value claimed by Debtor Eyman.

12. Debtor Eyman's Chapter 7 schedules list a 2013 Mercedes C300 among his vehicles. Debtor Eyman values this vehicle at $6,000, but provides no other information. According to Kelley Blue Book, in fair condition, with standard features, and with slightly more than 100,000 miles, both the sport sedan and luxury sedan versions of the 2013 Mercedes C300 are valued at approximately $9,371 at trade-in. Either vehicle has a "fair purchase" price of approximately $15,000. In excellent condition and with the same mileage, either vehicle would have a trade-value of at least $12,000, and a "fair purchase" price of approximately $15,000.

13. There is no configuration or condition for a 2013 Mercedes C300 that returns a Kelley Blue Book value as low as $6,000, the value claimed by Debtor Eyman.

14. Finally, Debtor Eyman lists a 2012 Chrysler Touring 200 in his schedules. Debtor Eyman values this vehicle at $2,000, but he does not provide any other information, including whether the vehicle is the 200 2D Convertible or the 200 4D Touring Sedan. With slightly less than 100,000 miles and in fair condition, Kelley Blue Book gives the 2D Convertible version of the 2012 Chrysler Touring 200 a $2,842 trade-in value, and a "fair purchase" sale price of $7,222. With the same mileage and in excellent condition, the more valuable 4D Touring Sedan is valued at $6,391 at trade-in, and has a "fair purchase" price of $8,668.

15. The only configuration of a 2012 Chrysler Touring 200 that returns a Kelley Blue Book value as low as $2,000 is the 200 Convertible in fair condition, with every optional feature omitted.

DECLARATION OF TONY PERKINS IN
SUPPORT OF STATE OF WASHINGTON'S
OBJECTION TO DEBTOR'S CLAIMED
EXEMPTIONS

3

OFFICE OF THE ATTORNEY GENERAL
Bankruptcy & Collections Unit
800 Fifth Avenue, Suite 2000
Seattle, Washington 98104-3188
Phone: (206) 389-2187 – Fax (206) 587-5150

Case 18-14536-MLB    Doc 438-2    Filed 02/16/22    Ent. 02/16/22 12:25:56    Pg. 3 of 4

According to Kelley Blue Book, that vehicle has a trade-in value range of $1,958 - $3,255. However, Kelley Blue Book assigns a likely trade-in value of $2,607 for this stripped-down vehicle, more than the estimated value that Debtor Eyman provides. Kelley Blue Book assigns the vehicle a "fair purchase" sale price of $6,987.

I declare under penalty of perjury that the foregoing is true and correct.

    EXECUTED this 15th day of February, 2022.

                                       /s/ Tony Perkins
                                       TONY PERKINS

DECLARATION OF TONY PERKINS IN SUPPORT OF STATE OF WASHINGTON'S OBJECTION TO DEBTOR'S CLAIMED EXEMPTIONS

4

OFFICE OF THE ATTORNEY GENERAL
Bankruptcy & Collections Unit
800 Fifth Avenue, Suite 2000
Seattle, Washington 98104-3188
Phone: (206) 389-2187 – Fax (206) 587-5150

Case 18-14536-MLB   Doc 438-2   Filed 02/16/22   Ent. 02/16/22 12:25:56   Pg. 4 of 4