1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

The Honorable Marc L. Barreca
Chapter 7

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF WASHINGTON AT SEATTLE**

In re:

TIMOTHY DONALD EYMAN,

Debtor.

NO. 18-14536-MLB

(PROPOSED) ORDER SUSTAINING
STATE'S OBJECTION TO DEBTOR'S
CLAIMED EXEMPTIONS AND
EXTENDING TIME

THIS MATTER came before the Court on the State of Washington's Objection to Debtor's Claimed Exemptions;

The Court having considered the pleadings filed in this matter and the Court file, and having determined that notice of the Objection was properly given to the parties entitled to notice, and that good cause has been shown; now, therefore, it is hereby:

ORDERED, ADJUDGED, and DECREED that the Objection is Sustained; it is further

ORDERED, ADJUDGED, and DECREED that the exemption asserted by Debtor in the real property located at 11913 59th Ave. W., Mukilteo, WA 98275 (the "Real Property") as "100% of fair market value, up to any applicable statutory limit" is DENIED; it is further

(PROPOSED) ORDER SUSTAINING STATE'S
OBJECTION TO EXEMPTIONS AND
EXTENDING TIME

1

OFFICE OF THE ATTORNEY GENERAL
Bankruptcy & Collections Unit
800 Fifth Avenue, Suite 2000
Seattle, Washington 98104-3188
Phone: (206) 389-2187 – Fax (206) 587-5150

Case 18-14536-MLB    Doc 438-3    Filed 02/16/22    Ent. 02/16/22 12:25:56    Pg. 1 of 2

ORDERED, ADJUDGED, and DECREED that the exemption allowed to Debtor in the Real Property is limited to $125,000, the statutory limit at the time the Debtor's bankruptcy petition was filed; is it further

ORDERED, ADJUDGED, and DECREED that any exemption asserted against the estate's interest in the Real Property by Karen Eyman is DENIED; it is further

ORDERED, ADJUDGED, and DECREED that the personal property exemptions shall not exceed the statutory limits; it is further

ORDERED, ADJUDGED, and DECREED that the time for the State to assert further objections to exemptions is extended from February 24, 2022 to May 25, 2022; it is further

ORDERED, ADJUDGED, and DECREED that nothing in this order shall prohibit the State from seeking further extension of the deadline to object to exemptions; it is further

ORDERED, ADJUDGED, and DECREED any further extension of the deadline to object to exemptions shall be on notice, and the request must be filed prior to May 25, 2022.

///End of Order///

PRESENTED BY:

ROBERT W. FERGUSON
Attorney General

/s/ Susan Edison
_____
SUSAN EDISON, WSBA No. 18293
DINA YUNKER FRANK, WSBA No. 16889
ERIC S. NEWMAN, WSBA No. 31521
  *Assistant Attorneys General*
Attorneys for the State of Washington

(PROPOSED) ORDER SUSTAINING STATE'S
OBJECTION TO EXEMPTIONS AND
EXTENDING TIME

2

OFFICE OF THE ATTORNEY GENERAL
Bankruptcy & Collections Unit
800 Fifth Avenue, Suite 2000
Seattle, Washington 98104-3188
Phone: (206) 389-2187 – Fax (206) 587-5150