The Honorable Marc L. Barreca
Chapter 7

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In Re:

TIMOTHY DONALD EYMAN,

                Debtor.

CASE NO. 18-14536-MLB

DECLARATION OF SERVICE

I, Glenn Ashmun, declare as follows:

On the 16th day of February, 2022, by filing electronically, service of the State of Washington's Objection to Debtor's Claimed Exemptions, Notice of Hearing thereon, Declaration of Tony Perkins, (Proposed) Order, and this Declaration of Service was initiated upon all parties in this matter who are registered to receive electronic notice via the Court's CM/ECF system, including the chapter 7 trustee, trustee's counsel, and Debtor's counsel.

Additionally, on the 16th day of February, 2022, I caused a copy of the same set of documents to be sent to the following via U.S. Mail, first class, postage prepaid.

    Timothy Donald Eyman
    500 106th Ave NE, #709
    Bellevue, WA 98004

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 16th day of January, 2022.

                                       /s/ Glenn Ashmun

                                       GLENN ASHMUN
                                       Paralegal

DECLARATION OF SERVICE     1     OFFICE OF THE ATTORNEY GENERAL
Bankruptcy & Collections Unit
800 Fifth Avenue, Suite 2000
Seattle, Washington 98104-3188
Phone: (206) 389-2187 – Fax (206) 587-5150

Case 18-14536-MLB     Doc 438-4     Filed 02/16/22     Ent. 02/16/22 12:25:56     Pg. 1 of 1