Chief Judge Marc Barreca
Chapter 11
Hearing: March 23, 2022 @ 10:00 a.m.
Response Date: March 16, 2022
ZOOMGOV

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT EVERETT

In re:

TIMOTHY DONALD EYMAN,

Debtor.

No. 18-14536-MLB

FINAL APPLICATION FOR COMPENSATION FOR VORTMAN & FEINSTEIN FOR APRIL 8, 2020, TO DECEMBER 17, 2021

## **NOTICE OF HEARING**

PLEASE TAKE NOTICE that an issue of law in this case will be heard on the date and time below:

    Calendar Date:    Wednesday, March 23, 2022, at 10:00 a.m.
    Response Date:    Wednesday, March 16, 2022

This motion will be heard before Chief Judge Marc Barreca in the United States Bankruptcy via ZoomGov at the above date and time. Unless a creditor or other party in interest objects and files a response or objection by the response date above, the Court may enter an order without further notice or hearing.

ZOOM HEARINGS: If you wish to participate in the hearing, you must confirm prior to the hearing date. Parties and counsel may attend via Zoom or telephone at their option without seeking permission of the Court.

Application for Compensation     Page 1 of 7     VORTMAN & FEINSTEIN
2033 6TH AVENUE, SUITE 251
SEATTLE, WA 98121
(206) 223-9595
(206) 386-5355 (fax)

Case 18-14536-MLB    Doc 440    Filed 02/25/22    Ent. 02/25/22 14:38:19    Pg. 1 of 7

## Join ZoomGov Meeting

https://www.zoomgov.com/j/1607704823?pwd=TUYxditUQ211OWdNeXVuYlZ5bTdBUT09

Meeting ID: 160 770 4823
Passcode: 781136
One tap mobile
+16692545252,,1607704823# US (San Jose)
+16692161590,,1607704823# US (San Jose)

## Dial by your location

+1 669 254 5252 US (San Jose)
+1 669 216 1590 US (San Jose)
+1 646 828 7666 US (New York)
+1 551 285 1373 US
Meeting ID: 160 770 4823
Find your local number: https://www.zoomgov.com/u/aCksE5Pde

**NOTES**
- Please do not attempt to record this session. It is prohibited.
- Please set your Zoom user name to show your first and last name only: Jane Doe, John Doe…(this will make it easier for the judge to identify parties)
- If you are disconnected from the session and can't rejoin, email the judge's courtroom deputy at: Jessica_Smith@wawb.uscourts.gov
- Please join this Zoom session 15 mins prior to the scheduled start of the hearing.

**CONNECTING TO THE SESSION**
- If attending this meeting via Video: Select the "Join ZoomGov Meeting" link below to join the session.
- If attending this meeting via Phone-only (no video):
Cell phone users: Select one of the "One tap mobile" (San Jose) options listed below to connect
- Landline users: Dial one of the "Dial by your location (San Jose)" numbers listed below > Enter the "Meeting ID" when prompted > Press # when prompted for your "Personal Meeting ID"

**TIPS FOR SUCCESS**
- Choose a quiet location without distractions.
- Choose an area with good light, but not too much bright light behind you.
- For better sound quality, use a headset with built-in mic (or make sure you are close to your microphone).

Application for Compensation     Page 2 of 7     VORTMAN & FEINSTEIN
2033 6TH AVENUE, SUITE 251
SEATTLE, WA 98121
(206) 223-9595
(206) 386-5355 (fax)

Case 18-14536-MLB    Doc 440    Filed 02/25/22    Ent. 02/25/22 14:38:19    Pg. 2 of 7

- Turn off apps that have built-in sounds, minimizing background noise.
- Check and confirm, in advance of the hearing, that you have a working camera and microphone on your device.
- If you run into technical issues or have questions, send email to: curtis_udy@wawb.uscourts.gov

DATED this 25th day of February, 2022.

/s/ Kathryn P. Scordato
Larry B. Feinstein, WSBA #6074
Kathryn P. Scordato, WSBA #41922
Attorney for Debtor

## MOTION

COMES NOW Vortman & Feinstein, attorneys for the Debtor, Timothy Eyman, and apply to the Court for an order granting Vortman & Feinstein final attorney's fees and costs of $23,392.10 for the period from Confirmation (April 8, 2020) through Conversion (December 17, 2021), pursuant to Section 330 of the Bankruptcy Code. Vortman & Feinstein is requesting an additional 3.0 hours at $350 per hour ($1,050.00), for preparation of this Application for Compensation, Declaration in Support of Final Fees, proposed Order, and attend any hearing necessary thereof. This is Vortman & Feinstein's fourth fee request covering fees incurred while the Debtor was in Chapter 11. <u>Fees incurred by the Debtor post-conversion to Chapter 7 are not included in this request.</u>

