# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re: | No. 18-14536-MLB |
| TIMOTH D EYMAN | ORDER GRANTING APPLICATION FOR COMPENSATION AND ALLOWANCE AS AN ADMINISTRATIVE EXPENSE |
| Debtor. | |

This matter having come before the Court upon the final application for post-confirmation Chapter 11 administrative fees by Vortman & Feinstein, as attorneys for the Debtor, Timothy D. Eyman, incurred between April 8, 2020, to December 17, 2021, and allowance thereof as an administrative expense claim; and the Court being advised in the premises; and no objections having been filed; now therefore, it is hereby

ORDERED that Vortman & Feinstein is awarded final unpaid fees and costs in the amount $8,112.50, which shall be allowed as a chapter 11 administrative expense claim in the above-entitled proceeding.

//// End of Order ////

Order on Application for Compensation    Page 1 of 2    VORTMAN & FEINSTEIN
2033 6TH AVENUE, SUITE 251
SEATTLE, WA 98121
(206) 223-9595
(206) 386-5355 (fax)

Case 18-14536-MLB    Doc 440-1    Filed 02/25/22    Ent. 02/25/22 14:38:19    Pg. 1 of 2

Presented by:

/s/ Kathryn P. Scordato
Larry B. Feinstein WSBA # 6074
Kathryn P. Scordato, WSBA #41922
Attorneys for Debtor

Order on Application for Compensation          Page 2 of 2          VORTMAN & FEINSTEIN
2033 6TH AVENUE, SUITE 251
SEATTLE, WA 98121
(206) 223-9595
(206) 386-5355 (fax)

Case 18-14536-MLB    Doc 440-1    Filed 02/25/22    Ent. 02/25/22 14:38:19    Pg. 2 of 2