Chief Judge Marc Barreca
Chapter 11
Hearing: March 23, 2022 @ 10:00 a.m.
Response Date: March 16, 2022
ZOOMGOV

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON AT EVERETT

| | |
|---|---|
| In re: | No. 18-14536-MLB |
| TIMOTHY DONALD EYMAN, | PROOF OF SERVICE |
| Debtor. | |

I, Kathryn Scordato, declare as follows:

On February 25, 2022, I personally deposited in the mailbox for the United States Post Office located outside of 2033 6th Ave, Seattle, WA 98121, first class postage prepaid, a true and correct copy of Vortman & Feinstein's Application for Compensation to all parties on the attached mailing matrix.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 22nd day of February, 2022, at Seattle, WA.

/s/ Kathryn P. Scordato
Larry B. Feinstein, WSBA #6074
Kathryn P. Scordato, WSBA #41922
Attorney for Debtor

Proof of Service:
Application for Compensation

Page 1 of 1

VORTMAN & FEINSTEIN
2033 6TH AVENUE, SUITE 251
SEATTLE, WA 98121
(206) 223-9595
(206) 386-5355 (fax)

Case 18-14536-MLB    Doc 440-2    Filed 02/25/22    Ent. 02/25/22 14:38:19    Pg. 1 of 3

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0981-2<br>Case 18-14536-MLB<br>Western District of Washington<br>Seattle<br>Fri Feb 25 14:11:25 PST 2022 | Virginia A Burdette<br>Virginia Andrews Burdette, Trustee<br>P.O. Box 16600<br>Seattle, WA 98116-0600 | Susan M Edison<br>WA Attorney General's Office<br>Bankruptcy & Collections<br>800 Fifth Ave, Ste 2000<br>Seattle, WA 98104-3188 |
| Karen Eyman<br>11913 59th Ave W<br>Mukilteo, WA 98275-5569 | Timothy Donald Eyman<br>500 106th Ave NE #709<br>Bellevue, WA 98004-8696 | Larry B. Feinstein<br>Larry B. Feinstein<br>2033 Sixth Avenue<br>Ste 251<br>Seattle, WA 98121-2526 |
| Dina Yunker Frank<br>Attorney General of Washington<br>Bankruptcy and Collections<br>800 Fifth Ave, Ste 2000<br>Seattle, WA 98104-3188 | Seth Goodstein<br>ROI Law Firm, PLLC<br>1302 North I Street, Ste. C<br>Tacoma, WA 98403-2143 | Goodstein Law Group PLLC<br>501 S G Street<br>Tacoma, WA 98405-4715 |
| Gregor A Hensrude<br>Klinedinst PC<br>701 Fifth Avenue<br>Suite 1220<br>Seattle, WA 98104-7007 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | PC Klinedinst<br>Klinedinst PC<br>701 5th Ave.<br>Ste. 1220<br>Seattle, WA 98104-7007 |
| Klinedinst PC<br>c/o Daniel Agle, Esq.<br>501 W Broadway, 6th Floor<br>San Diego, CA 92101-3536 | Klinedinst, PC<br>701 Fifth Avenue, Suite 1220<br>Seattle, WA 98104-7007 | Carolyn A Lake<br>Goodstein Law Group PLLC<br>501 South G Street<br>Tacoma, WA 98405-4715 |
| Thomas S Linde<br>Schweet Linde and Coulson, PLLC<br>575 S Michigan St<br>Seattle, WA 98108-3316 | Robert M. McCallum<br>Lesourd & Patten, P.S.<br>20 Sixth Ave NE<br>Issaquah, WA 98027-3428 | Thomas D. Neeleman<br>Neeleman Law Group<br>1904 Wetmore, #200<br>Everett, WA 98201-6110 |
| Eric S Newman<br>Office of the Attorney General<br>800 Fifth Ave, Ste 2000<br>Seattle, WA 98104-3188 | Gretchen Sand<br>PO Box 6503<br>Kennewick, WA 99336-0627 | Schweet Linde and Coulson PLLC<br>575 S Michigan St<br>Seattle, WA 98108-3316 |
| Kathryn Scordato<br>Vortman & Feinstein<br>2033 6th Ave, Suite 251<br>Seattle, WA 98121-2526 | Martin L. Smith<br>700 Stewart St Ste 5103<br>Seattle, WA 98101-4438 | Michael M Sperry<br>Schweet Linde & Coulson, PLLC<br>575 S. Michigan St.<br>Seattle, WA 98108-3316 |
| State of Washington Attorney<br>General's Office<br>Attn: Linda Dalton<br>PO Box 40100<br>Olympia, WA 98504-0100 | Marc S. Stern<br>1825 NW 65th Street<br>Seattle, WA 98117-5532 | Laurie M Thornton<br>Office of the U.S. Trustee<br>700 Stewart Street<br>Seattle, WA 98101-4439 |
| United States Trustee<br>700 Stewart St Ste 5103<br>Seattle, WA 98101-4438 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Courtesy NEF | (u)Goodstein Law Group PLLC | (u)David Hawthorne |
| (u)Hawthorne and Co | (u)Kary Krismer | (u)Law Offices of Paul L Schneiderman |
| (u)Robert McCallum | (u)Richard B Sanders | (u)State of Washington |
| (d)United States Trustee<br>700 Stewart Street<br>Suite 5103<br>Seattle, WA 98101-4438 | (u)Carol Williams | End of Label Matrix<br>Mailable recipients 27<br>Bypassed recipients 11<br>Total 38 |