Chief Judge Marc Barreca
Chapter 11
Hearing: March 23, 2022 @ 10:00 a.m.
Response Date: March 16, 2022
ZOOMGOV

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT EVERETT

| In re: | No. 18-14536-MLB |
|---|---|
| TIMOTHY DONALD EYMAN,<br><br>Debtor. | DECLARATION OF KATHRYN SCORDATO IN SUPPORT OF FINAL APPLICATION FOR COMPENSATION FOR VORTMAN & FEINSTEIN FOR APRIL 8, 2020, TO DECEMBER 17, 2021 |

I, Kathryn P. Scordato, declare as follows:

I am an attorney with the firm of Vortman & Feinstein. In my capacity as an attorney, I am responsible for maintaining the records for work completed on a client's behalf. Larry Feinstein originally notes his time by handwriting slips with the date, amount of time, and a brief description. Vicki Carleton (a contract attorney for the firm) submits typewritten time records. I prefer to enter my time directly into the software simultaneously with the work. Each month, I produce invoices and reports for Mr. Feinstein to review, which are then sent to the Chapter 11 clients for information purposes only. Payments received from a client or third parties are noted in these invoices and reports as well. For all Chapter 11 clients, preconfirmation funds are held in Trust unless and until there is a court order authorizing application of the funds to the outstanding balance. Post-confirmation,

Application for Compensation     Page 1 of 3     VORTMAN & FEINSTEIN
2033 6TH AVENUE, SUITE 251
SEATTLE, WA 98121
(206) 223-9595
(206) 386-5355 (fax)

Case 18-14536-MLB    Doc 441    Filed 02/25/22    Ent. 02/25/22 14:41:01    Pg. 1 of 3

payments received from a client or third-party are noted on the invoice and applied to the outstanding balance, pursuant to the terms of the confirmed Plan.

The hourly rate for Mr. Feinstein is $425.00; my hourly rate is $350.00, the hourly rate for Ms. Carleton[1] is $150.00; and the hourly rate for administrative services is $95.00. Attached hereto and made a part hereof by reference (A) a breakdown of services by category and (B) an itemized billing statement by date showing the services through from April 8, 2020, through December 17, 2021.

A *summary* is as follows:

| | |
|---|---|
| A. BR 2004 Exam of Karen Eyman and Carol Williams | 1.5 hours |
| B. Administration, including telephone calls and emails with the client, and other general case matters | 4.2 hours |
| C. Adversary Proceeding No. 21-01041 – State of WA v. Eyman, V&F, and GLG | 11.2 hours |
| D. Previous fee request and Motion for Final Decree (Closing case) | 2.7 hours |
| E. Assistance in purging contempt in state court case | 1.5 hours |
| F. State's Motion to Appoint Trustee and Motion to Convert from Ch 11 to Chapter 7 | 11.1 hours |
| G. Negotiations with Karen Eyman regarding dissolution and purchase of estate's interest in the house | 12.2 hours |
| H. Preparation and review of the U.S. Trustee monthly and quarterly reports | 6.8 hours |
| I. State's Motion for Relief from Stay | 8.3 hours |
| J. Finalization of Plan of Reorganization and answering Client's questions regarding implementation | 3.0 hours |
| Total Time Billed | 65.5 hours |
| Dollar Amount of Time Billed | $23,262.50 |
| Expenses | $129.60 |
| Additional Time for Preparation of this Application | 3.0 hours |
| Additional Compensation for Preparation of this Application | $1,050.00 |
| Payments made post-confirmation by Debtor | ($15,838.65) |
| Voluntary Discount per LBF | ($490.95) |
| Administrative Expense Claim Against Ch 7 Estate | $8,112.50 |

---

[1] Vicki Carleton is a contract attorney engaged by the firm on an as needed basis, primarily to handle adversary litigation.

Application for Compensation     Page 2 of 3     VORTMAN & FEINSTEIN
2033 6TH AVENUE, SUITE 251
SEATTLE, WA 98121
(206) 223-9595
(206) 386-5355 (fax)

Case 18-14536-MLB    Doc 441    Filed 02/25/22    Ent. 02/25/22 14:41:01    Pg. 2 of 3

In addition to the time noted in the billing statements, we are requesting an additional 3.0 hours at $350.00 for preparation of this Application, this Declaration, the proposed Order and attending any hearing that might be required herein. On February 23, 2022, I spent 1.8 hours finalizing the timeslip entries to correct typos and categorizing entries to prepare Exhibit A. I spent an additional 2.5 hours drafting the Application for fees that day. On February 25, 2022, I spent another 1.2 hours drafting this Declaration and the proposed order, after reviewing and editing the Application and spreadsheet again. The total time spent on this Application was 5.5 hours. We are voluntarily reducing and capping that time 3.0 hours, which discounts the services by $875, for a total requested additional fee of $1,050.00.

With the above, then, the outstanding unpaid balance as of December 17, 2021, the date of conversion to Chapter 7, is $8,112.50.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated this 25th day of February, 2022.

/s/ Kathryn P. Scordato
Larry B. Feinstein, WSBA #6074
Kathryn P. Scordato, WSBA #41922
Attorney for Debtor

Application for Compensation    Page 3 of 3    VORTMAN & FEINSTEIN
2033 6TH AVENUE, SUITE 251
SEATTLE, WA 98121
(206) 223-9595
(206) 386-5355 (fax)

Case 18-14536-MLB    Doc 441    Filed 02/25/22    Ent. 02/25/22 14:41:01    Pg. 3 of 3