Entered on Docket March 1, 2022

**Below is the Order of the Court.**



_____
**Marc Barreca
U.S. Bankruptcy Judge**
**(Dated as of Entered on Docket date above)**

_____

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| In re | Case No.: 18-14536-MLB |
|---|---|
| TIMOTHY DONALD EYMAN,<br><br>Debtor. | AGREED ORDER EXTENDING TIME TO OBJECT TO EXEMPTIONS AND CONTINUING HEARING ON OBJECTIONS TO EXEMPTIONS |

THIS MATTER came before the Court upon the Trustee's Objection to Debtor's Exemptions ("Trustee's Objection"), Dkt. 432 and the State of Washington's Objection to Debtor's Claimed Exemptions ("State's Objection"), Dkt. 438. Based on the agreement of (1) Virginia Burdette, solely in her capacity as the Chapter 7 Trustee ("Trustee"); (2) the State of Washington ("State"); (3) Timothy Eyman, and (4) Karen Eyman, as evidenced by their respective attorney's signatures below it is hereby:

ORDERED, ADJUDGED, and DECREED that the time for Trustee and the State to assert objections to exemptions is extended from February 24, 2022 to May 25, 2022; it is further

AGREED ORDER EXTENDING TIME TO OBJECT TO EXEMPTIONS AND CONTINUING HEARING ON OBJECTIONS TO EXEMPTIONS - 1

*Schweet Linde & Coulson, PLLC*
575 S. Michigan St.
Seattle, WA 98108
P (206) 275-1010 F (206) 381-0101

Case 18-14536-MLB    Doc 443    Filed 03/01/22    Ent. 03/01/22 12:36:48    Pg. 1 of 3

ORDERED, ADJUDGED, and DECREED that the hearing on the Trustee's Objection and the State's Objection are continued from March 9, 2022 at 10:00 am to April 27, 2022 at 10:00 am ("Continued Hearing Date"); it is further

ORDERED, ADJUDGED, and DECREED that the briefing schedule for the Trustee's Objection and the State's Objection under Local Bankruptcy Rule 9013-1(d)(8) shall be determined by reference to the Continued Hearing Date, it is further

ORDERED, ADJUDGED, and DECREED that nothing in this order shall prohibit the Trustee and/or the State from seeking further extension of the deadline to object to exemptions; it is further

ORDERED, ADJUDGED, and DECREED any further extension of the deadline to object to exemptions by the Trustee and/or State shall be on notice, and the request must be filed prior to May 25, 2022.

///END OF ORDER///

Presented By:

*/s/ Michael M. Sperry*
Michael M. Sperry, WSBA#43760
Thomas S. Linde, WSBA#14426
Latife H. Neu, WSBA#33144
Attorneys for Virginia Burdette, Chapter 7 Trustee

Agreed to in form and content with notice of presentation waived by:
**ROBERT W. FERGUSON**
**Attorney General**
*/s/ Susan Edison*[1]
Susan Edison, WSBA #18293
Attorney for the State of Washington

*/s/ Marc Stern*[2]
Marc S. Stern, WSBA #8194
Attorney for Karen Eyman

[SIGNATURES CONTINUE ON NEXT PAGE]

---

[1] Per email authorization on March 1, 2022.
[2] Per email authorization on March 1, 2022.

AGREED ORDER EXTENDING TIME TO OBJECT TO EXEMPTIONS AND CONTINUING HEARING ON OBJECTIONS TO EXEMPTIONS - 2

*SCHWEET LINDE & COULSON, PLLC*
575 S. MICHIGAN ST.
SEATTLE, WA 98108
P (206) 275-1010 F (206) 381-0101

Case 18-14536-MLB    Doc 443    Filed 03/01/22    Ent. 03/01/22 12:36:48    Pg. 2 of 3

**VORTMAN & FEINSTEIN**
*/s/ Larry Feinstein[3]*
Larry Feinstein, WSBA #6074
Attorney for Timothy Eyman

---

[3] Per email authorization on February 25, 2022.

AGREED ORDER EXTENDING TIME TO OBJECT TO EXEMPTIONS AND CONTINUING HEARING ON OBJECTIONS TO EXEMPTIONS - 3

*SCHWEET LINDE & COULSON, PLLC*
575 S. MICHIGAN ST.
SEATTLE, WA 98108
P (206) 275-1010 F (206) 381-0101