In re: Timothy D. Eyman, Bankruptcy Case No. 18-14536-MLB

# EXHIBIT B

to Declaration of S. Todd Sipe
in Support of State's Objection
to Applications For Attorneys' Fees

FILED
SUPREME COURT
STATE OF WASHINGTON
12/1/2021
BY ERIN L. LENNON
CLERK

# THE SUPREME COURT OF WASHINGTON

| | | |
|---|---|---|
| STATE OF WASHINGTON, | ) | No. 100040-5 |
| | ) | |
| Respondent, | ) | **O R D E R** |
| | ) | |
| v. | ) | Thurston County Superior Court |
| | ) | No. 17-2-01546-3 |
| TIM EYMAN, et al., | ) | |
| | ) | |
| Appellants. | ) | |
| | ) | |
| _____ | ) | |

Department I of the Court, composed of Chief Justice González and Justices Johnson,

Owens, Gordon McCloud and Montoya-Lewis, considered this matter at its November 30, 2021,

Motion Calendar and unanimously agreed that the following order be entered.

IT IS ORDERED:

That the Petitioner's motion to modify the Commissioner's ruling and the Respondent's

motion to modify the Commissioner's ruling are both denied.

DATED at Olympia, Washington, this 1st day of December, 2021.

For the Court

*González C.J.*

CHIEF JUSTICE