In re: Timothy D. Eyman, Bankruptcy Case No. 18-14536-MLB

# EXHIBIT C

to Declaration of S. Todd Sipe
in Support of State's Objection
to Applications For Attorneys' Fees

ERIN L. LENNON
SUPREME COURT CLERK

SARAH R. PENDLETON
DEPUTY CLERK/
CHIEF STAFF ATTORNEY

**THE SUPREME COURT**
STATE OF WASHINGTON



TEMPLE OF JUSTICE
P.O. BOX 40929
OLYMPIA, WA 98504-0929

(360) 357-2077
e-mail: supreme@courts.wa.gov
www.courts.wa.gov

December 9, 2021

**LETTER SENT BY E-MAIL ONLY**

Carolyn A. Lake
Richard B. Sanders
Goodstein Law Group
501 South G Street
Tacoma, WA 98405-4715

Eric S. Newman
Paul Michael Crisalli
Stephen Todd Sipe
Washington Attorney General's Office
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188

Seth S. Goodstein
ROI Law Firm, PLLC
1302 North I Street, Suite C
Tacoma, WA 98403-2143

Re:  Supreme Court No. 100040-5 – State of Washington v. Tim Eyman et al.
     Thurston County Superior Court No. 17-2-01546-34

Counsel:

On December 8, 2021, the Court received the "Appellant's Motion for Reconsideration". The motion seeks reconsideration of the Court's order dated December 1, 2021, denying two motions to modify the commissioner's ruling.

The Rules of Appellate Procedure do not allow for a motion for reconsideration of an order denying a motion to modify. See RAP 12.4(a) ("A party may not file a motion for reconsideration of an order refusing to modify a ruling by the commissioner"). Therefore, this motion is rejected for filing.

Sincerely,

Erin L. Lennon
Supreme Court Clerk

ELL:jm