In re: Timothy D. Eyman, Bankruptcy Case No. 18-14536-MLB

# EXHIBIT H

to Declaration of S. Todd Sipe
in Support of State's Objection
to Applications For Attorneys' Fees

FILED
SUPREME COURT
STATE OF WASHINGTON
2/8/2022 4:54 PM
BY ERIN L. LENNON
CLERK

GOODSTEIN
LAW GROUP
PLLC

| | |
|---|---|
| 501 S. G Street | Richard B. Sanders |
| Tacoma, WA 98405 | *Attorney at Law* |
| Fax: (253) 779-4411 | rsanders@goodsteinlaw.com |
| Tel: (253) 779-4000 | |

February 8, 2022

**Electronically Filed**
Clerk of the Court
Washington State Supreme Court
PO Box 40929
Olympia, WA 98504-0929

Re: Supreme Court No. 100040-5 - State of Washington v. Tim Eyman et al.
Thurston County Superior Court No. 17-2-01546-3

Dear Clerk of the Court:

This letter is to inform you that I would like to strike Appellant's Motion to Modify December 14, 2021 Commissioner Order Denying Recusal that was filed on January 10, 2022.

As always, please contact me if you have any questions. Thank you.

Very truly yours,

*s/Richard B. Sanders*

Richard B. Sanders


RBS/dkp
Enclosure

cc: All Counsel of Record

220208.ltr.Clerk re Strike

# GOODSTEIN LAW GROUP PLLC

## February 08, 2022 - 4:54 PM

## Transmittal Information

**Filed with Court:** Supreme Court
**Appellate Court Case Number:** 100,040-5
**Appellate Court Case Title:** State of Washington v. Tim Eyman et al.
**Superior Court Case Number:** 17-2-01546-3

**The following documents have been uploaded:**

- 1000405_Letters_Memos_20220208165350SC464515_3148.pdf
    This File Contains:
    Letters/Memos - Other
    *The Original File Name was 220208.ltr.Clerk re Strike.pdf*

**A copy of the uploaded files will be sent to:**

- Jessica.Buswell@atg.wa.gov
- Todd.Sipe@atg.wa.gov
- clake@goodsteinlaw.com
- comcec@atg.wa.gov
- eric.newman@atg.wa.gov
- grace.summers@atg.wa.gov
- info@roilawfirm.com
- paul.crisalli@atg.wa.gov

**Comments:**

---

Sender Name: Deena Pinckney - Email: dpinckney@goodsteinlaw.com
    **Filing on Behalf of:** Richard B Sanders - Email: rsanders@goodsteinlaw.com (Alternate Email: dpinckney@goodsteinlaw.com)

Address:
501 South G Street
Tacoma, WA, 98405
Phone: (253) 779-4000

**Note: The Filing Id is 20220208165350SC464515**