In re: Timothy D. Eyman, Bankruptcy Case No. 18-14536-MLB

# EXHIBIT I

to Declaration of S. Todd Sipe
in Support of State's Objection
to Applications For Attorneys' Fees

# THE SUPREME COURT
STATE OF WASHINGTON

ERIN L. LENNON
SUPREME COURT CLERK

SARAH R. PENDLETON
DEPUTY CLERK/
CHIEF STAFF ATTORNEY

TEMPLE OF JUSTICE
P.O. BOX 40929
OLYMPIA, WA 98504-0929

(360) 357-2077
e-mail: supreme@courts.wa.gov
www.courts.wa.gov



February 11, 2022

LETTER SENT BY E-MAIL ONLY

Carolyn A. Lake
Richard B. Sanders
Goodstein Law Group
501 S G Street
Tacoma, WA 98405-4715

Eric S. Newman
Paul Michael Crisalli
Stephen Todd Sipe
Washington Attorney General's Office
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188

Seth S. Goodstein
ROI Law Firm, PLLC
1302 North I Street, Suite C
Tacoma, WA 98403-2143

Re: Supreme Court No. 100040-5 – State of Washington v. Tim Eyman et al.
Thurston County Superior Court No. 17-2-01546-34

Counsel:

On February 8, 2022, the Court received the Appellant's letter requesting to "strike Appellant's Motion to Modify December 14, 2021 Commissioner Order Denying Recusal that was filed on January 10, 2022."

In regard to the motion to strike the motion to modify the following ruling is entered:

> **At the direction of the assignment justice, the Appellant's motion requesting that the Court strike the Appellant's motion to modify is granted. The motion to modify has been stricken from the Department of the Court's March 1, 2022, motion calendar.**

Sincerely,

Sarah R. Pendleton
Supreme Court Deputy Clerk

SRP:jm