IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re<br><br>TIMOTHY DONALD EYMAN,<br><br>Debtor. | Case No.: 18-14536-MLB<br><br>[PROPOSED] ORDER SUSTAINING TRUSTEE'S OBJECTION TO EXEMPTIONS IN BANK ACCOUNTS |

THIS MATTER came before the Court upon the Trustee's Objection to Debtor's Exemptions in Bank Accounts ("Objection"), Dkt. ___. The Court has considered the Objection, any responses filed thereto (if any), and the records and files herein. The Court finds that notice of the Objection was properly given to the parties entitled to notice, and that good cause exists for the requested relief to be granted. THEREFORE, it is hereby:

ORDERED, ADJUDGED, and DECREED that the Objection is Sustained, it is further

ORDERED, ADJUDGED, and DECREED that the $10,618.00 exemption asserted by Debtor in "Bank of America; Amounts in 4 (sic) accounts listed in Declaration. Represents gifts, LDF, PI, loan repayments; all post-petition." is denied.

///END OF ORDER///

ORDER SUSTAINING TRUSTEE'S OBJECTION TO EXEMPTIONS IN BANK ACCOUNTS - 1

*Schweet Linde & Coulson, PLLC*
575 S. Michigan St.
Seattle, WA 98108
P (206) 275-1010 F (206) 381-0101

Case 18-14536-MLB    Doc 456-1    Filed 05/25/22    Ent. 05/25/22 12:52:23    Pg. 1 of 2

Presented By:

**/DRAFT**
Michael M. Sperry, WSBA#43760
Thomas S. Linde, WSBA#14426
Latife H. Neu, WSBA#33144
Attorneys for Virginia Burdette, Chapter 7 Trustee

ORDER SUSTAINING TRUSTEE'S OBJECTION TO EXEMPTIONS IN BANK ACCOUNTS - 2

*SCHWEET LINDE & COULSON, PLLC*
575 S. MICHIGAN ST.
SEATTLE, WA 98108
P (206) 275-1010 F (206) 381-0101

Case 18-14536-MLB    Doc 456-1    Filed 05/25/22    Ent. 05/25/22 12:52:23    Pg. 2 of 2