Honorable Judge Marc Barreca
Location: via ZoomGov
Hearing Date: June 22, 2022
Hearing Time: 10:00 a.m.
Response Due: June 15, 2022

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re:<br><br>TIMOTHY DONALD EYMAN,<br><br>Debtor. | NO. 18-14536-MLB<br><br>STATE OF WASHINGTON'S SUPPLEMENTAL OBJECTION TO DEBTOR'S CLAIMED EXEMPTIONS |

The State of Washington hereby files this supplemental objection to exemptions claimed by Debtor Eyman in his schedules filed on January 1, 2022 after conversion of his bankruptcy to Chapter 7. Debtor Eyman claims exemptions for the IRAs of both Debtor Eyman and Karen Eyman. The State objects to these IRA exemptions unless Debtor Eyman and Karen Eyman can establish these IRAs comply with the requirements of Wash. Rev. Code § 6.15.020.

Also, on January 26, 2022, Debtor Eyman disclosed a PayPal account as an asset that had a credit balance of $643.73. In the State's initial objections, the State objected to any exemptions claimed by the Debtor on the $10,612 in Bank of America accounts, $3,500 in security deposits for his apartment and $285 for household goods. These are all clearly property of the estate under the bankruptcy code and the terms of Section 6.13 Vesting of the Plan, which

STATE OF WASHINGTON'S
SUPPLEMENTAL OBJECTION TO
EXEMPTIONS

1

OFFICE OF THE ATTORNEY GENERAL
Bankruptcy & Collections Unit
800 Fifth Avenue, Suite 2000
Seattle, Washington 98104-3188
Phone: (206) 389-2187 – Fax (206) 587-5150

Case 18-14536-MLB    Doc 460    Filed 05/25/22    Ent. 05/25/22 14:57:35    Pg. 1 of 2

states that all property acquired during the chapter 11 bankruptcy automatically vests in the chapter 7 estate, which the Court upheld on conversion. Similar to these accounts, the PayPal account is also property of the estate for which Debtor Eyman cannot claim an exemption.

DATED this 25th day of May, 2022.

ROBERT W. FERGUSON
Attorney General

/s/ Susan Edison
SUSAN EDISON, WSBA No. 18293
DINA YUNKER FRANK, WSBA No. 16889
ERIC S. NEWMAN, WSBA No. 31521
  *Assistant Attorneys General*
Attorneys for the State of Washington

STATE OF WASHINGTON'S
SUPPLEMENTAL OBJECTION TO
EXEMPTIONS

2

OFFICE OF THE ATTORNEY GENERAL
Bankruptcy & Collections Unit
800 Fifth Avenue, Suite 2000
Seattle, Washington 98104-3188
Phone: (206) 389-2187 – Fax (206) 587-5150

Case 18-14536-MLB    Doc 460    Filed 05/25/22    Ent. 05/25/22 14:57:35    Pg. 2 of 2