The Honorable Marc L. Barreca
Chapter 7

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In re

TIMOTHY DONALD EYMAN,

Debtor.

NO. 18-14536-MLB

DECLARATION OF SUSAN EDISON IN SUPPORT OF STATE'S REPLY REGARDING OBJECTIONS TO DEBTOR'S CLAIMED EXEMPTIONS

I, Susan Edison, declare as follows:

1. I am over the age of 18 and competent to testify on the matters contained in this declaration and make this declaration based on my personal knowledge. I am an Assistant Attorney General with the Washington State Attorney General's Office, representing the State of Washington in this matter. I am also familiar with the State's proceedings in state court.

2. Attached as Exhibit 1 is a true and correct copy of pages 1 and 13 excerpted from a transcript of the Court's December 16, 2021 oral ruling on the State's Motion for Conversion to Chapter 7.

3. Attached as Exhibit 2 is a true and correct copy of excerpts of Karen Eyman's IRA account statements from October 2021 through March 2022 showing reinvestment history.

DECLARATION OF SUSAN EDISON IN SUPPORT OF STATE'S REPLY REGARDING OBJECTIONS TO CLAIMED EXEMPTIONS — 1

OFFICE OF THE ATTORNEY GENERAL
Bankruptcy & Collections Unit
800 Fifth Avenue, Suite 2000
Seattle, Washington 98104-3188
Phone: (206) 389-2187 – Fax (206) 587-5150

1  I declare under penalty of perjury that the foregoing is true and correct.

2  EXECUTED this 17th day of June, 2022.

/s/ Susan Edison

Susan Edison, WSBA No. 18293
Assistant Attorney General

DECLARATION OF SUSAN EDISON IN
SUPPORT OF STATE'S REPLY REGARDING
OBJECTIONS TO CLAIMED EXEMPTIONS

2

OFFICE OF THE ATTORNEY GENERAL
Bankruptcy & Collections Unit
800 Fifth Avenue, Suite 2000
Seattle, Washington 98104-3188
Phone: (206) 389-2187 – Fax (206) 587-5150

Case 18-14536-MLB    Doc 468-1    Filed 06/17/22    Ent. 06/17/22 13:19:45    Pg. 2 of 2