In re: Eyman, 18-14536-MLB

# EXHIBIT 1

to Declaration of Susan Edison
in Support of State's Reply
Regarding Objections to Claimed Exemptions

```
1                UNITED STATES BANKRUPTCY COURT

2            WESTERN DISTRICT OF WASHINGTON AT SEATTLE

3    _____
                                     )
4    In re:                          )
                                     )
5    TIMOTHY DONALD EYMAN,           )     No. 18-14536
                                     )
6              Debtor.               )
                                     )
7    _____

8          TRANSCRIPT OF THE DIGITALLY-RECORDED RULING

9              BY THE HONORABLE MARC. L. BARRECA

10                      DECEMBER 16, 2021
     _____
11

12

13

14

15

16

17

18

19

20

21

22
     Transcribed by:  Robyn Oleson Fiedler
23

24

25
```

1    If the Mukilteo House is determined to be property of the
2    estate and a sale needs to be effectuated, then under
3    Section 608 of the Plan, the Chapter 7 trustee will
4    administrative that asset.
5         Additionally, if the case is converted to a
6    Chapter 7, other assets may become property of the estate.
7    Section 6.13 of the Plan states, "If upon further motion or
8    hearing, this case is converted to a case under Chapter 7 of
9    the code, all property, whether residing in the estate or
10   acquired by the Debtor during the pendency of the Chapter 11
11   case, as provided under Section 541 of the Bankruptcy Code,
12   shall automatically vest in the Chapter 7 bankruptcy
13   estate." Docket number 270. Although it is unclear whether
14   any such assets exist.
15         Moreover, the terms of the Plan would appear to
16   clarify that if the Mukilteo House was ever property of the
17   bankruptcy estate, it is property of the converted Chapter 7
18   estate, regardless of whether the case was closed and
19   reopened.
20         Therefore, I conclude that it is in the best
21   interests of creditors for the case to convert to Chapter 7.
22   Having decided that it is in the best interests of creditors
23   to convert the case to Chapter 7, I'm not going to presently
24   rule on whether the plan revisions allowing the State to go
25   forward with its state law remedies, including recordation