In re: Eyman, 18-14536-MLB

# EXHIBIT 2

to Declaration of Susan Edison
in Support of State's Reply
Regarding Objections to Claimed Exemptions

| Date Acquired | Quantity |
|---|---|
| **MUTUAL FUNDS 100.00% of Portfolio** | |
| INVESCO AMERICAN FRANCHISE FUND CLASS A | |
| Open End Fund | |
| Dividend Option: Reinvest; Capital Gains Option: Reinvest | |
| 03/17/00* | 204.967 |
| 12/19/00* | 52.518 |
| 12/12/11* | 2.849 |
| 12/16/13* | 11.439 |
| 12/15/14* | 28.148 |
| 12/11/15* | 15.877 |
| 12/13/16* | 13.557 |
| 12/13/17* | 1.227 |
| 12/13/17* | 17.928 |
| 12/14/18* | 38.409 |
| Reinvestments to Date* | 188.641 |
| Total Noncovered | 575.559 |
| Total | 575.559 |

| Date Acquired | Quantity |
|---|---|
| FRANKLIN SMALL-MID CAP GROWTH FUND CLASS A | |
| Open End Fund | |
| Dividend Option: Reinvest; Capital Gains Option: Reinvest | |
| 05/06/96* | 230.812 |
| 12/16/96* | 9.389 |
| 12/26/97* | 6.260 |
| 12/26/97* | 4.102 |
| 12/16/98* | 1.988 |
| 12/16/98* | 0.266 |
| 12/16/99* | 1.783 |
| 12/18/00* | 0.785 |
| 12/18/00* | 0.760 |
| FRANKLIN SMALL-MID CAP GROWTH FUND (continued) | |
| 12/18/06* | 20.429 |
| 12/17/07* | 56.374 |
| 12/17/07* | 1.960 |
| 12/16/08* | 1.209 |
| 12/16/11* | 19.119 |
| 12/18/12* | 42.512 |
| 12/17/13* | 62.722 |
| 12/17/13* | 6.979 |
| 12/16/14* | 113.775 |
| 12/16/14* | 15.319 |
| 12/16/15* | 75.358 |
| 12/16/16* | 54.981 |
| 12/16/16* | 4.115 |
| 12/18/17* | 88.053 |
| 12/18/17* | 1.826 |
| Reinvestments to Date* | 585.216 |
| Total Noncovered | 1,406.091 |
| Total | 1,406.091 |

FIRST EAGLE GLOBAL FUND CLASS A
Open End Fund
Dividend Option: Reinvest; Capital Gains Option: Reinvest

| Date | Amount |
|---|---|
| 06/21/02* | 315.186 |
| 12/09/02* | 3.553 |
| 12/09/02* | 1.776 |
| 12/09/02* | 3.300 |
| 12/05/03* | 4.121 |
| 12/05/03* | 0.453 |
| 12/05/03* | 8.040 |
| 12/13/04* | 2.336 |
| 12/13/04* | 1.618 |
| 12/16/05* | 4.656 |
| 12/16/05* | 2.352 |
| 12/16/05* | 11.363 |
| 12/15/06* | 7.064 |
| 12/15/06* | 1.578 |
| 12/15/06* | 27.170 |

FIRST EAGLE GLOBAL FUND CLASS A (continued)

| Date | Amount |
|---|---|
| 12/14/07* | 37.096 |
| 12/14/07* | 6.140 |
| 12/14/07* | 1.586 |
| 12/18/08* | 31.096 |
| 12/17/09* | 4.333 |
| 12/17/10* | 3.675 |
| 12/14/11* | 2.239 |
| 12/14/11* | 6.663 |
| 12/14/12* | 1.663 |
| 12/14/12* | 2.706 |
| 12/14/12* | 13.935 |
| 12/18/13* | 2.854 |
| 12/18/13* | 3.260 |
| 12/18/13* | 14.326 |
| 12/17/14* | 1.871 |
| 12/17/14* | 23.138 |
| 12/18/15* | 0.367 |
| 12/18/15* | 5.508 |
| 12/15/16* | 0.943 |
| 12/15/16* | 23.999 |
| 12/14/17* | 0.833 |
| 12/14/17* | 20.358 |
| 12/13/18* | 32.865 |
| 12/13/18* | 0.622 |
| Reinvestments to Date* | 96.819 |
| Total Noncovered | 733.455 |
| Total | 733.455 |

PIMCO ALL ASSET FUND CLASS A
Open End Fund
Dividend Option: Reinvest; Capital Gains Option: Reinvest

| Date | Amount |
|---|---|
| 01/24/05* | 731.144 |
| 03/28/05* | 1.814 |
| 06/24/05* | 4.472 |
| 09/23/05* | 5.542 |
| 12/15/05* | 0.452 |
| 12/15/05* | 3.206 |
| 12/30/05* | 24.230 |
| 03/24/06* | 2.469 |
| 06/23/06* | 6.467 |
| 09/22/06* | 7.188 |
| 12/14/06* | 0.047 |
| 12/14/06* | 2.212 |

PIMCO ALL ASSET FUND CLASS A (continued)

| Date | Amount |
|---|---|
| 12/28/06* | 20.490 |
| 03/23/07* | 3.037 |
| 06/22/07* | 6.438 |
| 09/21/07* | 9.300 |
| 12/28/07* | 33.810 |
| 03/24/08* | 5.776 |
| 06/20/08* | 6.060 |
| 09/19/08* | 6.088 |
| 12/31/08* | 24.833 |
| 03/20/09* | 5.071 |
| 06/19/09* | 7.549 |
| 09/18/09* | 7.302 |
| 12/31/09* | 41.137 |
| 03/19/10* | 6.239 |
| 06/18/10* | 10.149 |
| 09/17/10* | 8.773 |
| 01/03/11* | 44.430 |
| 03/18/11* | 2.696 |
| 06/17/11* | 7.947 |
| 09/16/11* | 11.222 |
| 12/29/11* | 38.574 |
| 03/23/12* | 7.877 |
| 06/22/12* | 3.618 |
| 09/21/12* | 2.057 |
| 12/28/12* | 23.199 |
| 01/02/13* | 0.001 |
| 03/22/13* | 0.001 |
| 06/21/13* | 4.868 |
| 09/20/13* | 5.680 |
| 12/31/13* | 24.055 |
| 03/21/14* | 3.391 |
| 06/20/14* | 5.181 |
| 09/19/14* | 6.362 |
| 12/31/14* | 28.243 |
| 03/20/15* | 0.075 |
| 06/19/15* | 5.578 |
| 09/17/15* | 5.858 |
| 12/30/15* | 18.336 |
| 03/17/16* | 2.535 |

PIMCO ALL ASSET FUND CLASS A (continued)

| Date | Amount |
|---|---|
| 06/16/16* | 3.022 |
| 09/15/16* | 2.197 |
| 12/29/16* | 22.471 |
| 03/16/17* | 0.001 |
| Reinvestments to Date* | 381.116 |
| Total Noncovered | 1,651.882 |
| Total | 1,651.882 |