IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re<br><br>TIMOTHY DONALD EYMAN,<br><br>Debtor. | Case No.: 18-14536-MLB<br><br>[PROPOSED] ORDER SUSTAINING TRUSTEE'S OBJECTION TO EXEMPTIONS IN BANK ACCOUNTS |

THIS MATTER came before the Court upon the Trustee's Objection to Debtor's Exemptions ("Initial Objection"), ECF Dkt. 432, and the Trustee's Objection to Debtor's Exemptions in Bank Accounts ("Supplemental Objection"), Dkt. 456. The Court has considered the Initial Objection, the Supplemental Objection, Defendant Timothy Donald Eyman's Response to the State of Washingtin & Trustee's Objection to Exemptions ("Response"), ECF Dkt. 465, and the records and files herein. The Court finds that the Initial Objection and Supplemental Objection were timely filed and notice was properly given to the parties entitled to notice, and that good cause exists for the requested relief to be granted. THEREFORE, it is hereby:

ORDERED, ADJUDGED, and DECREED that the Initial Objection and the Supplemental Objection are Sustained, it is further

---

ORDER SUSTAINING TRUSTEE'S OBJECTION TO EXEMPTIONS IN BANK ACCOUNTS - 1

*Schweet Linde & Coulson, PLLC*
575 S. Michigan St.
Seattle, WA 98108
p (206) 275-1010 f (206) 381-0101

ORDERED, ADJUDGED, and DECREED that the Debtor's exemption in the real property located at 11913 59th Ave. W., Mukilteo, WA 98275 pursuant to RCW 6.13.010, 020, and 030 is fixed at $125,000.00; it is further

ORDERED, ADJUDGED, and DECREED that the $10,618.00 exemption asserted by Debtor in "Bank of America; Amounts in 4 (sic) accounts listed in Declaration. Represents gifts, LDF, PI, loan repayments; all post-petition." is over ruled.

///END OF ORDER///

Presented By:

**/DRAFT**
Michael M. Sperry, WSBA#43760
Thomas S. Linde, WSBA#14426
Latife H. Neu, WSBA#33144
Attorneys for Virginia Burdette, Chapter 7 Trustee

ORDER SUSTAINING TRUSTEE'S OBJECTION TO EXEMPTIONS IN BANK ACCOUNTS - 2

SCHWEET LINDE & COULSON, PLLC
575 S. MICHIGAN ST.
SEATTLE, WA 98108
P (206) 275-1010 F (206) 381-0101

Case 18-14536-MLB    Doc 469-1    Filed 06/17/22    Ent. 06/17/22 13:27:26    Pg. 2 of 2