IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re<br><br>TIMOTHY DONALD EYMAN,<br><br>Debtor. | Case No.: 18-14536-MLB<br><br>ORDER (1) SUSTAINING OBJECTION TO EXEMPTIONS IN BANK ACCOUNTS; AND (2) CONTINUING REMAINING OBJECTIONS TO EXEMPTIONS |

THIS MATTER came before the Court upon the Trustee's Objection to Debtor's Exemptions ("Trustee's Initial Objection"), ECF Dkt. 432, the State of Washington's Objection to Debtor's Claimed Exemptions ("State's Initial Objection"), ECF Dkt. 438, the Trustee's Objection to Debtor's Exemptions in Bank Accounts ("Trustee's Supplemental Objection"), ECF Dkt. 456, and the State of Washington's Supplemental Objection to Debtor's Claimed Exemptions (State's Supplemental Objection"), ECF Dkt. 460 (collectively the "Objections"). The Court has considered the Trustee's and State's Initial Objection, the Trustee's and the State's Supplemental Objection, Defendant Timothy Donald Eyman's Response to the State of Washington & Trustee's Objection to Exemptions ("Response"), ECF Dkt. 465, the Reply to Responses Regarding State's

ORDER (1) SUSTAINING OBJECTION TO EXEMPTIONS IN BANK ACCOUNTS; AND (2) CONTINUING REMAINING OBJECTIONS TO EXEMPTIONS - 1

SCHWEET LINDE & COULSON, PLLC
575 S. MICHIGAN ST.
SEATTLE, WA 98108
P (206) 275-1010 F (206) 381-0101

Case 18-14536-MLB    Doc 471    Filed 06/24/22    Ent. 06/24/22 13:31:02    Pg. 1 of 3

Objections to Debtor's Claimed Exemptions, ECF Dkt. 468, the Trustee's Reply in Support of Objection to Debtor's Exemptions, ECF Dkt. 469, and the records and files herein.

The Court conducted a hearing on the Objections on June 22, 2022 and heard argument from Michael M. Sperry on behalf of the Trustee, Susan Edison on behalf of the State of Washington, and Larry B. Feinstein on behalf of the Debtor at which the Court made and findings of facts and conclusions of law which are incorporated by reference pursuant to Fed. R. Civ. P. 52 and Fed. R. Bankr. P. 7052. THEREFORE, it is hereby:

ORDERED, ADJUDGED, and DECREED that the $10,618.00 exemption asserted by Debtor in "Checking: Bank of America; Amounts in 4 accounts listed in Declaration. Represents earnings, donations, gifts all post-petition" pursuant to RCW 6.15.010(1)(d)(ii) is denied; it is further

ORDERED, ADJUDGED, and DECREED that Debtor is allowed an exemption of $3,000 for "Rental Security Deposit and Last Month's Rent: Carol Williams" pursuant to RCW 6.15.010(1)(d)(ii); it is further

ORDERED, ADJUDGED, and DECREED that the exemptions asserted by Debtor pursuant to RCW 6.15.010(1)(d)(ii) of "All Household Goods, Furnishings, Appliances, of the family" in the amount of $285 is denied; it is further

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

ORDER (1) SUSTAINING OBJECTION TO EXEMPTIONS IN BANK ACCOUNTS; AND (2) CONTINUING REMAINING OBJECTIONS TO EXEMPTIONS - 2

SCHWEET LINDE & COULSON, PLLC
575 S. MICHIGAN ST.
SEATTLE, WA 98108
P (206) 275-1010 F (206) 381-0101

Case 18-14536-MLB    Doc 471    Filed 06/24/22    Ent. 06/24/22 13:31:02    Pg. 2 of 3

ORDERED, ADJUDGED and DECREED that the remaining issues under the objections related to the asserted exemption by the Debtor and/or Karen Williams[1] on account of a homestead and the exemptions asserted in accounts scheduled as "IRA: Pershing – Debtor" and "IRA: Pershing – Non-Debtor Spouse" shall be continued to be heard on the Court's motion calendar set for July 27, 2022 at 10:00 am.

///END OF ORDER///

Presented By:

*/s/Michael M. Sperry*
Michael M. Sperry, WSBA#43760
Thomas S. Linde, WSBA#14426
Latife H. Neu, WSBA#33144
Attorneys for Virginia Burdette, Chapter 7 Trustee

Agreed to in form and content with notice of presentation waived by[2]:

**ROBERT W. FERGUSON**
**Attorney General**
*/s/Susan Edison*
Susan Edison, WSBA #18293
Attorney for the State of Washington

*/s/Marc S. Stern*
Marc S. Stern, WSBA #8194
Attorney for Karen Williams

**VORTMAN & FEINSTEIN**
*/s/Larry B Feinstein*
Larry Feinstein, WSBA #6074
Attorney for Timothy Eyman

**GOODSTEIN LAW GROUP, PLLC**
*/s/Carolyn A. Lake*
Carolyn A. Lake, WSBA #13980
Attorney for Timothy Eyman

---

[1] Karen Williams was formerly known as Karen Eyman.
[2] All electronic signatures for agreement are pursuant to email authorization on June 24, 2022.

ORDER (1) SUSTAINING OBJECTION TO EXEMPTIONS IN BANK ACCOUNTS; AND (2) CONTINUING REMAINING OBJECTIONS TO EXEMPTIONS - 3

SCHWEET LINDE & COULSON, PLLC
575 S. MICHIGAN ST.
SEATTLE, WA 98108
P (206) 275-1010 F (206) 381-0101

Case 18-14536-MLB   Doc 471   Filed 06/24/22   Ent. 06/24/22 13:31:02   Pg. 3 of 3