Honorable Judge Marc Barreca
Hearing Location: ZOOM.GOV
Hearing Date: August 10, 2022
Hearing Time: 10:00 a.m.
Response Date: August 3, 2022

Schweet Linde & Coulson, PLLC
575 S. Michigan St.
Seattle, WA 98108
P: (206) 275-1010
F: (206) 381-0101

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN  DISTRICT OF WASHINGTON AT SEATTLE

| In re | Case No.: 18-14536-MLB |
|---|---|
| TIMOTHY DONALD EYMAN,<br><br>                                    Debtor. | NOTICE OF MOTION FOR ORDER APPROVING COMPROMISE AND SETTLEMENT OF ADVERSARY PROCEEDING, ALLOWING ABANDONMENT OF CERTAIN PROPERTY, AND AUTHORIZING SALE OF REAL PROPERTY FREE AND CLEAR OF LIENS AND OTHER INTERESTS |

## <u>NOTICE</u>

Virginia Burdette, the appointed Trustee in the above-captioned Chapter 7 bankruptcy case

("the Trustee"), by and through her legal counsel Schweet, Linde & Coulson PLLC, has filed a

Motion for Order Approving Compromise and Settlement of Adversary Proceeding, Allowing

Abandonment of Certain Property, and Authorizing Sale of Real Property Free and Clear and Liens

and Other Interests (the "Motion").  She brings her request before this court, pursuant to 11 U.S.C.

§363(b), §363(f), §363(m) and §554(a), and pursuant to Bankruptcy Rules 2002, 6004, 9013, and

9019.

NOTICE  1

By this Motion, the Trustee seeks an Order approving the agreed compromise and settlement of claims, as set forth in the Settlement Agreement attached as Exhibit 1 to the Trustee's declaration filed in support of the Motion. The terms of the Settlement were negotiated and agreed to in good faith by and between the State of Washington ("the State"), Timothy Donald Eyman ("the Debtor" or "Timothy Eyman"), Karen Eyman n/k/a Karen Williams ("Karen Williams" or "Ms. Williams"), Goodstein Law Group PLLC ("GLG"), and the Trustee representing the interests of the bankruptcy estate.

The Trustee further moves this Court for an Order allowing the abandonment of certain property of the bankruptcy estate pursuant to §554(a). Abandonment of this certain property, which is listed in Exhibit A to the Settlement Agreement, is a negotiated part of the Settlement.

The Trustee further moves this Court for an Order authorizing the sale of real property commonly known as 11913 59th Avenue West, Mukilteo, Washington, Tax Parcel Number 00834700000500, free and clear of liens and other interests, as specified in her Motion, pursuant to §363(b) and (f), to Karen Williams, under the terms of a Residential Purchase and Sale Agreement, a copy of which is attached as Exhibit 2 to the Trustee's declaration filed in support of the Motion.

A copy of the pleadings in support of the Motion may be obtained from PACER, at the bankruptcy court clerk's office, or by contacting the undersigned attorney at the email or mailing addresses below.

The Motion IS SET FOR HEARING as follows:

JUDGE: The Honorable Marc L. Barreca     DATE: August 10, 2022

PLACE: ZOOM.GOV (instructions below)     TIME: 10:00

                                                 RESPONSE DATE: August 3, 2022

**SCHWEET LINDE & COULSON, PLLC**
575 S. MICHIGAN ST.
SEATTLE, WA 98108
P (206) 275-1010 F (206) 381-0101

**Hearing Instructions:**

Zoom
https://www.zoomgov.com/j/1607704823?pwd=TUYxditUQ211OWdNeXVuYlZ5bTdBUT09
Meeting ID: 160 770 4823
Passcode: 781136
One tap mobile
+16692545252,,1607704823# US (San Jose)
+16692161590,,1607704823# US (San Jose)
Dial by your location
+1 669 254 5252 US (San Jose)
+1 669 216 1590 US (San Jose)
+1 646 828 7666 US (New York)
+1 551 285 1373 US
Meeting ID: 160 770 4823

**Dial by your location**
+1 669 254 5252 US (San Jose)
+1 669 216 1590 US (San Jose)
+1 646 828 7666 US (New York)
+1 551 285 1373 US
Meeting ID: 160 770 4823
Find your local number: https://www.zoomgov.com/u/aCksE5Pde(link is external)

- Please do not attempt to record this session. It is prohibited.
- Please set your Zoom user name to show your first and last name only
- If you are disconnected from the session and can't rejoin, email the judge's judicial assistant at: Jessica_Smith@wawb.uscourts.gov
- Please join this Zoom session 15 mins prior to the scheduled start of the hearing.

- If attending this meeting via Video: Select the "Join ZoomGov Meeting" link below to join the session.
- If attending this meeting via Phone-only (no video):
Cell phone users: Select one of the "One tap mobile" (San Jose) options listed below to connect
- Landline users: Dial one of the "Dial by your location (San Jose)" numbers listed below >
Enter the "Meeting ID" when prompted > Press # when prompted for "Personal Meeting ID"

- Choose a quiet location without distractions.
- Choose an area with good light, but not too much bright light behind you.
- For better sound quality, use a headset with built-in mic (or make sure you are close to your microphone?
- Turn off apps that have built-in sounds, minimizing background noise.
- Check and confirm, in advance of the hearing, that you have a working camera and microphone on your device.
- If you run into technical issues or have questions, send email to: curtis_udy@wawb.uscourts.gov

NOTICE  3

*SCHWEET LINDE & COULSON, PLLC*
575 S. MICHIGAN ST.
SEATTLE, WA 98108
P (206) 275-1010 F (206) 381-0101

IF YOU OPPOSE the Motion, you must file your written response with the court clerk at 6301 U.S. Courthouse, 700 Stewart Street, Seattle WA 98101, serve two copies on the Judge's Chambers, and deliver copies to the undersigned NOT LATER THAN THE RESPONSE DATE, which is **August 3, 2022**.

IF NO REPSONSE IS TIMELY FILED AND SERVED, the Court may, in its discretion, GRANT THE MOTION PRIOR TO THE HEARING, WITHOUT FURTHER NOTICE, and strike the hearing.

DATED this 30th day of June, 2022.

**SCHWEET LINDE & COULSON, PLLC**

**/s/Thomas S. Linde**
Thomas S. Linde, WSBA #14426
Michael M. Sperry, WSBA #43760
Latife H. Neu, WSBA #33144

tomlinde@schweetlaw.com

Attorneys for Virginia Burdette, Chapter 7 Trustee

NOTICE  4