IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re<br><br>TIMOTHY DONALD EYMAN,<br><br>                               Debtor. | Case No.: 18-14536-MLB<br><br>**[PROPOSED]** ORDER APPROVING SETTLEMENT OF ADVERSARY PROCEEDING, ALLOWING ABANDONMENT OF CERTAIN PROPERTY, AND AUTHORIZING SALE OF REAL PROPERTY FREE AND CLEAR OF LIENS AND OTHER INTERESTS |

       THIS MATTER came before the Honorable Marc Barreca upon the Trustee's Motion for Order Approving Settlement of Adversary Proceeding, Allowing Abandonment of Certain Property, and Authorizing Sale of Real Property Free and Clear of Liens and Other Interests ("Motion"), Dkt. \_\_\_. The Court finds that Notice of the Trustee's Motion was properly and timely given to the parties entitled to notice, as evidenced by the Declaration of Mailing on file with the Court. The Court has considered the pleadings filed in support of the Motion, responses filed thereto (if any), and the records and files in the above-referenced case, and has determined that good cause exists for the requested relief to be granted. THEREFORE, it is hereby:

ORDER APPROVING SETTLEMENT, ALLOWING ABANDONMENT OF CERTAIN PROPERTY, AND AUTHORIZING SALE OF REAL ESTATE - 1

*Schweet Linde & Coulson, PLLC*
575 S. Michigan St.
Seattle, WA 98108
P (206) 275-1010 F (206) 381-0101

Case 18-14536-MLB    Doc 474-2    Filed 06/30/22    Ent. 06/30/22 15:08:10    Pg. 1 of 4

ORDERED, ADJUDGED and DECREED that the Settlement Agreement, attached hereto as Exhibit 1 is approved; and it is further

ORDERED, ADJUDGED and DECREED that the Trustee is authorized to abandon certain personal property pursuant to §554, which property is listed in Exhibit A to the Settlement Agreement attached hereto as Exhibit 1; and it is further

ORDERED, ADJUDGED and DECREED that, per the terms of the Settlement Agreement attached hereto as Exhibit 1 and Real Estate Purchase and Sale Agreement attached as Exhibit 2, the Trustee is authorized to the sell to Karen Williams via quit claim deed the real property located at 11913 59th Ave. W., Mukilteo, WA 98275 and legally described as follows (the "Property"):

> LOT 5, ONE CLUB HOUSE LANE, DIV. 6, ACCORDING TO THE PLAT THEREOF, RECORDED IN VOLUME 57 OF PLATS, PAGES 258 THROUGH 270 INCLUSIVE, RECORDS OF SNOHOMISH COUNTY, WASHINGTON. SITUATE IN THE COUNTY OF SNOHOMISH, STATE OF WASHINGTON.
>
> Tax Parcel Number: 00834700000500.

and it is further

ORDERED, ADJUDGED and DECREED that for purposes of 11 U.S.C. §363(m), the Settlement Agreement and Real Estate Purchase and Sale Agreement were executed by the parties in good faith after mediation; and it is further

ORDERED, ADJUDGED and DECREED that per the terms of the litigation guarantee submitted by the Trustee in support of the Motion, the sale of the Property by the Trustee shall be subject to applicable unpaid general and special taxes owing against the Property, as the Trustee and Karen Williams have agreed that said taxes, utilities, and similar charges shall be the responsibility of Karen Williams; and it is further

ORDERED, ADJUDGED and DECREED that the Property shall be sold free and clear of the lien of the Deed of Trust in favor of U.S. Bank National Association, successor to U.S. Bank National Association N.D. ("U.S. Bank"). recorded under Snohomish County Auditor's File

ORDER APPROVING SETTLEMENT, ALLOWING ABANDOMENT OF CERTAIN PROPERTY, AND AUTHORIZING SALE OF REAL ESTATE  - 2

SCHWEET LINDE & COULSON, PLLC
575 S. MICHIGAN ST.
SEATTLE, WA 98108
P (206) 275-1010 F (206) 381-0101

Case 18-14536-MLB    Doc 474-2    Filed 06/30/22    Ent. 06/30/22 15:08:10    Pg. 2 of 4

Number 200807080035 (exception 2). Further, in the Debtor's bankruptcy schedules, the Debtor listed no secured debt owed on the Property in favor of U.S. Bank. Upon filing updated schedules on January 1, 2022, the Debtor again listed no secured debt in favor of U.S. Bank. Having received notice of this motion to sell free and clear, U.S. Bank has failed to respond to this motion with satisfactory evidence that it is still owed a secured obligation. Accordingly, the lien of U.S. Bank against the Property will not attach to any of the sale proceeds. And it is further

ORDERED, ADJUDGED and DECREED that the Property shall be sold free and clear of: (1) the lien of the *lis pendens* recorded under Snohomish County Auditor's File Number 202004090645 (exception 3); and (2) the terms and conditions of that certain Divorce Decree between the Debtor and Karen Williams entered by the Snohomish County Superior Court in Case Number 22-3-00392-31 (exception 4). And it is further

ORDERED, ADJUDGED and DECREED the Property shall be sold subject to all of the remaining exceptions included in the litigation guarantee submitted in support of the Motion. And it is further

ORDERED, ADJUDGED and DECREED that the Trustee is authorized to execute any documents necessary to effectuate the the terms of this order.

///END OF ORDER///

Presented By:

_____
Thomas S. Linde, WSBA#14426
Michael M. Sperry, WSBA#43760
Latife H. Neu, WSBA#33144
Attorneys for Virginia Burdette, Chapter 7 Trustee

ORDER APPROVING SETTLEMENT, ALLOWING ABANDMENT OF CERTAIN PROPERTY, AND AUTHORIZING SALE OF REAL ESTATE - 3

SCHWEET LINDE & COULSON, PLLC
575 S. MICHIGAN ST.
SEATTLE, WA 98108
P (206) 275-1010 F (206) 381-0101

Case 18-14536-MLB    Doc 474-2    Filed 06/30/22    Ent. 06/30/22 15:08:10    Pg. 3 of 4

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

ORDER APPROVING SETTLEMENT, ALLOWING ABANDOMENT OF CERTAIN PROPERTY, AND AUTHORIZING SALE OF REAL ESTATE - 4

*SCHWEET LINDE & COULSON, PLLC*
575 S. MICHIGAN ST.
SEATTLE, WA 98108
P (206) 275-1010 F (206) 381-0101

Case 18-14536-MLB    Doc 474-2    Filed 06/30/22    Ent. 06/30/22 15:08:10    Pg. 4 of 4