Schweet Linde & Coulson, PLLC
575 S. Michigan St.
Seattle, WA 98108
P: (206) 275-1010
F: (206) 381-0101

Honorable Judge Marc Barreca
Hearing Location: ZOOM.GOV
Hearing Date: August 10, 2022
Hearing Time: 10:00 a.m.
Response Due: August 3, 2022

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In re

TIMOTHY DONALD EYMAN,

Debtor.

Case No.: 18-14536-MLB

PROOF OF SERVICE

The undersigned certifies under penalty of perjury under the laws of the State of Washington that the following is true and correct:

**1.** On June 30, 2022, I caused to be transmitted, via certified U.S. Mail, with postage prepaid, copies of the following documents:

**(a)** Notice of Motion for Order Approving Compromise and Settlement of Adversary Proceeding, Allowing Abandonment of Certain Property, and Authorizing Sale of Real Property Free and Clear of Liens and Other Interests;

**(b)** Trustee's Motion for Order Approving Compromise and Settlement of Adversary Proceeding, Allowing Abandonment of Certain Property, and Authorizing Sale of Real Property Free and Clear of Liens and Other Interests;

**(c)** Declaration of Trustee Virginia Burdette in Support of Motion and Exhibits thereto;

**(d)** Proposed Order, and

**(e)** this Proof of Service;

PROOF OF SERVICE – 1

*Schweet Linde & Coulson, PLLC*
575 S. Michigan St.
Seattle, WA 98108
P (206) 275-1010 F (206) 381-0101

Case 18-14536-MLB    Doc 476    Filed 06/30/22    Ent. 06/30/22 15:18:02    Pg. 1 of 6

addressed to the following:

| U.S. Bank, N.A.<br>c/o Andy Cecere, President<br>425 Walnut St.<br>Cincinnati, OH 45202<br>**Via Certified Mail** | U.S. Bank, National Association N.D.<br>4355 17th Ave. SW<br>Fargo, ND 58103<br>**Via Certified Mail** | US Recordings, Inc.<br>c/o Intellihub Solutions and Services<br>11751 Interchange Dr., Ste. B<br>Louisville, KY 40229<br>**Via Certified Mail** |
|---|---|---|

**2.** In addition, on June 30, 2022, each of the foregoing documents referenced above were served via the Court's ECF System on the following:

Virginia A Burdette
vab@andrewsburdette.com, ta@andrewsburdette.com;vburdette@ecf.axosfs.com

Susan M Edison on behalf of Counter Defendant State of Washington
BCUEdison@atg.wa.gov

Larry B. Feinstein on behalf of Debtor Timothy Donald Eyman
1947feinstein@gmail.com, kpscordato@gmail.com;feinsteinlr71744@notify.bestcase.com

Dina Yunker Frank on behalf of Counter Defendant State of Washington
BCUYunker@atg.wa.gov

Seth Goodstein on behalf of Spec. Counsel Goodstein Law Group PLLC
sethg@roilawfirm.com, sethgoodstein@yahoo.com

Gregor A Hensrude on behalf of Creditor PC Klinedinst
ghensrude@klinedinstlaw.com, rcurtis-stroeder@klinedinstlaw.com;asoldato@klinedinstlaw.com

Carolyn A Lake on behalf of Defendant Goodstein Law Group PLLC
clake@goodsteinlaw.com

Thomas S Linde on behalf of Intervenor Virginia A Burdette
tomlinde@schweetlaw.com, karenl@schweetlaw.com

Robert M. McCallum on behalf of Spec. Counsel Robert McCallum
jbonwell@lesourd.com

Ryan S Moore on behalf of US Trustee United States Trustee
ryan.moore@usdoj.gov, Martha.A.VanDraanen@usdoj.gov

Latife H Neu on behalf of Intervenor Virginia A Burdette
latifen@schweetlaw.com

PROOF OF SERVICE – 2

*Schweet Linde & Coulson, PLLC*
575 S. Michigan St.
Seattle, WA 98108
p (206) 275-1010 f (206) 381-0101

Case 18-14536-MLB    Doc 476    Filed 06/30/22    Ent. 06/30/22 15:18:02    Pg. 2 of 6

Eric S Newman on behalf of Counter Defendant State of Washington
Eric.Newman@atg.wa.gov, Jessica.Buswell@atg.wa.gov;ATSeaEF@atg.wa.gov

Eric S Newman on behalf of Interested Party State of Washington
ericn@atg.wa.gov, Jessica.Buswell@atg.wa.gov;ATSeaEF@atg.wa.gov

Kathryn Scordato on behalf of Debtor Timothy Donald Eyman
kpscordato@gmail.com, 1947feinstein@gmail.com

Michael M Sperry on behalf of Interested Party Courtesy NEF
michaels@schweetlaw.com,
alis@schweetlaw.com;maureenf@schweetlaw.com;karenl@schweetlaw.com

Marc S. Stern on behalf of Cross-Claimant Karen Eyman
office@hutzbah.com, marc@hutzbah.com;tanya@hutzbah.com

