|   |   |   |
|---|---|---|
| 1 | Marc S. Stern<br>1825 NW 65th Street | Honorable Marc Barreca<br>Chapter 11 |
| 2 | Seattle, WA 98117<br>(206) 448-7996 | Location: Seattle |
| 3 | marc@hutzbah.com | |

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In re:

TIMOTHY DONALD EYMAN,

    Debtor.

Case No. 18-14536-MLB

DECLARATION OF KAREN WILLIAMS RE IRA

Karen Williams declares under penalty of perjury that the following is true and correct to the best of my knowledge and belief.

1. I am the now divorced wife of Tim Eyman. I have actual knowledge of the matters hereinafter set forth.

2. Attached hereto as Exhibit 1 and made a part hereof by reference thereto is a redacted statement from my IRA account. It recites that it is a rollover IRA. It is the proceeds of the retirement account I had when I worked for the Bon Marche.

3. It also shows that it is administered by Pershing. Pershing is a subsidiary of the NY Bank of Melon. I have no control over any of these multi-billion dollar institutions. I presume that they are compliant with IRS regulations.

4. If they are not, it is certainly no fault of mine.

Executed under penalty of perjury this July 14, 2022

                                                */s/ Karen Williams*
                                                Karen Williams

DECLARATION OF KAREN EYMAN
RE IRA - 1
DEC OF kw RE ira.wpd

Marc S. Stern
Attorney at Law
1825 NW 65th Street
Seattle, WA 98117
(206) 448-7996