# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In re:

TIMOTHY DONALD EYMAN,

                  Debtor.

NO. 18-14536-MLB

REPLY TO ADDITIONAL RESPONSES CONCERNING IRA ACCOUNTS

The State, after the reviewing the additional materials provided by Debtor Eyman, Karen Williams and Lawrence McAusland, withdraws its objection to the exemption claimed on the First Allied Bank IRA Accounts of Debtor Eyman and Karen Williams.

DATED this 19th day of July, 2022.

                  ROBERT W. FERGUSON
                  Attorney General

                  /s/ Susan Edison

                  SUSAN EDISON, WSBA No. 18293
                  DINA YUNKER FRANK, WSBA No. 16889
                  ERIC S. NEWMAN, WSBA No. 31521
                  *Assistant Attorneys General*
                  Attorneys for the State of Washington

REPLY TO ADDITIONAL RESPONSES CONCERNING IRA ACCOUNTS     1     OFFICE OF THE ATTORNEY GENERAL
Bankruptcy & Collections Unit
800 Fifth Avenue, Suite 2000
Seattle, Washington 98104-3188
Phone: (206) 389-2187 – Fax (206) 587-5150

Case 18-14536-MLB    Doc 480    Filed 07/19/22    Ent. 07/19/22 16:47:01    Pg. 1 of 1