# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In re:

TIMOTHY DONALD EYMAN,

                Debtor.

NO. 18-14536-MLB

WITHDRAWAL OF STATE'S OBJECTION TO HOMESTEAD EXEMPTION

The Settlement Agreement approved by the Court on August 4, 2022, resolved the State's objection to the homestead exemption claimed by Debtor Eyman in his post-conversion schedules filed on January 1, 2022. (In consideration of the Settlement, Debtor and his former wife waived any right to receive any homestead exemption amount.) Therefore, the State withdraws its objection to the homestead exemption as moot.

DATED this 5th day of August, 2022.

ROBERT W. FERGUSON
Attorney General

/s/ Susan Edison

---

SUSAN EDISON, WSBA No. 18293
DINA YUNKER FRANK, WSBA No. 16889
ERIC S. NEWMAN, WSBA No. 31521
  *Assistant Attorneys General*
Attorneys for the State of Washington

WITHDRAWAL OF STATE'S OBJECTION TO HOMESTEAD EXEMPTION

1

OFFICE OF THE ATTORNEY GENERAL
Bankruptcy & Collections Unit
800 Fifth Avenue, Suite 2000
Seattle, Washington 98104-3188
Phone: (206) 389-2187 – Fax (206) 587-5150

Case 18-14536-MLB    Doc 484    Filed 08/05/22    Ent. 08/05/22 12:24:56    Pg. 1 of 1