Schweet Linde & Coulson, PLLC
575 S. Michigan St.
Seattle, WA 98108
P: (206) 275-1010
F: (206) 381-0101

The Honorable Marc L. Barreca
Chapter 7

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re<br><br>TIMOTHY DONALD EYMAN,<br><br>Debtor. | Case No.: 18-14536-MLB<br><br>REPORT OF SALE |

Virginia A. Burdette, Trustee, hereby reports the sale of the debtor's assets, consisting of interest in real property located at 11913 59th Avenue West, Mukilteo, Snohomish County, Washington, 98275 ("Property"), for the sum of $906,484.00 in gross sale proceeds.

Pursuant to a court order approving this sale entered on August 4, 2022, the bankruptcy estate received net sale proceeds in the amount of $889,693.58, as set forth on the closing statement filed herewith. A true and correct copy of the seller's closing statement is attached hereto as **Exhibit A**, and a true and correct copy of the Quit Claim Deed transferring the Property from the Bankruptcy Estate to Karen Williams, as her separate estate is attached hereto as **Exhibit B**.

DATED this 31st day of August, 2022.

/s/ Virginia A. Burdette
Virginia A. Burdette
Chapter 7 Trustee

REPORT OF SALE – 1

*Schweet Linde & Coulson, PLLC*
575 S. Michigan St.
Seattle, WA 98108
P (206) 275-1010 F (206) 381-0101

Case 18-14536-MLB    Doc 485    Filed 08/31/22    Ent. 08/31/22 13:47:12    Pg. 1 of 1