| American Land Title Association | Final ALTA Settlement Statement - Seller |
|---|---|
| | Adopted 05-01-2015 |

**WREN Law and Escrow Services**
ALTA Universal ID: 1145564
22525 SE 64th Pl #245
Issaquah, WA 98027

| | |
|---|---|
| File No./Escrow No.: | ▮▮▮▮▮ |
| Print Date: | August 24, 2022 |
| Officer/Escrow Officer: | Wanda Nuxoll |
| Settlement Location: | 22525 SE 64th Pl #245 |
| | Issaquah, WA 98027 |
| Property Address: | 11913 59th Avenue W |
| | Mukilteo, WA 98275 |
| Borrower: | Karen Williams |
| | 11913 59th Avenue W |
| | Mukilteo, WA 98275 |
| Seller: | Virginia Burdette, Ch. 7 Bankruptcy Trustee for Timothy Donald Eyman #18-14536-MLB |
| | P.O. Box 16600 |
| | Seattle, WA 98116 |
| Lender: | Jari K. Williams |
| Settlement Date : | August 24, 2022 |
| Disbursement Date : | August 24, 2022 |

*I certify this to be a true and correct copy of the original.*
*Wanda Reif Nuxoll, P.S.*

| Description | Seller | |
|---|---|---|
| | **Debit** | **Credit** |
| **Financial** | | |
| Sale Price of Property | | 906,484.00 |
| | | |
| **Title Charges and Escrow/Settlement Charges** | | |
| Courier/Overnight Fee to Wanda Reif Nuxoll, PS | 75.00 | |
| Settlement Agent to Wanda Reif Nuxoll, PS | 1,475.00 | |
| | | |
| **Government Recording and Transfer Charges** | | |
| Excise Tax to Snohomish County | 15,240.42 | |
| | | |
| | **Debit** | **Credit** |
| **Subtotals** | 16,790.42 | 906,484.00 |
| **Due to Seller** | 889,693.58 | |
| **Totals** | 906,484.00 | 906,484.00 |