202208240246
QUIT CLAIM DEED    EX. B
Rec: $205.50
8/24/2022 11:36 AM    1 of 3
SNOHOMISH COUNTY, WA
Electronically Recorded

Thank you for your payment.
E191969    $15,240.42
BIANCA R.    08/24/2022

**Return Address:**
Karen Williams
11913 59th Avenue West
Mukilteo Washington 98275

## QUIT CLAIM DEED

INSURED BY
CHICAGO TITLE
500137199

| | |
|---|---|
| **Grantor:** | Virginia Burdette, solely in her capacity as the duly appointed Chapter 7 Trustee of *In re Timothy Donald Eyman*, Cause No. 18-14536-MLB |
| **Grantee:** | Karen Williams, as her separate estate |
| **Abbreviated Legal:** | ONE CLUB HOUSE LANE DIV 6 BLK 000 D-00 LOT 5 |
| **Tax Parcel No.:** | 00834700000500 |

### QUIT CLAIM DEED

The Grantor, Virginia Burdette, solely in her capacity as the duly appointed Chapter 7 Trustee of *In re Timothy Donald Eyman*, Cause No. 18-14536-MLB, and pursuant to the Settlement Agreement executed in connection with that certain bankruptcy proceeding in the United States Bankruptcy Court in the Western District of Washington, *In re Timothy Donald Eyman*, Cause No. 18-14536-MLB, conveys and quitclaims unto Karen Williams, as her separate estate, as Grantee, all of the Grantor's right, title, and interest in that certain real property situated in the County of Snohomish, State of Washington (the "Real Property"), and all after acquired title of the Grantor therein, which Real Property is legally described on **Exhibit to Quit Claim Deed**, attached hereto and incorporated herein by this reference.

DATED August _16_, 2022.

GRANTOR: _/s/_

Virginia Burdette, solely in her capacity as the duly appointed Chapter 7 Trustee of *In re Timothy Donald Eyman*, Cause No. 18-14536-MLB

-1-

STATE OF WASHINGTON )
) ss.
COUNTY OF King )

I certify that Virginia Burdette, solely in her capacity as the duly appointed Chapter 7 Trustee of *In re Timothy Donald Eyman*, Cause No. 18-14536-MLB, appeared before me and acknowledged that she signed this instrument and acknowledged it to be her free and voluntary act and deed for the uses and purposes mentioned in the instrument.

DATED this 16 day of August, 2022.

[Notary Seal: Caitlin Neale Christensen, Notary Public, State of Washington, My Appointment Expires 10/09/2024, Commission Number 20117568]

Name: Caitlin Christensen
Notary Public in and for the State of Washington
residing at: Seattle WA 98116
My Appointment Expires: 10/09/2024

-2-

**EXHIBIT to Quit Claim Deed**

LOT 5, ONE CLUB HOUSE LANE, DIV. 6, ACCORDING TO THE PLAT THEREOF, RECORDED IN VOLUME 57 OF PLATS, PAGES 258 THROUGH 270 INCLUSIVE, RECORDS OF SNOHOMISH COUNTY, WASHINGTON. SITUATE IN THE COUNTY OF SNOHOMISH, STATE OF WASHINGTON.

Tax Parcel Number: 00834700000500