IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re<br><br>TIMOTHY DONALD EYMAN,<br><br>Debtor. | Case No.: 18-14536-MLB<br><br>ORDER ON FIRST APPLICATION FOR COMPENSATION FILED BY SCHWEET, LINDE & COULSON PLLC, COUNSEL FOR THE CHAPTER 7 TRUSTEE |

THIS MATTER having come before the Honorable Marc L. Barreca on the First interim application for compensation and reimbursement of expenses by Schweet, Linde & Coulson PLLC ("SLC"), for fees and expenses incurred between December 17, 2021, and August 9, 2022. The Court finds that Notice of the above referenced fee application was timely given to all creditors and interested parties listed on the mailing matrix and, and on that basis notice of the fee application was in compliance with the Bankruptcy Code and Rules. The Court has reviewed the above-referenced fee application, and declaration, evidence, and argument thereon, and deems itself fully informed on this matter to rule as follows. NOW, THEREFORE, it is ORDERED:

ORDER APPROVING APPLICATION FOR COMPENSATION - 1

*Schweet Linde & Coulson, PLLC*
575 S. Michigan St.
Seattle, WA 98108
p (206) 275-1010 f (206) 381-0101

Case 18-14536-MLB    Doc 489    Filed 09/22/22    Ent. 09/22/22 11:02:02    Pg. 1 of 2

1. The Court approves in full the application for fees requested by SLC in the amount of $163,727.50 pursuant to 11 U.S.C. §330(a);

2. The Court approves in full the reimbursement of expenses requested by SLC in the amount of $7,272.44 pursuant to 11 U.S.C. §330(a);

3. The approved fees and costs are entitled to treatment as a Chapter 7 Administrative Claim pursuant to 11 U.S.C. §503(b)(2); and

4. The Trustee is authorized at this time to disburse the following amounts from the funds on hand in the estate: $163,727.50 for fees to SLC, and $7,272.44 for costs to SLC.

///END OF ORDER///

Presented By:

*/s/ Latife H. Neu*
Michael M. Sperry, WSBA#43760
Thomas S. Linde, WSBA#14426
Latife H. Neu, WSBA#33144
Attorneys for Virginia Burdette, Chapter 7 Trustee

ORDER APPROVING APPLICATION FOR COMPENSATION - 2

SCHWEET LINDE & COULSON, PLLC
575 S. MICHIGAN ST.
SEATTLE, WA 98108
P (206) 275-1010 F (206) 381-0101

Case 18-14536-MLB    Doc 489    Filed 09/22/22    Ent. 09/22/22 11:02:02    Pg. 2 of 2