# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No: | 18-14536 MLB | Judge: | Marc Barreca | Trustee Name: | Virginia Andrews Burdette |
|---|---|---|---|---|---|
| Case Name: | Timothy Donald Eyman | | | Date Filed (f) or Converted (c): | 12/17/2021 (c) |
| | | | | 341(a) Meeting Date: | 01/25/2022 |
| For Period Ending: | 12/22/2022 | | | Claims Bar Date: | 03/25/2022 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 11913 59Th Ave W Mukilteo Wa 98275-0000 Snohomish | 950,000.00 | 390,835.60 | | 906,484.00 | FA |
| 2. 2013 Ford Explorer Primarily Driven By Debtor | 2,000.00 | 0.00 | | 0.00 | FA |
| 3. 2013 Mercedes C300 Non-Filing Spouse, Registered In Her Name Only | 6,000.00 | 6,000.00 | OA | 0.00 | FA |
| 4. 2012 Chrysler Touring 200 Son's Car. Gift Post-Confirmation In 2020. | 2,000.00 | 2,000.00 | OA | 0.00 | FA |
| 5. All Household Goods, Furnishings, Appliances, Of The Family. Mostly Still At Home In Mukilteo. Some At Current Residence ( Lq Apartment) | 6,785.00 | 285.00 | OA | 0.00 | FA |
| 6. Musical Instruments - Piano And Trombone | 70.00 | 70.00 | OA | 0.00 | FA |
| 7. Iphone (Debtor) | 300.00 | 0.00 | | 0.00 | FA |
| 8. Books, Knick Knacks, And Other Keepsakes | 45.00 | 0.00 | OA | 0.00 | FA |
| 9. Clothing And Accessories | 900.00 | 0.00 | OA | 0.00 | FA |
| 10. Jewelry, Including Wedding Rings Of Debtor And Non-Debtor Spouse | 700.00 | 0.00 | OA | 0.00 | FA |
| 11. Cats And Pet-Related Items | 20.00 | 20.00 | | 0.00 | FA |
| 12. Cash | 27.00 | 27.00 | | 0.00 | FA |
| 13. Bank Of America Amounts In 4 Accounts Listed In Declaration. Represents Gifts All Post-Petition. | 10,618.00 | 10,618.00 | | 20,764.17 | FA |
| 14. Tim Eyman, Watchdog For Taxpayers, Llc Closed In December 2018 100% Ownership | 0.00 | Unknown | | 0.00 | FA |
| 15. IRA Pershing - Debtor | 192,064.00 | 0.00 | | 0.00 | FA |
| 16. IRA Pershing - Non-Debtor Spouse | 92,414.00 | 0.00 | | 0.00 | FA |
| 17. Carol Williams-Rental Security Deposit | 3,500.00 | 500.00 | | 0.00 | FA |
| 18. Personal Loan To Permanent Offense | 411,000.00 | 411,000.00 | | 0.00 | FA |
| 19. Home Office Furniture And Supplies | 70.00 | 0.00 | OA | 0.00 | FA |
| 20. Current Computer | 200.00 | 0.00 | | 0.00 | FA |
| 21. Computer Monitor | 20.00 | 0.00 | | 0.00 | FA |
| 22. Copier | 75.00 | 0.00 | | 0.00 | FA |
| 23. Electronic equipment and accessories | 3,050.00 | 20.00 | | 0.00 | FA |
| 24. Void-Former Ch. 11 Asset (u) | 0.00 | N/A | | 0.00 | FA |
| 25. Void-Former Ch. 11 Asset (u) | 0.00 | N/A | | 0.00 | FA |
| 26. Void-Former ch. 11 Asset (u) | 0.00 | N/A | | 0.00 | FA |
| 27. Void-Former Ch. 11 Asset (u) | 0.00 | N/A | | 0.00 | FA |
| 28. Old Computer and Fax Machine | 40.00 | 0.00 | | 0.00 | FA |
| 29. Coats | 350.00 | 0.00 | OA | 0.00 | FA |
| 30. Shoes | 50.00 | 0.00 | OA | 0.00 | FA |
| 31. PayPal Account credit balance (u) | 643.73 | 643.73 | | 643.73 | FA |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No: | 18-14536 MLB | Judge: | Marc Barreca | Trustee Name: | Virginia Andrews Burdette |
|---|---|---|---|---|---|
| Case Name: | Timothy Donald Eyman | | | Date Filed (f) or Converted (c): | 12/17/2021 (c) |
| | | | | 341(a) Meeting Date: | 01/25/2022 |
| For Period Ending: | 12/22/2022 | | | Claims Bar Date: | 03/25/2022 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 32. Demand Letter to Permanent Offense PAC | 411,000.00 | 411,000.00 | | 0.00 | 411,000.00 |

|  |  |  |  | Gross Value of Remaining Assets | |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $2,093,941.73 | $1,233,019.33 | | $927,891.90 | $411,000.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

