# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 18-14536

Case Name: Timothy Donald Eyman

Taxpayer ID No: XX-XXX2810

For Period Ending: 12/22/2022

Trustee Name: Virginia Andrews Burdette

Bank Name: Axos Bank

Account Number/CD#: XXXXXX1271

Checking

Blanket Bond (per case limit): $51,601,059.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/28/22 | | Law Office Wanda Nuxoll | sale of real property | | $889,693.58 | | $889,693.58 |
| | | | Gross Receipts $906,484.00 | | | | |
| | | PS Wanda Reif Nuxoll | title and escrow charges ($1,550.00) | 2500-000 | | | |
| | | Snohomish County | Excise tax ($15,240.42) | 2820-000 | | | |
| | 1 | | 11913 59Th Ave W $906,484.00 Mukilteo Wa 98275-0000 Snohomish | 1110-000 | | | |
| 08/28/22 | 1 | Law Office of Wanda Nuxoll | sale proceeds settlement/sale of residence | 1110-000 | $906,484.00 | | $1,796,177.58 |
| 08/28/22 | 1 | Law Office of Wanda Nuxoll | sale proceeds Reversal duplicate | 1110-000 | ($906,484.00) | | $889,693.58 |
| 09/01/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $63.38 | $889,630.20 |
| 09/19/22 | 13 | Timothy Eyman | settlement VB on vacation prior week | 1129-000 | $900.00 | | $890,530.20 |
| 09/22/22 | | Tim Eyman | settlement | | $20,507.90 | | $911,038.10 |
| | | | Gross Receipts $20,507.90 | | | | |
| | 13 | | Bank Of America Amounts In 4 Accounts Listed In Declaration. Represents Gifts All Post-Petition. $19,864.17 | 1129-000 | | | |
| | 31 | | PayPal Account credit balance $643.73 | 1129-000 | | | |
| 09/23/22 | 2001 | Thomas Linde Schweet Linde & Coulson 575 S Michigan St Seattle, WA 98108 | Distribution Per court order docket 490 | | | $170,999.94 | $740,038.16 |
| | | Thomas Linde | ($163,727.50) | 3210-000 | | | |
| | | Thomas Linde | ($7,272.44) | 3220-000 | | | |

Page Subtotals: $911,101.48 $171,063.32

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 18-14536

Case Name: Timothy Donald Eyman

Taxpayer ID No: XX-XXX2810

For Period Ending: 12/22/2022

Trustee Name: Virginia Andrews Burdette

Bank Name: Axos Bank

Account Number/CD#: XXXXXX1271

Checking

Blanket Bond (per case limit): $51,601,059.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/03/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $936.27 | $739,101.89 |
| 11/01/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $816.12 | $738,285.77 |
| 12/01/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $788.85 | $737,496.92 |

| | | |
|---|---|---|
| COLUMN TOTALS | $911,101.48 | $173,604.56 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $911,101.48 | $173,604.56 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $911,101.48 | $173,604.56 |

| Page Subtotals: | $0.00 | $2,541.24 |
|---|---|---|

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX1271 - Checking | $911,101.48 | $173,604.56 | $737,496.92 |
| | $911,101.48 | $173,604.56 | $737,496.92 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $16,790.42 |
| Total Net Deposits: | $911,101.48 |
| Total Gross Receipts: | $927,891.90 |

Trustee Signature:          /s/ Virginia Andrews Burdette          Date: 12/22/2022

Virginia Andrews Burdette
P.O. Box 16600
Seattle, WA 98116
(206)441-0203
vab@andrewsburdette.com