IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re:<br><br>TIMOTHY DONALD EYMAN,<br><br>Debtor. | No. 18-14536<br><br>ORDER AUTHORIZING INTERIM DISBURSEMENT TO ADMINISTRATIVE CLAIMANTS AND PRIOR CHAPTER PROFESSIONALS |

THIS MATTER came on regularly before this Court upon the Trustee's Notice of Hearing and Motion for Order Authorizing Interim Disbursement to Administrative Claimants and Prior Chapter Professionals. The Court having considered the Notice and Motion, and the Court finding that notice of the Motion has been duly and properly issued to all creditors and other parties in interest, that no party in interest has objected or otherwise responded, that the proposed interim disbursement is reasonable and is in the best interest of the Estate, now, therefore, it is hereby

ORDERED that the Trustee is authorized to disburse the amount of $382,786.79, while she continues to administer the remaining assets of the Estate, as follows:

///

///

ORDER AUTHORIZING INTERIM DISBURSEMENT TO ADMINISTRATIVE CLAIMANTS AND PRIOR CHAPTER PROFESSIONALS- 1

Virginia A. Burdette
Chapter 7 Trustee
P.O. Box 16600
Seattle, WA 98116
Telephone: (206) 441-0203

## ADMINISTRATIVE AND PROFESSIONAL CLAIMS

| *Claimant* | *Fees* | *Expenses* | *Net Pay* |
|---|---|---|---|
| Virginia A. Burdette, Chapter 7 Trustee | $31,909.09 | $32.62 | $31,941.71 |
| United States Trustee | $249.58 | N/A | $249.58 |
| Thomas Linde, Schweet Linde & Coulson | $13,195.50 | $25.50 | $13,221.00 |
| Richard N. Ginnis, CPA | $1,141.00 | $7.00 | $1,148.00 |
| Goodstein Law Group, PLLC | $328,114.00 | N/A | $328,114.00 |
| Vortman & Feinstein | $8,112.50 | N/A | $8,112.50 |

**TOTAL PROPOSED PAYMENT TO ADMIN. AND PROFESSIONAL CLAIMS: $382,786.79**

///END OF ORDER///

Presented by:

*/s/ Virginia A. Burdette*
Virginia A. Burdette, WSBA #17921
Chapter 7 Trustee
P.O. Box 16600, Seattle, WA 98116
Telephone: (206) 441-0203

ORDER AUTHORIZING INTERIM
DISBURSEMENT TO ADMINISTRATIVE
CLAIMANTS AND PRIOR CHAPTER
PROFESSIONALS- 2

Virginia A. Burdette
Chapter 7 Trustee
P.O. Box 16600
Seattle, WA 98116
Telephone: (206) 441-0203