The Honorable Marc Barreca
Chapter 7
Hearing Date: January 25, 2023
Hearing Time: 10:00 a.m.
Place: Via ZoomGov
Response Due: January 18, 2023

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| In re: | No. 18-14536 |
|---|---|
| TIMOTHY DONALD EYMAN,<br><br>Debtor. | TRUSTEE'S MOTION FOR APPROVAL OF INTERIM DISBURSEMENT TO ADMINISTRATIVE CLAIMANTS AND PRIOR CHAPTER PROFESSIONALS |

COMES NOW Trustee Virginia A. Burdette, ("Trustee"), and moves this Court for the entry of an Order Approving an Interim Disbursement to Administrative Claimants and Prior Chapter Professionals, stating as follows:

This case was filed under Chapter 11 of the United States Bankruptcy Code on November 28, 2018. The case was converted to Chapter 7 on December 17, 2021, shortly thereafter, I was appointed Chapter 7 Trustee.

Orders have been entered awarding First, Second, Third, Fourth, Fifth & Final Compensation to Richard Sanders & Goodstein Law Group, PLLC ("GLG") [ECF Docket Numbers: 242, 294, 316, 347, and 439]. According to the Declaration of Carolyn Lake filed with GLG's Amended Proof of Claim No. 5, and the Trustee's review, the unpaid balance of GLG's Chapter 11 administrative expense fee remaining is $328,114.79.

TRUSTEE'S MOTION FOR APPROVAL OF
INTERIM DISBURSEMENT TO
ADMINISTRATIVE CLAIMANTS AND
PRIOR CHAPTER PROFESSIONALS
- 1

Virginia A. Burdette
Chapter 7 Trustee
P.O. Box 16600
Seattle, WA 98116
Telephone: (206) 441-0203

An Order has been entered granting compensation and allowance as an administrative expense to Vortman & Feinstein on May 26, 2022, [ECF Docket No. 462]. The current balance due and owing is $8,112.50.

Pursuant to Court Order dated December 22, 2021, [ECF Docket No. 422], Thomas S. Linde and Schweet, Linde & Coulson, PLLC was employed as General Counsel for the Trustee in this case.

Pursuant to Court Order dated February 11, 2022, [ECF Docket No. 437], Kary Krismer, of John L. Scott, Inc. was employed as Realtor to provide valuation services for the Trustee in this case.

Pursuant to Court Order dated April 6, 2022, [ECF Docket No. 454], Richard N. Ginnis, CPA was employed as Accountant for Trustee in this case.

An Order has been entered granting first interim compensation to Thomas S. Linde and Schweet, Linde & Coulson, PLLC on September 22, 2022 [ECF Docket No. 490] for fees in the amount of $163,727.50 and expenses in the amount of $7,272.44 for a total of $163,727.50. This amount was disbursed by check on September 23, 2022.

Thomas S. Linde and Schweet, Linde & Coulson, PLLC have noted for hearing on January 25, 2023 at 10:00 A.M, their second interim fee application in the amount of $13,195.50 for fees incurred, plus reimbursement of expenses in the amount of $25.50 for a total of $13,221.00.

The Trustee has also noted for hearing on January 25, 2023 at 10:00 A.M. the interim fee application of her accountant, Richard Ginnis, CPA for fees in the amount of $1,141.00, and reimbursement of expenses in the amount of $7.00, totaling $1,148.00.

Additionally, the Trustee has also noted for hearing on January 25, 2023 at 10:00 A.M. the interim fee application of herself in the amount of $31,909.09 for Trustee Fees incurred, plus reimbursement of expenses in the amount of $32.62 for a total of $31,941.71.

TRUSTEE'S MOTION FOR APPROVAL OF INTERIM DISBURSEMENT TO ADMINISTRATIVE CLAIMANTS AND PRIOR CHAPTER PROFESSIONALS - 2

Virginia A. Burdette
Chapter 7 Trustee
P.O. Box 16600
Seattle, WA 98116
Telephone: (206) 441-0203

Kary Krismer, of John L. Scott, Inc. incurred fees in the amount of $0.00.

The Trustee currently holds approximately $737,496.92 in unencumbered funds collected from various assets. Additional funds are expected to be collected from the Estate's interest in a claim regarding the proceeds of a loan made by the Debtor to Permanent Offense ("P.O. Claim") pending response to demands made by the Trustee via her Counsel. The case has been pending since November 28, 2018 and a Trustee's Final Report is not likely until the P.O. Claim is fully administered. An accounting of the disposition of all property is attached hereto as Form 1. An itemized statement of all receipts and disbursements administered to date by the Trustee is attached hereto as Form 2.

The Trustee is continuing her administration of the bankruptcy Estate. As there are sufficient funds on hand for an interim disbursement to administrative claimants and professionals, the Trustee is requesting approval of an interim disbursement as follows:

## ADMINISTRATIVE AND PROFESSIONAL CLAIMS

| Claimant | Fees | Expenses | Net Pay |
| --- | --- | --- | --- |
| Virginia A. Burdette, Chapter 7 Trustee | $31,909.09 | $32.62 | $31,941.71 |
| United States Trustee | $249.58 | N/A | $249.58 |
| Thomas Linde, Schweet Linde & Coulson | $13,195.50 | $25.50 | $13,221.00 |
| Richard N. Ginnis, CPA | $1,141.00 | $7.00 | $1,148.00 |
| Goodstein Law Group, PLLC | $328,114.00 | N/A | $328,114.00 |
| Vortman & Feinstein | $8,112.50 | N/A | $8,112.50 |
| **TOTAL PROPOSED PAYMENT TO ADMIN. AND PROFESSIONAL CLAIMS: $382,786.79** | | | |

Based on the foregoing, the Trustee requests that the Court enter an Order authorizing the Trustee to make an interim disbursement of $382,786.79 to claimants set forth above.

DATED this 22nd day of December, 2022.

/s/ Virginia A. Burdette
Virginia A. Burdette, WSBA #17921
Chapter 7 Trustee

TRUSTEE'S MOTION FOR APPROVAL OF INTERIM DISBURSEMENT TO ADMINISTRATIVE CLAIMANTS AND PRIOR CHAPTER PROFESSIONALS - 3

Virginia A. Burdette
Chapter 7 Trustee
P.O. Box 16600
Seattle, WA 98116
Telephone: (206) 441-0203