THE HONORABLE MARC L. BARRECA
Chapter 7

## THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In re

TIMOTHY EYMAN,

Debtor.

Case No. 18-14536

NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL

TO: Clerk of the Court;

AND TO: All Parties and Their Counsel of Record

PLEASE TAKE NOTICE that Kathryn Scordato hereby withdraws as counsel for the Debtor, Timothy Eyman.

PLEASE TAKE FURTHER NOTICE that the Debtor, Timothy Eyman, will continue to be represented by Larry B. Feinstein of Vortman & Feinstein, pending any future withdrawal and substitution or motion to withdraw. Mr. Feinstein can be reached at lbf@chutzpa.com and 1947feinstein@gmail.com, by phone at (425) 214-2004, and by mail at 12819 SE 38th St., #40, Bellevue, WA. 98006

DATED this 11th day of January, 2023.

Withdrawing attorney:

/s/ Kathryn P. Scordato
Kathryn P. Scordato, WSBA 41922

Substituting attorney:

/s/ Larry B. Feinstein
Larry B. Feinstein, WSBA 6074
Vortman & Feinstein

NOTICE OF WITHDRAWAL AND SUBSTITUTION - 1

SCORDATO LAW, PLLC
PO BOX 1962, SEATTLE, WA 98111
PHONE: (206) 223-9595
MOBILE: (253) 666-9161
EMAIL: KATHRYN@SCORDATOLAW.COM

Client Consent: _____
Timothy Eyman, Debtor

NOTICE OF WITHDRAWAL AND SUBSTITUTION - 2

SCORDATO LAW, PLLC
PO BOX 1962, SEATTLE, WA 98111
PHONE: (206) 223-9595
MOBILE: (253) 666-9161
EMAIL: KATHRYN@SCORDATOLAW.COM