Marc Barreca
U.S. Bankruptcy Judge
(Dated as of Entered on Docket date above)

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In re

TIMOTHY DONALD EYMAN,

Debtor.

Case No.: 18-14536-MLB

ORDER ON SECOND APPLICATION FOR COMPENSATION FILED BY SCHWEET, LINDE & COULSON PLLC, COUNSEL FOR THE CHAPTER 7 TRUSTEE

THIS MATTER having come before the Honorable Marc L. Barreca on the Second interim application for compensation and reimbursement of expenses by Schweet, Linde & Rosenblum PLLC, previously known as Schweet Linde & Coulson PLLC ("SLR"), for fees and expenses incurred between August 10, 2022 and December 15, 2022. The Court finds that Notice of the above referenced fee application was timely given to all creditors and interested parties listed on the mailing matrix and, and on that basis notice of the fee application was in compliance with the Bankruptcy Code and Rules. The Court has reviewed the above-referenced fee application, and declaration, evidence, and argument thereon, and deems itself fully informed on this matter to rule as follows. NOW, THEREFORE, it is ORDERED:

ORDER APPROVING APPLICATION FOR
COMPENSATION - 1

*Schweet Linde & Rosenblum, PLLC*
575 S. Michigan St.
Seattle, WA 98108
P (206) 275-1010 F (206) 381-0101

1. The Court approves in full the application for fees requested by SLC in the amount of $13,195.50 pursuant to 11 U.S.C. §330(a);
2. The Court approves in full the reimbursement of expenses requested by SLR in the amount of $25.50 pursuant to 11 U.S.C. §330(a);
3. The approved fees and costs are entitled to treatment as a Chapter 7 Administrative Claim pursuant to 11 U.S.C. §503(b)(2); and
4. The Trustee is authorized at this time to disburse the following amounts from the funds on hand in the estate: $13,195.50 for fees to SLC, and $25.50 for costs to SLR.

///END OF ORDER///

Presented By:

**/s/Thomas S. Linde**
Thomas S. Linde, WSBA#14426
Michael M. Sperry, WSBA#43760
Latife H. Neu, WSBA#33144
Attorneys for Virginia Burdette, Chapter 7 Trustee

ORDER APPROVING APPLICATION FOR COMPENSATION - 2

*SCHWEET LINDE & ROSENBLUM, PLLC*
575 S. MICHIGAN ST.
SEATTLE, WA 98108
P (206) 275-1010 F (206) 381-0101