**Below is the Order of the Court.**

_____
**Marc Barreca**
**U.S. Bankruptcy Judge**
**(Dated as of Entered on Docket date above)**

---

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re:<br><br>TIMOTHY DONALD EYMAN<br><br>　　　　　　　　　　　　　　Debtor. | Case No. 18-14536<br><br>ORDER ON APPLICATION OF TRUSTEE FOR APPROVAL AND PAYMENT OF FIRST INTERIM COMPENSATION AND COMPENSATION OF ACCOUNTANT |

THIS MATTER came on before the Court upon the Trustee's Application for First Interim Compensation and Compensation of Accountant. The Court having reviewed the Application and the Declaration of Virginia A. Burdette, Chapter 7 Trustee, and the Application for Compensation of Accountant, Richard Ginnis, CPA in the above-captioned case, and being fully advised in the premises,

///

///

///

///

///

///

ORDER ON APPLICATION OF TRUSTEE FOR APPROVAL AND PAYMENT OF FIRST INTERIM COMPENSATION AND COMPENSATION OF ACCOUNTANT-1

Virginia A. Burdette
Chapter 7 Trustee
P.O. Box 16600
Seattle, WA 98116
Telephone: (206) 441-0203

NOW THEREFORE, it is hereby ORDERED:

1. Virginia A. Burdette is allowed first interim compensation of Trustee's fees in the amount of ~~$31,909.00~~ $31,909.09 and expenses in the amount of $32.62 for a total of $31,941.71.

2. Richard N. Ginnis, CPA is allowed first interim compensation of fees in the amount of $1,141.00 and expenses in the amount of $7.00 for a total of $1,148.00.

///END OF ORDER///

Presented by:

*/s/ Virginia A. Burdette*
Virginia A. Burdette, WSABA #17921
Chapter 7 Trustee
P.O. Box 16600 Seattle, WA 98166
Telephone: (206) 441-0203

ORDER ON APPLICATION OF TRUSTEE FOR APPROVAL AND PAYMENT OF FIRST INTERIM COMPENSATION AND COMPENSATION OF ACCOUNTANT-1

Virginia A. Burdette
Chapter 7 Trustee
P.O. Box 16600
Seattle, WA 98116
Telephone: (206) 441-0203

Case 18-14536-MLB    Doc 515    Filed 01/24/23    Ent. 01/24/23 10:00:02    Pg. 2 of 2