Schweet Linde & Rosenblum, PLLC
575 S. Michigan St.
Seattle, WA 98108
P: (206) 275-1010
F: (206) 381-0101

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| In re: | Case No.: 18-14536-MLB |
|---|---|
| TIMOTHY DONALD EYMAN<br><br>Debtor(s). | **NOTICE OF WITHDRAWAL OF COUNSEL** |

PLEASE TAKE NOTICE that below signed counsel hereby withdraws from representation of Virginia A. Burdette, the Chapter 7 Trustee in the above-captioned matter.

The Trustee is represented by other counsel of record who have previously appeared in this matter, Michael M. Sperry and Thomas Linde, also of Schweet, Linde & Rosenblum PLLC; notices and communications should continue to be directed to attorneys Sperry and Linde.

Dated this 28th day of February, 2023.

*/s/ Latife H. Neu*
Schweet, Linde & Rosenblum PLLC
575 S. Michigan St.
Seattle, WA 98108

NOTICE OF WITHDRAWAL OF COUNSEL 1

*Schweet Linde & Rosenblum, PLLC*
575 S. Michigan St.
Seattle, WA 98108
P (206) 275-1010  F (206) 381-0101