IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re<br><br>TIMOTHY DONALD EYMAN,<br><br>Debtor. | Case No.: 18-14536-MLB<br><br>**[PROPOSED]** ORDER ABAONDONING PROPERTY OF THE ESTATE |

THIS MATTER came before the Honorable Marc Barreca upon the Trustee's Motion for Authorization to Abandon Property of the Estate ("Motion"), Dkt. ___. The Court finds that Notice of the Motion was properly and timely given to the parties entitled to notice, as evidenced by the Declaration of Mailing on file with the Court. The Court has considered the pleadings filed in support of the Motion, responses filed thereto (if any), and the records and files in the above-referenced case, and has determined that good cause exists for the requested relief to be granted. THEREFORE, it is hereby:

ORDERED, ADJUDGED and DECREED that the Motion is GRANTED; and it is further

ORDERED, ADJUDGED and DECREED that all assets of the estate in the above captioned proceeding, other than the funds on deposit in the estate's bank account, are hereby abandoned; and it is further

ORDER ABANDONING PROPERTY OF THE ESTATE - 1

*Schweet Linde & Rosenblum, PLLC*
575 S. Michigan St.
Seattle, WA 98108
p (206) 275-1010 f (206) 381-0101

ORDERED, ADJUDGED and DECREED that, the funds on deposit in the estate's bank account shall be administered in accordance with further orders from this Court.

///END OF ORDER///

Presented By:
**SCHWEET LINDE & ROSENBLUM, PLLC**

*/DRAFT*
Thomas S. Linde, WSBA#14426
Michael M. Sperry, WSBA#43760
Attorneys for Virginia Burdette, Chapter 7 Trustee

ORDER ABANDONING PROPERTY OF THE ESTATE - 2

*SCHWEET LINDE & ROSENBLUM, PLLC*
575 S. MICHIGAN ST.
SEATTLE, WA 98108
P (206) 275-1010 F (206) 381-0101

Case 18-14536-MLB    Doc 517-1    Filed 05/03/23    Ent. 05/03/23 15:13:21    Pg. 2 of 2