Honorable Judge Marc Barreca
Hearing Location: ZOOM.GOV

Schweet Linde & Rosenblum, PLLC
575 S. Michigan St.
Seattle, WA 98108
P: (206) 275-1010
F: (206) 381-0101

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| In re | Case No.: 18-14536-MLB |
|---|---|
| TIMOTHY DONALD EYMAN,<br><br>Debtor. | DECLARATION OF TRUSTEE VIRGINIA BURDETTE IN SUPPORT OF MOTION FOR AUTHORIZATION TO ABAONDON PROPERTY OF THE ESTATE |

Virginia Burdette declares, under penalty of perjury:

1. I am the duly appointed Trustee in this Chapter 7 case. I am over the age of eighteen and competent to make the following declaration based on my personal knowledge.

2. I have conducted a thorough investigation regarding the existence of property of the bankruptcy estate in the above captioned proceeding.

3. I have already sold real property pursuant to a settlement agreement approved by this Court to the ex-spouse of the Debtor.

4. As part of that settlement agreement, certain items of personal property were abandoned by order of this Court.

DECLARATION OF BURDETTE – 1

*SCHWEET LINDE & ROSENBLUM, PLLC*
575 S. MICHIGAN ST.
SEATTLE, WA 98108
P (206) 275-1010 F (206) 381-0101

5. I have also recovered non-exempt money that was on deposit on the date of conversion that has been deposited into the Estate's bank account, along with the purchase price for the real property under the settlement agreement.

6. In the course of my investigation, I have identified three remaining assets that I believe are of no value to the estate.

7. One item is the note Debtor scheduled as having a value of $411,000.00. Based on communications between my counsel and counsel for Permanent Offense ("PAC"), the PAC does not have any assets that suit on the Note would offset. This inability to pay has been verified based on the PAC's required public disclosures to the State of Washington's Public Disclosure Commission.

8. The second item is the website "permantentoffense.com" ("URL") which I believed to be owned by the Debtor. This belief was based on the communication between my counsel and the PAC's counsel. The Debtor has denied ownership interest in the URL, and a search of a registry of ownership of domains shows the site registered to a company that is used as a nominee for the real owner of a website that, as its main enticement to prospective clients, is that it protects the identity of a website's true owner to evade public disclosure requirements. The anticipated cost of discovering the true owner, coupled with the fact that Debtor appears to have re-routed the bulk of the traffic from the URL to a new website, leads me to the conclusion that the cost of administering the URL, if it ultimately is determined to be owned by the Debtor, would be larger than the amount the URL could be sold for.

9. Finally, the Debtor has a donor list ("List") that was the source of an early dispute while this case was a Chapter 11 case, and the US Trustee sought disclosure of the names of

DECLARATION OF BURDETTE – 2

*SCHWEET LINDE & ROSENBLUM, PLLC*
575 S. MICHIGAN ST.
SEATTLE, WA 98108
P (206) 275-1010 F (206) 381-0101

Case 18-14536-MLB    Doc 518    Filed 05/03/23    Ent. 05/03/23 15:15:54    Pg. 2 of 3

donors for the purposes of verifying compliance with FRBP 2016. Because the List contains personally identifiable information, a consumer privacy ombudsman would need to be appointed prior to any sale of the list to comply with §332. Based on my experience as a trustee, the cost of an ombudsman would be greater than the expected return for the sale of the List.

10. It is my business judgment that the administration of the Note, the URL, and the List would not net a return to creditors of the estate, let alone a meaningful return.

Signed under penalty of perjury this ___ day of May, 2023.

_____
Virginia Burdette, Chapter 7 Trustee

DECLARATION OF BURDETTE – 3

*Schweet Linde & Rosenblum, PLLC*
575 S. Michigan St.
Seattle, WA 98108
P (206) 275-1010  F (206) 381-0101

Case 18-14536-MLB    Doc 518    Filed 05/03/23    Ent. 05/03/23 15:15:54    Pg. 3 of 3