Schweet Linde & Rosenblum, PLLC
575 S. Michigan St.
Seattle, WA 98108
P: (206) 275-1010
F: (206) 381-0101

Honorable Judge Marc Barreca
Hearing Location: ZOOM.GOV
Hearing Date: May 24, 2023
Hearing Time: 10:00 a.m.
Response Date: May 17, 2023

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In re

TIMOTHY DONALD EYMAN,

Debtor.

Case No.: 18-14536-MLB

NOTICE OF MOTION FOR AUTHORIZATION TO ABANDON PROPERTY OF THE ESTATE

### **NOTICE**

Virginia Burdette, the appointed Trustee in the above-captioned Chapter 7 bankruptcy case ("the Trustee"), by and through her legal counsel Schweet, Linde & Rosenblum PLLC, has filed a Motion Authorization to Abandon Property of the Estate. She brings her request before this court, pursuant to 11 U.S.C. §554(a), and pursuant to Bankruptcy Rule 6007.

By this Motion, the Trustee seeks an Order allowing the abandonment of all remaining property of the bankruptcy estate pursuant to §554(a), other than the amounts on deposit in the estate bank account from previously administered assets.

NOTICE  1

*Schweet Linde & Rosenblum, PLLC*
575 S. Michigan St.
Seattle, WA 98108
P (206) 275-1010  F (206) 381-0101

Case 18-14536-MLB    Doc 519    Filed 05/03/23    Ent. 05/03/23 15:16:52    Pg. 1 of 3

The Motion IS SET FOR HEARING as follows:

JUDGE: The Honorable Marc L. Barreca   DATE: May 24, 2023

PLACE: ZOOM.GOV (instructions below)   TIME: 10:00

RESPONSE DATE: May 17, 2023

**Hearing Instructions:**

Zoom
https://www.zoomgov.com/j/1607704823?pwd=TUYxditUQ211OWdNeXVuYlZ5bTdBUT09
Meeting ID: 160 770 4823
Passcode: 781136
One tap mobile
+16692545252,,1607704823# US (San Jose)
+16692161590,,1607704823# US (San Jose)
Dial by your location
+1 669 254 5252 US (San Jose)
+1 669 216 1590 US (San Jose)
+1 646 828 7666 US (New York)
+1 551 285 1373 US
Meeting ID: 160 770 4823

**Dial by your location**
+1 669 254 5252 US (San Jose)
+1 669 216 1590 US (San Jose)
+1 646 828 7666 US (New York)
+1 551 285 1373 US
Meeting ID: 160 770 4823
Find your local number: https://www.zoomgov.com/u/aCksE5Pde(link is external)

- Please do not attempt to record this session. It is prohibited.
- Please set your Zoom user name to show your first and last name only
- If you are disconnected from the session and can't rejoin, email the judge's judicial assistant at: Jessica_Smith@wawb.uscourts.gov
- Please join this Zoom session 15 mins prior to the scheduled start of the hearing.

- If attending this meeting via Video: Select the "Join ZoomGov Meeting" link below to join the session.
- If attending this meeting via Phone-only (no video):
Cell phone users: Select one of the "One tap mobile" (San Jose) options listed below to connect
- Landline users: Dial one of the "Dial by your location (San Jose)" numbers listed below >
Enter the "Meeting ID" when prompted > Press # when prompted for "Personal Meeting ID"

- Choose a quiet location without distractions.
- Choose an area with good light, but not too much bright light behind you.
- For better sound quality, use a headset with built-in mic (or make sure you are close to your microphone).
- Turn off apps that have built-in sounds, minimizing background noise.
- Check and confirm, in advance of the hearing, that you have a working camera and microphone on your device.
- If you run into technical issues or have questions, send email to: curtis_udy@wawb.uscourts.gov

IF YOU OPPOSE the Motion, you must file your written response with the court clerk at 6301 U.S. Courthouse, 700 Stewart Street, Seattle WA 98101, serve two copies on the Judge's Chambers, and deliver copies to the undersigned NOT LATER THAN THE RESPONSE DATE, which is May 17, 2023.

IF NO REPSONSE IS TIMELY FILED AND SERVED, the Court may, in its discretion, GRANT THE MOTION PRIOR TO THE HEARING, WITHOUT FURTHER NOTICE, and strike the hearing.

DATED this 3rd day of May, 2023.

**SCHWEET LINDE & ROSENBLUM, PLLC**

**/s/Michael M. Sperry**
Thomas S. Linde, WSBA #14426
Michael M. Sperry, WSBA #43760
Attorneys for Virginia Burdette, Chapter 7 Trustee

NOTICE  3

*SCHWEET LINDE & ROSENBLUM, PLLC*
575 S. MICHIGAN ST.
SEATTLE, WA 98108
P (206) 275-1010  F (206) 381-0101

Case 18-14536-MLB    Doc 519    Filed 05/03/23    Ent. 05/03/23 15:16:52    Pg. 3 of 3