| | |
|---|---|
| | The Honorable: Marc Barreca |
| | Chapter 7 |
| | Location: via ZoomGov |
| | Hearing Date:    /  /2022 |
| | Hearing Time:  10:00 a.m. |
| | Response Date:    /  /2022 |

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WASHINGTON
## SEATTLE DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| Timothy Donald Eyman | § | Case No. 18-14536 |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter 11 of the United States Bankruptcy Code was filed on 11/28/2018. The case was converted to one under Chapter 7 on 12/17/2021. The undersigned trustee was appointed on 12/17/2021.

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of      $  927,891.90

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 570,868.88 |
| Bank service fees | 5,670.17 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]    $ | 351,352.85 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 03/25/2022 and the deadline for filing governmental claims was 05/28/2019. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $49,644.60. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $31,909.09 as interim compensation and now requests a sum of $17,735.51, for a total compensation of $49,644.60[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $32.62, and now requests reimbursement for expenses of $30.03, for total expenses of $62.65[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 09/18/2023     By: /s/Virginia Andrews Burdette
                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Exhibit A

Page: 1

| Case No: | 18-14536 | MLB | Judge: | Marc Barreca | Trustee Name: | Virginia Andrews Burdette |
|---|---|---|---|---|---|---|
| Case Name: | Timothy Donald Eyman | | | | Date Filed (f) or Converted (c): | 12/17/2021 (c) |
| | | | | | 341(a) Meeting Date: | 01/25/2022 |
| For Period Ending: | 09/18/2023 | | | | Claims Bar Date: | 03/25/2022 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 11913 59Th Ave W Mukilteo Wa 98275-0000 Snohomish | 950,000.00 | 390,835.60 | | 906,484.00 | FA |
| 2. 2013 Ford Explorer Primarily Driven By Debtor | 2,000.00 | 0.00 | | 0.00 | FA |
| 3. 2013 Mercedes C300 Non-Filing Spouse, Registered In Her Name Only | 6,000.00 | 6,000.00 | OA | 0.00 | FA |
| 4. 2012 Chrysler Touring 200 Son's Car. Gift Post-Confirmation In 2020. | 2,000.00 | 2,000.00 | OA | 0.00 | FA |
| 5. All Household Goods, Furnishings, Appliances, Of The Family. Mostly Still At Home In Mukilteo. Some At Current Residence ( Lq Apartment) | 6,785.00 | 285.00 | OA | 0.00 | FA |
| 6. Musical Instruments - Piano And Trombone | 70.00 | 70.00 | OA | 0.00 | FA |
| 7. Iphone (Debtor) | 300.00 | 0.00 | | 0.00 | FA |
| 8. Books, Knick Knacks, And Other Keepsakes | 45.00 | 0.00 | OA | 0.00 | FA |
| 9. Clothing And Accessories | 900.00 | 0.00 | OA | 0.00 | FA |
| 10. Jewelry, Including Wedding Rings Of Debtor And Non-Debtor Spouse | 700.00 | 0.00 | OA | 0.00 | FA |
| 11. Cats And Pet-Related Items | 20.00 | 20.00 | | 0.00 | FA |
| 12. Cash | 27.00 | 27.00 | | 0.00 | FA |
| 13. Bank Of America Amounts In 4 Accounts Listed In Declaration. Represents Gifts All Post-Petition. | 10,618.00 | 10,618.00 | | 20,764.17 | FA |
| 14. Tim Eyman, Watchdog For Taxpayers, Llc Closed In December 2018 100% Ownership | 0.00 | 0.00 | | 0.00 | FA |
| 15. IRA Pershing - Debtor | 192,064.00 | 0.00 | | 0.00 | FA |
| 16. IRA Pershing - Non-Debtor Spouse | 92,414.00 | 0.00 | | 0.00 | FA |
| 17. Carol Williams-Rental Security Deposit | 3,500.00 | 500.00 | | 0.00 | FA |
| 18. Personal Loan To Permanent Offense | 411,000.00 | 411,000.00 | OA | 0.00 | FA |
| 19. Home Office Furniture And Supplies | 70.00 | 0.00 | OA | 0.00 | FA |

