The Honorable: Marc Barreca
Chapter 7
Location: via ZoomGov
Hearing Date: 11/22/2023
Hearing Time: 10:00 a.m.
Response Date: 11/15/2023

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WASHINGTON
### SEATTLE DIVISION

In Re: §
§
Timothy Donald Eyman § Case No. 18-14536
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that VIRGINIA ANDREWS BURDETTE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Bankruptcy Court Clerk
700 Stewart Street #6301
Seattle, WA 98101

You are hereby notified that a hearing is scheduled to be held via ZoomGov on November 22, 2023, at 10:00 a.m. for the purpose of considering the Trustee's final report, applications for compensation and for reimbursement of expenses, and other business as may properly come before the Court. Debtors, creditors, their attorneys, and other parties in interest may participate in the hearing by the following:

ZOOMGOV ACCESS INFORMATION

Join ZoomGov Meeting
https://www.zoomgov.com/j/1607704823?pwd=TUYxditUQ211OWdNeXVuYlZ5bTdBUT09(link is external)
Meeting ID: 160 770 4823
Passcode: 781136
One tap mobile
+16692545252,,1607704823# US (San Jose)
+16692161590,,1607704823# US (San Jose)

Dial by your location
+1 669 254 5252 US (San Jose)
+1 669 216 1590 US (San Jose)
+1 646 828 7666 US (New York)
+1 551 285 1373 US
Meeting ID: 160 770 4823
Find your local number:

https://www.zoomgov.com/u/aCksE5Pde

Please see the U.S. Bankruptcy Court's website for the Western District of Washington for complete telephone hearing instructions. Any creditors or other parties in interest who have an objection to the final report or application must, by the response date of November 15, 2023, file their written objections with the Court and serve copies on the Trustee and the United States Trustee at the following mailing addresses:

Virginia Andrews Burdette
P.O. Box 16600
Seattle, WA 98116

United States Trustee's Office
700 Stewart Street, Suite 5103
Seattle, WA 98101-1271


IF NO RESPONSE IS TIMELY FILED AND SERVED, THE COURT MAY, IN ITS DISCRETION, APPROVE THE TRUSTEE'S FINAL REPORT AND THE REQUESTED COMPENSATION AND REIMBURSEMENT OF EXPENSES PRIOR TO THE HEARING WITHOUT FUTHER NOTICE, AND STRIKE THE HEARING.

Date Mailed: 10/16/2023        By: /s/ Virginia Andrews Burdette
                                           Trustee


*Virginia Andrews Burdette*
*P.O. Box 16600*
*Seattle, WA 98116*

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WASHINGTON
### SEATTLE DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| Timothy Donald Eyman | § | Case No. 18-14536 |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 927,891.90 |
| and approved disbursements of | $ | 576,539.05 |
| leaving a balance on hand of[1] | $ | 351,352.85 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: VIRGINIA A BURDETTE | $ 49,644.60 | $ 31,909.09 | $ 17,735.51 |
| Trustee Expenses: VIRGINIA A BURDETTE | $ 62.65 | $ 32.62 | $ 30.03 |
| Attorney for Trustee Fees: Schweet Linde & Rosenblum, PLLC | $ 189,545.50 | $ 176,923.00 | $ 12,622.50 |
| Attorney for Trustee Expenses: Schweet Linde & Rosenblum, PLLC | $ 7,485.94 | $ 7,297.94 | $ 188.00 |
| Accountant for Trustee Fees: Richard N. Ginnis, CPA | $ 1,141.00 | $ 1,141.00 | $ 0.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Accountant for Trustee Expenses: Richard N. Ginnis, CPA | $ 7.00 | $ 7.00 | $ 0.00 |
| Fees: UNITED STATES TRUSTEE | $ 249.58 | $ 249.58 | $ 0.00 |
| Other: PS Wanda Reif Nuxoll | $ 1,550.00 | $ 1,550.00 | $ 0.00 |
| Other: Snohomish County | $ 15,240.42 | $ 15,240.42 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses     $ 30,576.04

Remaining Balance     $ 320,776.81

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Other Prior Chapter Professional Fees: Larry B. Feinstein | $ 8,112.50 | $ 8,112.50 | $ 0.00 |
| Other Prior Chapter Professional Fees: GOODSTEIN LAW GROUP PLLC | $ 328,114.00 | $ 328,114.00 | $ 0.00 |

Total to be paid for prior chapter administrative expenses     $ 0.00

Remaining Balance     $ 320,776.81

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $5,593,255.32 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 5.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | KLINEDINST PC | $ 63,858.83 | $ 0.00 | $ 3,662.35 |
| 2 | STATE OF WASHINGTON ATTORNEY | $ 5,529,396.49 | $ 0.00 | $ 317,114.46 |

Total to be paid to timely general unsecured creditors $ 320,776.81

Remaining Balance $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Virginia Andrews Burdette
Trustee

*Virginia Andrews Burdette*
*P.O. Box 16600*
*Seattle, WA 98116*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.