The Honorable Marc Barreca
Chapter 7
Hearing Date: November 22, 2023
Hearing Time: 10:00 a.m.
Place: via ZoomGov
Response Due: November 15, 2023

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re:<br><br>TIMOTHY DONALD EYMAN,<br><br>Debtor. | No. 18-14536<br><br>DECLARATION OF MAILING |

I, Caitlin N. Christensen, do declare that on October 16, 2023 I did cause to be mailed via first class postage in the United States mail copies of the following: NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR) in the above entitled matter to the individuals listed below at the addresses attached hereto as Exhibit "A".

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this 16th day of October, 2023

*/s/ Caitlin N. Christensen*
Caitlin N. Christensen
Assistant to Virginia A. Burdette, Chapter 7 Trustee

DECLARATION OF MAILING- 1

Virginia A. Burdette
Chapter 7 Trustee
P.O. Box 16600
Seattle, WA 98116
Telephone: (206) 441-0203