Exhibit A

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0981-2<br>Case 18-14536-MLB<br>Western District of Washington<br>Seattle<br>Mon Oct 16 12:01:48 PDT 2023 | ~~U.S. Bankruptcy Court~~<br>~~700 Stewart St, Room 6301~~<br>~~Seattle, WA 98101-4441~~ | Daniel Agle<br>501 W Broadway, Suite 1100<br>San Diego, CA 92101-3575 |
| Goodstein Law Group PLLC<br>501 S G Street<br>Tacoma, WA 98405-4715 | Goodstein Law Group PllC<br>501 South G Street Tacoma WA 98405 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| Klinedinst PC<br>c/o Daniel Agle, Esq.<br>501 W Broadway, 6th Floor<br>San Diego, CA 92101-3584 | Klinedinst, PC<br>701 Fifth Avenue, Suite 1220<br>Seattle, WA 98104-7007 | State of Washington Attorney<br>General's Office<br>Attn: Linda Dalton<br>PO Box 40100<br>Olympia, WA 98504-0100 |
| ~~United States Trustee~~<br>~~700 Stewart St Ste 5103~~<br>~~Seattle, WA 98101-4438~~ | Gretchen Sand<br>PO Box 6503<br>Kennewick, WA 99336-0627 | Karen Eyman<br>11913 59th Ave W<br>Mukilteo, WA 98275-5569 |
| Larry B. Feinstein<br>Larry B. Feinstein<br>12819 SE 38th St.<br>Ste #40<br>Bellevue, WA 98006-1326 | PC Klinedinst<br>Klinedinst PC<br>701 5th Ave.<br>Ste. 1220<br>Seattle, WA 98104-7007 | Thomas D. Neeleman<br>Neeleman Law Group<br>1904 Wetmore, #200<br>Everett, WA 98201-6110 |
| Timothy Donald Eyman<br>500 106th Ave NE #709<br>Bellevue, WA 98004-8696 | ~~Virginia A Burdette~~<br>~~Virginia Andrews Burdette, Trustee~~<br>~~P.O. Box 16600~~<br>~~Seattle, WA 98116-0600~~ | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Courtesy NEF | (u)Goodstein Law Group PLLC | (u)Hawthorne and Co |
| (u)Law Offices of Paul L Schneiderman | (u)State of Washington | (d)United States Trustee<br>700 Stewart Street<br>Suite 5103<br>Seattle, WA 98101-4438 |
| (u)Carol Williams | (u)David Hawthorne | (u)Kary Krismer |

| (u)Richard B Sanders | (u)Richard N Ginnis | (u)Richard N. Ginnis CPA |

| (u)Robert McCallum | End of Label Matrix |
| | Mailable recipients  16 |
| | Bypassed recipients  13 |
| | Total                29 |