This bankruptcy proceeding commenced by the filing of a voluntary Chapter 11 petition on November 28, 2018 (ECF #1). An order was entered authorizing employment of Vortman & Feinstein as attorneys for the Debtor on February 5, 2019 (ECF #57). In addition to Vortman & Feinstein, accountant David Hawthorne,

Application for Compensation　　　　Page 3 of 7　　　　VORTMAN & FEINSTEIN
2033 6TH AVENUE, SUITE 251
SEATTLE, WA 98121
(206) 223-9595
(206) 386-5355 (fax)

Case 18-14536-MLB    Doc 440    Filed 02/25/22    Ent. 02/25/22 14:38:19    Pg. 3 of 7

Special Counsel Robert McCallum of LeSourd & Patten (Tax), Stephen Pidgeon (Family Law), and Special Counsel Richard Sanders and the Goodstein Law Group, PLLC (Litigation) have been retained by the Estate and remained active throughout the course of this case. Joel Ard's application to be employed as Special Counsel was denied. The following chart lists all fees awarded to the professionals in this case prior to this request:

| ECF # | Date | Party | Amount |
|---|---|---|---|
| 106 | 4/22/19 | Joel Ard / Ard Law Group | $51,437.70 |
| 118 | 6/3/19 | Larry Feinstein / Vortman & Feinstein | $34,319.32 |
| 167 | 11/13/19 | Robert McCallum / LeSourd & Patten | $4,095.00 |
| 229 | 2/25/20 | Larry Feinstein / Vortman & Feinstein | $31,493.35 |
| 242 | 3/4/20 | Richard Sanders / Goodstein Law Group | $118,608.52 |
| 258 | 3/30/20 | Hawthorne & Co., CPAs | $7,483.26 |
| 269 | 4/3/20 | Robert McCallum / LeSourd & Patten | $3,342.55 |
| 291 | 6/29/20 | Larry Feinstein / Vortman & Feinstein | $17,277.50 |
| 294 | 6/30/20 | Richard Sanders / Goodstein Law Group | $45,445.29 |
| 316 | 1/19/21 | Richard Sanders / Goodstein Law Group | $218,757.14 |
| 347 | 7/14/21 | Richard Sanders / Goodstein Law Group | $36,505.20 |
| | | Total | $568,764.83 |

Prior to this final fee request, Vortman & Feinstein was awarded a total compensation of $83,090.17, inclusive of all preconfirmation fees. After application of funds held in trust prior to confirmation and payments under the confirmed Plan of Reorganization, preconfirmation fees and a majority of post-confirmation fees have been paid, leaving the balance requested herein.

In addition to the fees and costs incurred post-confirmation, Vortman & Feinstein is seeking an additional three hours at $350.00 for preparation of this Application, Declaration in Support of Final Fees, proposed Order and attending any hearing required thereon, bringing the total balance of **$8,112.50** to be allowed

VORTMAN & FEINSTEIN
2033 6TH AVENUE, SUITE 251
SEATTLE, WA 98121
(206) 223-9595
(206) 386-5355 (fax)

and paid by the Chapter 7 estate as an administrative expense claim herein.

The Debtor's Chapter 11 Plan of Reorganization was confirmed on April 8, 2020 (ECF #270 and #274). Following confirmation and the initial distributions, the Chapter 11 was administratively closed on July 29, 2020 (ECF #297 and #298). The case was reopened upon the Debtor's Motion on October 2, 2020, for the purpose of selling the Debtor and the Estate's Interest in the marital home to the Debtor's estranged spouse, Karen Eyman (ECF #302).

The Debtor, Mrs. Eyman, and the State have still not reached an agreement regarding the sale of the estate's interest in the home. (The Debtor has also filed an appeal of the State Court judgment entered against him and in favor of the State in Thurston County Superior Court Case No. 17-2-01546-34, which is still pending as before Division II of the WA Court of Appeals under Case No. 566532.) To effectuate its position, the State filed a Motion for Relief from Stay (ECF #323) to enforce its judgment lien on the homestead and to void encumbrances (namely previous orders awarding compensation, filed while the case was closed) and for Rule 2004 exams of Mrs. Eyman and her sister, Carol Williams (ECF #324).