Laurie M Thornton on behalf of US Trustee United States Trustee
laurie.m.thornton@usdoj.gov, martha.a.vandraanen@usdoj.gov;Young-Mi.petteys@usdoj.gov

United States Trustee
USTPRegion18.SE.ECF@usdoj.gov

**3.** On June 30, 2022, I further caused to be transmitted via U.S. First Class Mail, with postage prepaid, a copy of the:

**(a)** Notice of Motion for Order Approving Compromise and Settlement of Adversary Proceeding, Allowing Abandonment of Certain Property, and Authorizing Sale of Real Property Free and Clear of Liens and Other Interests addressed to:

| | |
|---|---|
| The State of Washington<br>Robert W. Ferguson, Attorney General or current Attorney General of the State of Washington and the Bankruptcy Collections Unit, Attorney General's Office<br>800 5th Ave., Ste. 2000<br>Seattle, WA 98104<br>**Via First Class Mail** | Klinedinst PC<br>c/o Daniel Agle<br>501 W. Broadway, 6th Floor<br>San Diego, CA 92101<br>**Via First Class Mail** |

PROOF OF SERVICE – 3

*SCHWEET LINDE & COULSON, PLLC*
575 S. MICHIGAN ST.
SEATTLE, WA 98108
P (206) 275-1010 F (206) 381-0101

**4.** On June 30, 2022, I further caused to be transmitted via U.S. First Class Mail, with postage prepaid a copy of the:

**(a)** Notice of Motion for Order Approving Compromise and Settlement of Adversary Proceeding, Allowing Abandonment of Certain Property, and Authorizing Sale of Real Property Free and Clear of Liens and Other Interests;

addressed to all parties on the Master Mailing List attached hereto as Exhibit A, retrieved from this Court's ECF database on June 29, 2022.

Signed and dated at Seattle, Washington on June 30, 2022.

    **/s/ Thomas S. Linde**
    Thomas S. Linde, WSBA #14426
    Attorney for Virginia Burdette, Chapter 7 Trustee

PROOF OF SERVICE – 4

*SCHWEET LINDE & COULSON, PLLC*
575 S. MICHIGAN ST.
SEATTLE, WA 98108
P (206) 275-1010  F (206) 381-0101

Case 18-14536-MLB    Doc 476    Filed 06/30/22    Ent. 06/30/22 15:18:02    Pg. 4 of 6

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0981-2<br>Case 18-14536-MLB<br>Western District of Washington<br>Seattle<br>Wed Jun 29 12:17:30 PDT 2022 | U.S. Bankruptcy Court<br>700 Stewart St, Room 6301<br>Seattle, WA 98101-4441 | Goodstein Law Group PLLC<br>501 S G Street<br>Tacoma, WA 98405-4715 |
| Goodstein Law Group PllC<br>501 South G Street Tacoma WA 98405 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Klinedinst PC<br>c/o Daniel Agle, Esq.<br>501 W Broadway, 6th Floor<br>San Diego, CA 92101-3584 |
| Klinedinst, PC<br>701 Fifth Avenue, Suite 1220<br>Seattle, WA 98104-7007 | State of Washington Attorney<br>General's Office<br>Attn: Linda Dalton<br>PO Box 40100<br>Olympia, WA 98504-0100 | United States Trustee<br>700 Stewart St Ste 5103<br>Seattle, WA 98101-4438 |
| Gretchen Sand<br>PO Box 6503<br>Kennewick, WA 99336-0627 | Karen Eyman<br>11913 59th Ave W<br>Mukilteo, WA 98275-5569 | Kathryn Scordato<br>Vortman & Feinstein<br>2033 6th Ave, Suite 251<br>Seattle, WA 98121-2526 |
| Larry B. Feinstein<br>Larry B. Feinstein<br>2033 Sixth Avenue<br>Ste 251<br>Seattle, WA 98121-2526 | PC Klinedinst<br>Klinedinst PC<br>701 5th Ave.<br>Ste. 1220<br>Seattle, WA 98104-7007 | Thomas D. Neeleman<br>Neeleman Law Group<br>1904 Wetmore, #200<br>Everett, WA 98201-6110 |
| Timothy Donald Eyman<br>500 106th Ave NE #709<br>Bellevue, WA 98004-8696 | Virginia A Burdette<br>Virginia Andrews Burdette, Trustee<br>P.O. Box 16600<br>Seattle, WA 98116-0600 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Courtesy NEF | (u)Goodstein Law Group PLLC | (u)Hawthorne and Co |
| (u)Law Offices of Paul L Schneiderman | (u)State of Washington | (d)United States Trustee<br>700 Stewart Street<br>Suite 5103<br>Seattle, WA 98101-4438 |
| (u)Carol Williams | (u)David Hawthorne | (u)Kary Krismer |

(u)Richard B Sanders    (u)Richard N Ginnis    (u)Richard N. Ginnis CPA

(u)Robert McCallum    End of Label Matrix
                      Mailable recipients    16
                      Bypassed recipients    13
                      Total                  29