9.13.22 re: turnover settlement of bank accounts-Dtr to provide original title to Ford Explorer and signed/notarized Title Application for Trustee to sign
5.25.22 Obj to Exemptions in Bank Accounts
2.16.22 State of Washington objected to exemptions on homestead, bank accounts/security deposits, IRA and vehicles
2.12.22 Order authorizing employment of realtor- Krismer
2.3.21 Kary Krismer to possibly determine current market value of Mukilteo property

| | | | |
|---|---|---|---|
| RE PROP # | 1 | -- | did not aquire within 1,215 days of filing<br>Post conversion schedules exempt 100% of fair market value, up to any applicable statutory limit; claiming homestead exemption of more than $160,375<br>2/7/22 Obj to exemptions filed-disallowing or fixing at $125k<br>Summary Judgment: 80% interest is community property; 20% Karen Eyman can claim seperate interest ($250k based on Kary's valuation)<br>Kary Krismer Valuation =$1,250,000.00<br>Motion for Settlement/abandonment/sale to Karen Williams for $906,484.00. Order Entered 8/5/22 Dkt. 483 |
| RE PROP # | 2 | -- | Collateral on Turnover plan (payments of $900 month x12months + $10,607.90 balloon payment due by 9/15/23) re: assets # 13 4 BOA accounts & 31 paypal accounts<br>VIN: 1FM5K8F82DGA50807 |
| RE PROP # | 5 | -- | Exemption of $285 claimed under W.R.C. (1)(d)(ii) denied _472 |
| RE PROP # | 13 | -- | Turnover settlement: (beginning 9/15/22 payments of $900 month x12months + $10,607.90 balloon payment due by 9/1/23) re: assets # 13 4 BOA accounts & 31 paypal accounts<br><br>Declaration lists: Bank of America Accounts: 0371=$3,910.70, 7436 =$1,459.01, 7465 =$5,134.21 and 2926 =$114.74<br><br>Original scheules list: Bank of America: Joint Checking =$198,340.97, Joint Savings =$3,675.47, Joint Savings =$0.22, Heritage Bank Checking-legal fund =$0.00, Heritage Bank Checking =$54,887.37, Key Bank Checking -Legal Fund = $0.00, and Key Bank Checking = $104,746.61<br>472_Order Entered-Exemption denied |
| RE PROP # | 17 | -- | 472_Exemption Awarded $3,000 |
| RE PROP # | 18 | -- | Originally listed as Personal Loan to VOTERS WANT MORE CHOICES-30TABS.com-GIVETHEMNOTHING.COM $500,000.00 |
| RE PROP # | 23 | -- | Listed on original schedules: 5 TVs $800, VCR $20, Laptop Computer $50, Xbox $30, IPhone XS (Debtor) $800, IPhone 7 (Spouse) $200, IPhone 7 (Daughter) $200, IPhone XS (Son) $800, IPhone 6 (Son) $150. |
| RE PROP # | 24 | -- | retainer |
| RE PROP # | 25 | -- | retainer |
| RE PROP # | 26 | -- | retainer |
| RE PROP # | 27 | -- | P.I. Claim |
| RE PROP # | 28 | -- | Listed on Original Schedules $20.00 each |
| RE PROP # | 29 | -- | Listed on Original Schedules |
| RE PROP # | 30 | -- | Listed on Original Schedules |
| RE PROP # | 31 | -- | listed in supplement to declaration-post conversion schedules_430<br><br>Turnover settlement: (beginning 9/15/22 payments of $900 month x12months + $10,607.90 balloon payment due by 9/15/23) re: assets # 13 4 BOA accounts & 31 paypal accounts |
| RE PROP # | 32 | -- | Re: asset 18-personal loan to PAC registeres as Permanent Offense<br>G.C. mailed letter 8/9/22 |

Initial Projected Date of Final Report (TFR): 12/21/2022    Current Projected Date of Final Report (TFR): 12/21/2022

Trustee Signature:   /s/ Virginia Andrews Burdette    Date: 12/22/2022

Virginia Andrews Burdette
P.O. Box 16600
Seattle, WA 98116
(206)441-0203
vab@andrewsburdette.com