UST Form 101-7-TFR (5/1/2011) *(Page: 3)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 18-14536 | MLB | Judge: | Marc Barreca | Trustee Name: | Virginia Andrews Burdette |
| Case Name: | Timothy Donald Eyman | | | | Date Filed (f) or Converted (c): | 12/17/2021 (c) |
| | | | | | 341(a) Meeting Date: | 01/25/2022 |
| For Period Ending: | 09/18/2023 | | | | Claims Bar Date: | 03/25/2022 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 20. Current Computer | 200.00 | 0.00 | | 0.00 | FA |
| 21. Computer Monitor | 20.00 | 0.00 | | 0.00 | FA |
| 22. Copier | 75.00 | 0.00 | | 0.00 | FA |
| 23. Electronic equipment and accessories | 3,050.00 | 20.00 | | 0.00 | FA |
| 24. Void-Former Ch. 11 Asset (u) | 0.00 | N/A | | 0.00 | FA |
| 25. Void-Former Ch. 11 Asset (u) | 0.00 | N/A | | 0.00 | FA |
| 26. Void-Former ch. 11 Asset (u) | 0.00 | N/A | | 0.00 | FA |
| 27. Void-Former Ch. 11 Asset (u) | 0.00 | N/A | | 0.00 | FA |
| 28. Old Computer and Fax Machine | 40.00 | 0.00 | | 0.00 | FA |
| 29. Coats | 350.00 | 0.00 | OA | 0.00 | FA |
| 30. Shoes | 50.00 | 0.00 | OA | 0.00 | FA |
| 31. PayPal Account credit balance (u) | 643.73 | 643.73 | | 643.73 | FA |
| 32. possible interest in website "URL" permanentoffense.com (u) | Unknown | 0.00 | OA | 0.00 | FA |
| 33. Political Donor List maintained by Debtor (u) | Unknown | 0.00 | OA | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $1,682,941.73   $822,019.33   $927,891.90   $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

UST Form 101-7-TFR (5/1/2011) *(Page: 4)*

5.2.23 G.C. preparing motion to abandon all assets of the estate that are not the funds on deposit in the estate's bank account
8.9.22 G.C. letter to Permanent Offense
9.13.22 re: turnover settlement of bank accounts-Dtr to provide original title to Ford Explorer and signed/notarized Title Application for Trustee to sign
5.25.22 Obj to Exemptions in Bank Accounts
2.16.22 State of Washington objected to exemptions on homestead, bank accounts/security deposits, IRA and vehicles
2.12.22 Order authorizing employment of realtor- Krismer
2.3.21 Kary Krismer to possibly determine current market value of Mukilteo property