When Debtors' Counsel was successful in having that Motion denied, the State then filed an adversary proceeding against the Debtor, Vortman & Feinstein, and Goodstein Law Group, PLLC (ECF #344, Adv. Case No. 21-01041). The adversary proceeding is still pending. While the State has been and remains the Debtor's primary creditor, they then took matters a step further by filing an Application for Appointment of a Chapter 11 Trustee and tacking on relief to

VORTMAN & FEINSTEIN
2033 6TH AVENUE, SUITE 251
SEATTLE, WA 98121
(206) 223-9595
(206) 386-5355 (fax)

enforcement of the default provisions in the Plan and record its judgment (ECF #370). This was followed a month later with a Motion to convert the case from a Chapter 11 to a Chapter 7 (ECF #392). Multiple hearings were held on these two motions, requiring a significant amount of work researching, drafting, preparing, and arguing.

The Debtor's case was converted to Chapter 7 on December 17, 2021 (ECF #408). Virginia Burdette was appointed as the Chapter 7 Trustee (ECF #409). She has retained Schweet Linde and Coulson, PLLC, as her attorneys (ECF #422), and Kary Krismer as her realtor (ECF #437). The Administrative Claims Bar Date is set as March 25, 2022 (ECF #425). The Notice is very clear that there is no guarantee of any payment or if there is a distribution when that payment will be made. The Debtor's Conversion Schedules list assets totaling $1,670,808 (ECF #427); objections to his exemptions are currently pending (ECF #432 and #438). At the current time, Counsel is unable to ascertain the financial condition of the Chapter 7 bankruptcy estate but is optimistic about the estate's ability to pay the allowed administrative claims.

The hourly rate for Mr. Feinstein is $425.00; the hourly rate for Ms. Scordato is $350.00, the hourly rate for Ms. Carleton[1] is $150.00; and the hourly rate for administrative services is $95.00. Attached to Ms. Scordato's declaration is an itemized billing statement showing the services through from April 8, 2020, through December 17, 2021. All matters undertaken by Vortman & Feinstein were required

---

[1] Vicki Carleton is a contract attorney engaged by the firm on an as needed basis, primarily to handle adversary litigation.

Application for Compensation       Page 6 of 7       VORTMAN & FEINSTEIN
2033 6TH AVENUE, SUITE 251
SEATTLE, WA 98121
(206) 223-9595
(206) 386-5355 (fax)

Case 18-14536-MLB    Doc 440    Filed 02/25/22    Ent. 02/25/22 14:38:19    Pg. 6 of 7

to be dealt with to represent the interest of the estate, and for the benefit of the estate.

Our time is fully set forth in our billing statements and itemized in detail and attached to Ms. Scordato's Declaration. A *summary* is as follows:

| | |
|---|---|
| A. BR 2004 Exam of Karen Eyman and Carol Williams | 1.5 hours |
| B. Administration, including telephone calls and emails with the client, and other general case matters | 4.2 hours |
| C. Adversary Proceeding No. 21-01041 – State of WA v. Eyman, V&F, and GLG | 11.2 hours |
| D. Previous fee request and Motion for Final Decree (Closing case) | 2.7 hours |
| E. Assistance in purging contempt in state court case | 1.5 hours |
| F. State's Motion to Appoint Trustee and Motion to Convert from Ch 11 to Chapter 7 | 11.1 hours |
| G. Negotiations with Karen Eyman regarding dissolution and purchase of estate's interest in the house | 12.2 hours |
| H. Preparation and review of the U.S. Trustee monthly and quarterly reports | 6.8 hours |
| I. State's Motion for Relief from Stay | 8.3 hours |
| J. Finalization of Plan of Reorganization and answering Client's questions regarding implementation | 3.0 hours |
| Total Time Billed | 65.5 hours |
| Dollar Amount of Time Billed | $23,262.50 |
| Expenses | $129.60 |
| Additional Time for Preparation of this Application | 3.0 hours |
| Additional Compensation for Preparation of this Application | $1,050.00 |
| Payments made post-confirmation by Debtor | ($15,838.65) |
| Voluntary Discount per LBF | ($490.95) |
| Administrative Expense Claim Against Ch 7 Estate | $8,112.50 |

WHEREFORE, Vortman & Feinstein requests an award of attorney's fees as an allowed Chapter 11 administrative expense claim of $8,112.50.

DATED this 25th day of February, 2022.

/s/ Kathryn P. Scordato
Larry B. Feinstein, WSBA #6074
Kathryn P. Scordato, WSBA #41922
Attorney for Debtor

Application for Compensation		Page 7 of 7		VORTMAN & FEINSTEIN
2033 6TH AVENUE, SUITE 251
SEATTLE, WA 98121
(206) 223-9595
(206) 386-5355 (fax)

Case 18-14536-MLB    Doc 440    Filed 02/25/22    Ent. 02/25/22 14:38:19    Pg. 7 of 7