Exhibit A

Exhibit A

| | | | |
|---|---|---|---|
| RE PROP # | 1 | -- | did not aquire within 1,215 days of filing<br>Post conversion schedules exempt 100% of fair market value, up to any applicable statutory limit; claiming homestead exemption of more than $160,375<br>2/7/22 Obj to exemptions filed-disallowing or fixing at $125k<br>Summary Judgment: 80% interest is community property; 20% Karen Eyman can claim seperate interest ($250k based on Kary's valuation)<br>Kary Krismer Valuation =$1,250,000.00<br>Motion for Settlement/abandonment/sale to Karen Williams for $906,484.00. Order Entered 8/5/22 Dkt. 483 |
| RE PROP # | 2 | -- | Collateral on Turnover plan (payments of $900 month x12months + $10,607.90 balloon payment due by 9/15/23) re: assets # 13 4 BOA accounts & 31 paypal accounts<br>VIN: 1FM5K8F82DGA50807 |
| RE PROP # | 5 | -- | Exemption of $285 claimed under W.R.C. (1)(d)(ii) denied _472 |
| RE PROP # | 13 | -- | Turnover settlement: (beginning 9/15/22 payments of $900 month x12months + $10,607.90 balloon payment due by 9/1/23) re: assets # 13 4 BOA accounts & 31 paypal accounts<br><br>Declaration lists: Bank of America Accounts: 0371=$3,910.70, 7436 =$1,459.01, 7465 =$5,134.21 and 2926 =$114.74<br><br>Original scheules list: Bank of America: Joint Checking =$198,340.97, Joint Savings =$3,675.47, Joint Savings =$0.22, Heritage Bank Checking-legal fund =$0.00, Heritage Bank Checking =$54,887.37, Key Bank Checking -Legal Fund = $0.00, and Key Bank Checking = $104,746.61<br>472_Order Entered-Exemption denied |
| RE PROP # | 17 | -- | 472_Exemption Awarded $3,000 |
| RE PROP # | 18 | -- | Originally listed as Personal Loan to VOTERS WANT MORE CHOICES-30TABS.com-GIVETHEMNOTHING.COM $500,000.00<br>personal loan to PAC registeres as Permanent Offense<br>Demand letter 8/9/22<br>522_Order Abandon |
| RE PROP # | 23 | -- | Listed on original schedules: 5 TVs $800, VCR $20, Laptop Computer $50, Xbox $30, IPhone XS (Debtor) $800, IPhone 7 (Spouse) $200, IPhone 7 (Daughter) $200, IPhone XS (Son) $800, IPhone 6 (Son) $150. |
| RE PROP # | 24 | -- | retainer |
| RE PROP # | 25 | -- | retainer |
| RE PROP # | 26 | -- | retainer |
| RE PROP # | 27 | -- | P.I. Claim |
| RE PROP # | 28 | -- | Listed on Original Schedules $20.00 each |
| RE PROP # | 29 | -- | Listed on Original Schedules |
| RE PROP # | 30 | -- | Listed on Original Schedules |
| RE PROP # | 31 | -- | listed in supplement to declaration-post conversion schedules_430<br><br>Turnover settlement: (beginning 9/15/22 payments of $900 month x12months + $10,607.90 balloon payment due by 9/15/23) re: assets # 13 4 BOA accounts & 31 paypal accounts |
| RE PROP # | 32 | -- | 522_Order Abandon |
| RE PROP # | 33 | -- | 522_Order Abandon |

Initial Projected Date of Final Report (TFR): 12/21/2022        Current Projected Date of Final Report (TFR): 07/01/2023

Exhibit A

Page: 1

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | |
|---|---|
| Case No: 18-14536 | Trustee Name: Virginia Andrews Burdette |
| Case Name: Timothy Donald Eyman | Bank Name: Axos Bank |
| | Account Number/CD#: XXXXXX1271 |
| | Checking |
| Taxpayer ID No: XX-XXX2810 | Blanket Bond (per case limit): $65,000,000.00 |
| For Period Ending: 09/18/2023 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/28/22 | | Law Office Wanda Nuxoll | sale of real property | | $889,693.58 | | $889,693.58 |
| | | | Gross Receipts $906,484.00 | | | | |
| | | PS Wanda Reif Nuxoll | title and escrow charges ($1,550.00) | 2500-000 | | | |
| | | Snohomish County | Excise tax ($15,240.42) | 2820-000 | | | |
| | 1 | | 11913 59Th Ave W $906,484.00<br>Mukilteo Wa 98275-0000<br>Snohomish | 1110-000 | | | |
| 08/28/22 | 1 | Law Office of Wanda Nuxoll | sale proceeds<br>settlement/sale of residence | 1110-000 | $906,484.00 | | $1,796,177.58 |
| 08/28/22 | 1 | Law Office of Wanda Nuxoll | sale proceeds Reversal duplicate | 1110-000 | ($906,484.00) | | $889,693.58 |
| 09/01/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $63.38 | $889,630.20 |
| 09/19/22 | 13 | Timothy Eyman | settlement<br>VB on vacation prior week | 1129-000 | $900.00 | | $890,530.20 |
| 09/22/22 | | Tim Eyman | settlement | | $20,507.90 | | $911,038.10 |
| | | | Gross Receipts $20,507.90 | | | | |
| | 13 | | Bank Of America Amounts In 4 Accounts Listed In Declaration. Represents Gifts All Post-Petition. $19,864.17 | 1129-000 | | | |
| | 31 | | PayPal Account credit balance $643.73 | 1229-000 | | | |
| 09/23/22 | 2001 | Thomas Linde<br>Schweet Linde & Coulson<br>575 S Michigan St<br>Seattle, WA 98108 | Distribution<br>Per court order docket 490 | | | $170,999.94 | $740,038.16 |
| | | Thomas Linde | ($163,727.50) | 3210-000 | | | |
| | | Thomas Linde | ($7,272.44) | 3220-000 | | | |

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*   Page Subtotals:   $911,101.48   $171,063.32

Case 18-14536-MLB    Doc 524    Filed 09/18/23    Ent. 09/18/23 14:07:20    Pg. 8 of 17

## FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 18-14536  
Case Name: Timothy Donald Eyman  
Trustee Name: Virginia Andrews Burdette  
Bank Name: Axos Bank  
Account Number/CD#: XXXXXX1271  
Checking  
Taxpayer ID No: XX-XXX2810  
Blanket Bond (per case limit): $65,000,000.00  
For Period Ending: 09/18/2023  
Separate Bond (if applicable):

Exhibit B

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/03/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $936.27 | $739,101.89 |
| 11/01/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $816.12 | $738,285.77 |
| 12/01/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $788.85 | $737,496.92 |
| 01/03/23 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $814.28 | $736,682.64 |
| 01/24/23 | 2003 | Thomas Linde<br>Schweet Linde & Coulson<br>575 S Michigan St<br>Seattle, WA 98108 | Distribution Reversal incorrect amount | | | ($13,220.50) | $749,903.14 |
| | | Thomas Linde | $13,195.00 | 3210-000 | | | |
| | | Thomas Linde | $25.50 | 3220-000 | | | |
| 01/24/23 | 2002 | VIRGINIA A BURDETTE<br>VIRGINIA ANDREWS BURDETTE, TRUSTEE<br>P.O. BOX 16600<br>SEATTLE, WA 98116 | Distribution | | | $32,158.67 | $717,744.47 |
| | | VIRGINIA A BURDETTE | ($31,909.09) | 2100-000 | | | |
| | | VIRGINIA A BURDETTE | ($249.58) | 2200-000 | | | |
| 01/24/23 | 2003 | Thomas Linde<br>Schweet Linde & Coulson<br>575 S Michigan St<br>Seattle, WA 98108 | Distribution | | | $13,220.50 | $704,523.97 |
| | | Thomas Linde | ($13,195.00) | 3210-000 | | | |
| | | Thomas Linde | ($25.50) | 3220-000 | | | |

UST Form 101-7-TFR (5/1/2011) (Page: 9)  Page Subtotals:  $0.00  $35,514.19

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 18-14536 | Trustee Name: | Virginia Andrews Burdette | Exhibit B |
| --- | --- | --- | --- | --- |
| Case Name: | Timothy Donald Eyman | Bank Name: | Axos Bank | |
| | | Account Number/CD#: | XXXXXX1271 | |
| | | | Checking | |
| Taxpayer ID No: | XX-XXX2810 | Blanket Bond (per case limit): | $65,000,000.00 | |
| For Period Ending: | 09/18/2023 | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/24/23 | 2004 | Richard N. Ginnis, CPA<br>POB 30081<br>Seattle, WA 98113 | Distribution | | | $1,148.00 | $703,375.97 |
| | | Richard N. Ginnis, CPA | ($7.00) | 3420-000 | | | |
| | | Richard N. Ginnis, CPA | ($1,141.00) | 3410-000 | | | |
| 01/24/23 | 2005 | GOODSTEIN LAW GROUP PLLC<br>501 S G STREET<br>TACOMA, WA 98405 | Distribution<br>1.23.23 order | 6700-000 | | $328,114.00 | $375,261.97 |
| 01/24/23 | 2006 | Larry B. Feinstein<br>Attorney at Law<br>12819 SE 38th St., PMB #40<br>Bellevue, WA 98006 | Distribution<br>1.23.23 order | 6700-000 | | $8,112.50 | $367,149.47 |
| 01/24/23 | 2007 | UNITED STATES TRUSTEE<br>700 Stewart St Ste 5103<br>Seattle, WA 98101 | Distribution<br>1.23.23 Order | 2950-000 | | $249.58 | $366,899.89 |
| 01/24/23 | 2008 | Thomas Linde<br>Schweet Linde & Coulson<br>575 S Michigan St<br>Seattle, WA 98108 | Distribution | | | $13,221.00 | $353,678.89 |
| | | Thomas Linde | ($13,195.50) | 3210-000 | | | |
| | | Thomas Linde | ($25.50) | 3220-000 | | | |
| 02/01/23 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $745.48 | $352,933.41 |
| 03/01/23 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $352.09 | $352,581.32 |
| 04/03/23 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $389.29 | $352,192.03 |
| 04/10/23 | 2009 | International Sureties LTD<br>701 Poydras Street<br>Suite 420<br>New Orleans, LA 70139 | Payment of 2023 Bond | 2300-000 | | $291.73 | $351,900.30 |

| UST Form 101-7-TFR (5/1/2011) (Page: 10) | Page Subtotals: | $0.00 | $352,623.67 |
| --- | --- | --- | --- |

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

Case No: 18-14536  
Case Name: Timothy Donald Eyman  
Taxpayer ID No: XX-XXX2810  
For Period Ending: 09/18/2023  

Trustee Name: Virginia Andrews Burdette  
Bank Name: Axos Bank  
Account Number/CD#: XXXXXX1271  
Checking  
Blanket Bond (per case limit): $65,000,000.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/01/23 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $376.29 | $351,524.01 |
| 06/01/23 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $388.12 | $351,135.89 |
| 08/30/23 | | Virginia Burdette | Distribution over payment of interim fees | 2200-000 | | ($216.96) | $351,352.85 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $911,101.48 | $559,748.63 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $911,101.48 | $559,748.63 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $911,101.48 | $559,748.63 |

UST Form 101-7-TFR (5/1/2011) (Page: 11)   Page Subtotals:   $0.00   $547.45

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX1271 - Checking | $911,101.48 | $559,748.63 | $351,352.85 |
| | $911,101.48 | $559,748.63 | $351,352.85 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $16,790.42 |
| Total Net Deposits: | $911,101.48 |
| Total Gross Receipts: | $927,891.90 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 18-14536-MLB  
Debtor Name: Timothy Donald Eyman  
Claims Bar Date: 3/25/2022  

Date: September 18, 2023

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| Admin 1 100 2100 | VIRGINIA A BURDETTE VIRGINIA ANDREWS BURDETTE, TRUSTEE P.O. BOX 16600 SEATTLE, WA 98116 | Administrative | | $0.00 | $49,644.60 | $49,644.60 |
| Admin 2 100 2200 | VIRGINIA A BURDETTE VIRGINIA ANDREWS BURDETTE, TRUSTEE P.O. BOX 16600 SEATTLE, WA 98116 | Administrative | | $0.00 | $62.65 | $62.65 |
| Admin 9 100 2500 | PS Wanda Reif Nuxoll | Administrative | | $0.00 | $1,550.00 | $1,550.00 |
| Admin 9.1 100 2820 | Snohomish County | Administrative | | $0.00 | $15,240.42 | $15,240.42 |
| 3 100 2950 | UNITED STATES TRUSTEE 700 Stewart St Ste 5103 Seattle, WA 98101 | Administrative | | $0.00 | $249.58 | $249.58 |
| Admin 4 100 3210 | Schweet Linde & Rosenblum, PLLC 575 S Michigan St Seattle, WA 98108 | Administrative | | $0.00 | $189,545.50 | $189,545.50 |
| Admin 5 100 3220 | Schweet Linde & Rosenblum, PLLC 575 S Michigan St Seattle, WA 98108 | Administrative | | $0.00 | $7,485.94 | $7,485.94 |
| Admin 8 100 3410 | Richard N. Ginnis, CPA P.O. Box 30081 Seattle, WA 98113 | Administrative | | $0.00 | $1,141.00 | $1,141.00 |
| Admin 7 100 3420 | Richard N. Ginnis, CPA P.O. Box 30081 Seattle, WA 98113 | Administrative | | $0.00 | $7.00 | $7.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 18-14536-MLB  Date: September 18, 2023
Debtor Name: Timothy Donald Eyman
Claims Bar Date: 3/25/2022

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---:|---:|---:|
| Admin 3<br>100<br>3510 | Kary L. Krismer<br>John L. Scott, Inc.<br>4735 NE 4th St<br>Renton, WA 98059 | Administrative | Realtor hired for valuation, no fee charged | $0.00 | $0.00 | $0.00 |
| Admin 6<br>150<br>6700 | Larry B. Feinstein<br>Attorney at Law<br>12819 SE 38th St., PMB #40<br>Bellevue, WA 98006 | Administrative | 762_Order and Allowance as Administrative Expense | $0.00 | $8,112.50 | $8,112.50 |
| 4<br>150<br>6700 | GOODSTEIN LAW GROUP PLLC<br>501 S G STREET<br>TACOMA, WA 98405 | Administrative | Withdrawn_507 | $0.00 | $0.00 | $0.00 |
| 5<br>150<br>6700 | GOODSTEIN LAW GROUP PLLC<br>501 S G STREET<br>TACOMA, WA 98405 | Administrative | | $0.00 | $328,114.00 | $328,114.00 |
| 1<br>300<br>7100 | KLINEDINST PC<br>C/O DANIEL AGLE, ESQ.<br>501 W BROADWAY, 6TH FLOOR<br>SAN DIEGO, CA 92101 | Unsecured | | $77,000.00 | $108,961.20 | $108,961.20 |
| 2<br>300<br>7100 | STATE OF WASHINGTON ATTORNEY GENERAL"S OFFICE<br>ATTN: LINDA DALTON<br>PO BOX 40100<br>OLYMPIA, WA 98504-0100 | Unsecured | | $0.00 | $5,529,396.49 | $5,529,396.49 |
| 6<br>300<br>7100 | GOODSTEIN LAW GROUP PLLC<br>501 S G STREET<br>TACOMA, WA 98405 | Unsecured | Legal fees incurred post ch. 7 conversion<br>Withdrawn _505 | $0.00 | $0.00 | $0.00 |
| | Case Totals | | | $77,000.00 | $6,239,510.88 | $6,239,510.88 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 18-14536
Case Name: Timothy Donald Eyman
Trustee Name: Virginia Andrews Burdette

| | | |
|---|---|---|
| Balance on hand | $ | 351,352.85 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: VIRGINIA A BURDETTE | $ 49,644.60 | $ 31,909.09 | $ 17,735.51 |
| Trustee Expenses: VIRGINIA A BURDETTE | $ 62.65 | $ 32.62 | $ 30.03 |
| Attorney for Trustee Fees: Schweet Linde & Rosenblum, PLLC | $ 189,545.50 | $ 176,923.00 | $ 12,622.50 |
| Attorney for Trustee Expenses: Schweet Linde & Rosenblum, PLLC | $ 7,485.94 | $ 7,297.94 | $ 188.00 |
| Accountant for Trustee Fees: Richard N. Ginnis, CPA | $ 1,141.00 | $ 1,141.00 | $ 0.00 |
| Accountant for Trustee Expenses: Richard N. Ginnis, CPA | $ 7.00 | $ 7.00 | $ 0.00 |
| Fees: UNITED STATES TRUSTEE | $ 249.58 | $ 249.58 | $ 0.00 |
| Other: Kary L. Krismer | $ 0.00 | $ 0.00 | $ 0.00 |
| Other: PS Wanda Reif Nuxoll | $ 1,550.00 | $ 1,550.00 | $ 0.00 |
| Other: Snohomish County | $ 15,240.42 | $ 15,240.42 | $ 0.00 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 30,576.04 |
| Remaining Balance | $ | 320,776.81 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Other Prior Chapter Professional Fees: Larry B. Feinstein | $ 8,112.50 | $ 8,112.50 | $ 0.00 |
| Other Prior Chapter Professional Fees: GOODSTEIN LAW GROUP PLLC | $ 328,114.00 | $ 328,114.00 | $ 0.00 |

Total to be paid for prior chapter administrative expenses  $ 0.00

Remaining Balance  $ 320,776.81

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $5,638,357.69 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 5.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | KLINEDINST PC | $ 108,961.20 | $ 0.00 | $ 6,199.01 |
| 2 | STATE OF WASHINGTON ATTORNEY | $ 5,529,396.49 | $ 0.00 | $ 314,577.80 |

Total to be paid to timely general unsecured creditors  $ 320,776.81

Remaining Balance $             0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE