Schweet Linde & Rosenblum, PLLC
575 S. Michigan St.
Seattle, WA 98108
P: (206) 275-1010
F: (206) 381-0101

Honorable Judge Marc Barreca
Chapter 7
Everett Station Calendar
Hearing Date: November 22, 2023
Hearing Time: 10:00 a.m.
Response Due: November 15, 2023

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In re:

TIMOTHY DONALD EYMAN

Debtor(s).

Case No.: 18-14536-MLB

**FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES BY SCHWEET LINDE & ROSENBLUM, PLLC, COUNSEL FOR CHAPTER 7 TRUSTEE**

## MOTION AND APPLICATION

Schweet Linde & Rosenblum, PLLC ("SLR"), counsel for Virginia Burdette, the Chapter 7 Trustee of the Bankruptcy Estate of Timothy D. Eyman, ("Trustee"), respectfully submits its final application for compensation and reimbursement of expenses incurred in the representation of the Trustee in the above captioned Chapter 7 main case.

SLR is seeking approval of fees in the amount of $12,622.50 and costs in the amount of $188.00, which covers the time period December 15, 2022 through May 31, 2023. This application is supported by the records and files herein, and the declaration of Thomas S. Linde, attached below.

11 U.S.C. § 330, entitled Compensation of Officers, governs the requirements for awarding fees to a professional person employed under 11 U.S.C. §327. After notice and a hearing, the Court may award "reasonable compensation for actual, necessary services rendered" and "reimbursement for actual, necessary expenses." 11 U.S.C. § 330(a)(1). In determining the amount

FINAL FEE APPLICATION OF COUNSEL FOR
TRUSTEE – 1

*SCHWEET LINDE & ROSENBLUM, PLLC*
575 S. MICHIGAN ST.
SEATTLE, WA 98108
P (206) 275-1010 F (206) 381-0101

Case 18-14536-MLB    Doc 528    Filed 10/17/23    Ent. 10/17/23 03:03:39    Pg. 1 of 22

1  of reasonable compensation to be awarded, the Court must consider the nature, the extent, and the

2  value of such services, taking into account all relevant factors, including—

3      (A) the time spent on such services;
    (B) the rates charged for such services;

4      (C) whether the services were necessary to the administration of, or beneficial at

5      the time at which the service was rendered toward the completion of, a case under
    this title;

6      (D) whether the services were performed within a reasonable amount of time
    commensurate with the complexity, importance, and nature of the problem, issue,

7      or task addressed;

8      (E) with respect to a professional person, whether the person is board certified or
    otherwise has demonstrated skill and experience in the bankruptcy field; and

9      (F) whether the compensation is reasonable based on the customary compensation
    charged by comparably skilled practitioners in cases other than cases under this

10     title.

11     11 U.S.C. § 330(a)(3). In determining the reasonable amount of attorney's fees to be

12 awarded, courts use the lodestar analysis. A lodestar approach calculates a reasonable attorney fee

13 by multiplying the number of hours reasonably expended on the litigation by a reasonable hourly

14 rate. *Perdue v. Kenny A. ex rel. Winn*, 559 U.S. 542, 546, 130 S. Ct. 1662, 1669 (2010). This

15 calculation results in a "presumptively reasonable" fee award. *Morales v. City of San Rafael*, 96

16 F.3d 359, 363-64 (9th Cir. 1996). The applicant bears the burden of proof to establish that its

17 hourly rate and hours expended are reasonable. *Hensley v. Eckerhart*, 461 U.S. 424, 437, 103 S.

18 Ct. 1933, 1941 (1983).

19     The services provided by SLR were necessary to the administration of this case and

20 beneficial at the time they were rendered. The rates charged by SLR are at or below the market

21 rate for attorneys of similar skill and experience. SLR incurred a total of $12,622.50 (31.65 hours)

22 in this matter, which is being billed to the estate.

23     The time spent by SLR on this matter was reasonable given the legal issues requiring

24 attention, the duration of the application period (three months), and the results obtained. Pursuant

25 to the lodestar analysis, the fees requested by SLR are "presumptively reasonable," and SLR

26

---

FINAL FEE APPLICATION OF COUNSEL FOR
TRUSTEE – 2

*SCHWEET LINDE & ROSENBLUM, PLLC*
575 S. MICHIGAN ST.
SEATTLE, WA 98108
P (206) 275-1010 F (206) 381-0101

1  believes they are also reasonable in-fact. Likewise, the costs requested were actual and necessary

2  expenses of the estate.

3      For these reasons, SLR respectfully requests the Court approve the application and enter

4  an order approving SLR's request for compensation and reimbursement of expenses.

5      DATED:  October  16, 2023.

6                          **SCHWEET LINDE & ROSENBLUM, PLLC**

7                          */s/ Thomas S. Linde*
8                          Thomas S. Linde, WSBA #14426
                           Michael M. Sperry, WSBA #43760
9                          Conner W. Morgan, WSBA #55697
                           Attorneys for Virginia Burdette, Chapter 7 Trustee

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

FINAL FEE APPLICATION OF COUNSEL FOR
TRUSTEE – 3

*SCHWEET LINDE & ROSENBLUM, PLLC*
575 S. MICHIGAN ST.
SEATTLE, WA 98108
P (206) 275-1010 F (206) 588-0101

Case 18-14536-MLB    Doc 528    Filed 10/17/23    Ent. 10/17/23 09:25:03    Pg. 3 of 22

## DECLARATION OF COUNSEL

1. I am one of the attorneys representing the Trustee in this matter. I am a custodian of the billing statements documenting the fees and costs incurred in connection with this matter. I have personal knowledge of the facts contained herein and am competent to testify thereto. This declaration is made pursuant to Local Bankr. R. 2016-1.

2. **Order Authorizing Employment:** The Court entered the Order Authorizing Employment of General Counsel for the Trustee, which approved SLR's employment, on December 22, 2021, at Dkt. 422.

3. **Prior Compensation**: This interim application for compensation and reimbursement of expenses is the second such application filed by SLR in this matter. This court previously approved SLR's first fee application on September 22, 2022 (ECF no. 490) and SLR received fees in the amount of $163,727.50 in fees and $7,272.44 in expenses as a result. In addition, this court approved SLR's second fee application on January 23, 2023 (ECF no. 513) and SLR received fees in the amount of $13,195.50 in fees and $25.50 in expenses as a result.

4. **Source of Payment:** SLR requests payment from the unencumbered finds in the bankruptcy estate ("Estate").

5. **Unencumbered Funds**: There are $325,524.01 in unencumbered funds in the estate.

6. **Other Professionals:** The Estate has employed the following other professionals in this case: Kary Krismer, as Realtor employed by the Trustee pursuant to an order dated February 10, 2022 (Dkt. 437), and Richard Ginnis as Accountant for the Trustee pursuant to an order dated April 6, 2022 (Dkt. 454).

7. **Relevant History and Issues of the Case:**

   The Debtor's case was filed as an individual Chapter 11 bankruptcy on November 28, 2018 (Dkt. 1). A Chapter 11 Plan was confirmed on April 8, 2020 (Dkt. 274.) The Debtor stipulated that the debt owed to the State of Washington was non-dischargeable

FINAL FEE APPLICATION OF COUNSEL FOR
TRUSTEE – 4

*SCHWEET LINDE & ROSENBLUM, PLLC*
575 S. MICHIGAN ST.
SEATTLE, WA 98108

Case 18-14536-MLB    Doc 528    Filed 10/17/23    Ent. 10/17/23 09:25:03    Pg. 4 of 22

(Dkt. 297). On July 29, 2020, the Chapter 11 case administratively closed without discharge. Following default on the Chapter 11 plan in 2021, the State of Washington moved to convert the Debtor's case to Chapter 7 (Dkt. 392). This Court entered the Order Granting Motion to Convert Case from Chapter 11 to 7 on December 17, 2021 (Dkt. 408), and appointed Trustee Burdette on the same day (Dkt. 409). SLR was employed by the Trustee as her counsel upon the Trustee's appointment following conversion, with SLR's employment formally approved on December 22, 2021 (Dkt. 422).

Prior to conversion, an adversary proceeding had been filed by the State of Washington under cause number 21-01041, seeking a determination that certain real property disclosed in Debtor's schedules and confirmed Chapter 11 Plan, an unencumbered home in Mukilteo, Washington, was the property of the bankruptcy Estate, and subject to administration by the Trustee. The State had further sought a determination that the recording of certain fee awards in favor of attorneys for the Debtor had been made in violation of the bankruptcy stay and were therefore void. Debtor's now former wife, Karen Eyman n/k/a Karen Williams, had intervened in the adversary proceeding, asserting that she had a separate property interest in the property. The Trustee, through SLR, obtained an order permitting the Trustee to intervene in the adversary proceeding, and participate in this Court addressing the summary judgment filed by the State. This Court ultimately ruled the property was at least 80% community property, and deferred ruling as to the character of the other 20% interest. (AP Dkt. 68).

After the summary judgment ruling, the Trustee, the State, Tim Eyman, Karen Williams, and Goodstein Law Group entered mediation through the Thomas T. Glover Mediation Program. That mediation ultimately resulted in an agreement whereby the Trustee could administer the real property with the agreement of parties, avoiding litigation that could have caused the administration to be drawn out or unsuccessful. The settlement

FINAL FEE APPLICATION OF COUNSEL FOR
TRUSTEE – 5

SCHWEET LINDE & ROSENBLUM, PLLC
575 S. MICHIGAN ST.
SEATTLE, WA 98108
P (206) 275-1010 F (206) 381-0101

Case 18-14536-MLB    Doc 528    Filed 10/17/23    Ent. 10/17/23 09:25:03    Pg. 5 of 22

was ultimately approved by this Court (Dkt. 483) and the real property was administered netting the estate $889,693.52 (Dkt. 485).

Following payment of SLR's first interim fee application, the Adversary Proceeding closed. SLR identified two assets of the Estate that warranted pursuit, namely 1) non-exempt funds of the debtor on deposit on the date of conversion, and 2) the non-exempt right to collect on a $411,000.00 debt owed to the Debtor.

Recovery of the funds on deposit initially proceeded via negotiation toward a payment-over-time turnover agreement, to be secured by a lien on the Debtor's vehicle. Ultimately, however, the debtor rendered the entire amount due to the Trustee in a lump sum payment in the amount of $21,407.90.

At his 341 meetings, the Debtor testified under oath that he loaned the sum of $500,000.00 to a PAC that he variously refers to as "Voters Want More Choices" and "Permanent Offense." Publicly available records corroborate that a loan was made by the Debtor to the PAC registered as Permanent Offense in 2018. Permanent Offense made payments on that loan to the debtor at various times during the pendency of the Chapter 11, totaling $89,000.00, according to financial reports filed in the Chapter 11, which coincide with reports filed by the PAC with the Public Disclosure Commission of Washington.

SLR sent a demand letter to the PAC leadership identified in the organization's PDC filings. The PAC hired counsel, who prepared a response to the demand. In response to certain legal and factual issues raised by this response, SLR performed additional research on the laws governing PACs, and into the publicly available filings of the PAC in question. Based on this research, SLR recommended that the Trustee abandon pursuit of the PAC. Additionally, based on the analysis provided in the Motion to Abandon (Dkt. 517).

FINAL FEE APPLICATION OF COUNSEL FOR TRUSTEE – 6

SCHWEET LINDE & ROSENBLUM, PLLC
575 S. MICHIGAN ST.
SEATTLE, WA 98108
(206) 223-8000 (206) 223-8001

Case 18-14536-MLB    Doc 528    Filed 10/17/23    Ent. 10/17/23 09:25:03    Pg. 6 of 22

## 8. Summary of Services Provided during Period Covered by Application[1]

| Category | Time | Expense | Total |
|---|---|---|---|
| Prior Fee Application | $3,442.50 | $0.00 | $3,442.50 |
| Work on Remaining Estate Assets | $6,730.00 | $188.00 | $6,918.00 |
| Court of Appeals Case Conclusion | $360.00 | $0.00 | $360.00 |
| Case Admin | $1,215.00 | $0.00 | $1,215.00 |
| Third Fee Application | $875.00 | $0.00 | $875.00 |
| **Total Fees Incurred** | $12,622.50 | | |
| **Total Expenses** | | $188.00 | |
| **Fees and Expenses Due** | | | **$12,810.50** |

**A. Second Interim Fee Application:** After December 15, 2022, SLR attorneys and staff continued efforts to review, finalize and file the second fee application. Due to the length of time and breadth of issues covered by the period in question, significant staff and attorney time was required to prepare the second fee application in the detail necessary. Fees associated with working on the Second Interim Fee Application total $3,442.50 Expenses of $0.00 are associated with this category. An itemized recitation of fees in this category is attached hereto as **Exhibit A**.

**B. Work on Remaining Estate Assets:** This category includes investigation of assets and research on legal issues related to Estate assets. This includes work associated with the non-exempt financial assets in possession of the debtor on the date of filing, and with evaluating and pursuing the $411,000.00 owed to the debtor as a result of a loan he made to a political action committee prior to his Chapter 11 filing in 2018. This category also includes the legal research conducted regarding potential pursuit of the Debtor's websites and campaign lists, and communications with the Debtor's attorneys regarding the same. Finally, this category includes work in obtaining an order of abandonment. Fees associated with working on the remaining estate assets total $6,730.00, and expenses in the amount

---

[1] SLR has endeavored to allocate each time entry to the most appropriate time category. Certain entries contain more than one type of entry, or could appropriately be characterized under more than one category.

FINAL FEE APPLICATION OF COUNSEL FOR
TRUSTEE – 7

*SCHWEET LINDE & ROSENBLUM, PLLC*
575 S. MICHIGAN ST.
SEATTLE, WA 98108
T (206) 275-1010; F (206) 589-0161

of $188.00. No expenses are associated with this category. An itemized recitation of fees in this category is attached hereto as **Exhibit B**.

C. <u>**Court of Appeals:**</u> This category includes work necessary to monitor and provide advice to the Trustee related to the ongoing appellate litigation between the Debtor and the State of Washington and the impact that said litigation had on the State of Washington's proof of claim in this above-captioned bankruptcy case. Fees associated with this total $360.00. No expenses are associated with this category. An itemized recitation of fees in this category is attached hereto as **Exhibit C**.

D. <u>**Case Administration:**</u> This category includes communications with client and parties about general case matters, and review of legal rulings associated with the debtor. It also communications with the Trustee regarding the same and regarding the balance if the Estate's account. Fees associated with case administration total $1,215.00. No expenses are associated with this category. An itemized recitation of fees in this category is attached hereto as **Exhibit D**.

E. <u>**Third Fee Application:**</u> This category includes communications and work necessary to draft and revise this Application and the related documents. Fees associated with case administration total $875.00, which is less than the actual amount of fees incurred to draft and revise this Application. When combined with the $11,747.50 in fees described in categories 8.A through 8.D, the total amount of fees incurred during the Application Period totals $12,622.50. No expenses are associated with this category.

9. <u>**Itemized Time Record of Services and Expenses**</u>: Between December 15, 2022, and May 31, 2023, (the "Application Period"), SLR performed substantial work on behalf of the Trustee and the bankruptcy estate. Attached and incorporated herein as **Exhibits A-D** are true and correct copies of SLR's itemized time record of services for which this award of compensation is sought, broken down by categories consistent with those described in section 8, above. Time records have been redacted to remove work product or attorney-client privileged information. <u>**Inclusion of unredacted attorney-client privileged or**</u>

FINAL FEE APPLICATION OF COUNSEL FOR
TRUSTEE – 8

*SCHWEET LINDE & ROSENBLUM, PLLC*
575 S. MICHIGAN ST.
SEATTLE, WA 98108
(206) 29-1500 (206) 223-0800

Case 18-14536-MLB    Doc 528    Filed 10/17/23    Ent. 10/17/23 09:15:00    Pg. 8 of 22

**work product information does not constitute waiver of such privilege and is intended only to assist the Court in reviewing this fee application**.

10. No further assets are expected to be recovered after the Trustee obtained an Order Abandoning Property of the Estate, other than the cash asset in the estate's bank account. (Dkt. 522)

11. The persons that may be referenced in the records and the hourly rate of each person are summarized in the chart below:

| Name | Position | Hourly Rate |
|------|----------|-------------|
| Thomas S. Linde | Partner | $450 |
| Michael M. Sperry | Partner | $450 |
| Latife H. Neu | Of Counsel | $450 |
| Conner W. Morgan | Associate | $350 |
| Karen L. Linde | Paralegal | $150 |
| Ali A. Small | Paralegal | $150 |

12. SLR has spent a total of 32.35 hours of time on the case during the period covered by this Application, of which 31.65 hours are being billed to the estate. The total amount of fee compensation for which approval is requested is $12,622.50.

13. **Reimbursement of Expenses:** SLR seeks reimbursement of expenses in the amount of $188.00.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

FINAL FEE APPLICATION OF COUNSEL FOR
TRUSTEE – 9

*SCHWEET LINDE & ROSENBLUM, PLLC*
575 S. MICHIGAN ST.
SEATTLE, WA 98108
P (206) 275-1010 F (206) 381-0101

Case 18-14536-MLB    Doc 528    Filed 10/17/23    Ent. 10/17/23 09:25:03    Pg. 9 of 22

14. **Services Remaining to be Rendered:** Following the entry of an order related to this Application, SLR anticipates that its services will no longer be necessary given that the Trustee has abandoned pursuit of the Debtor's remaining non-exempt assets. See Order Abandoning Property or the Estate. (Dkt. 522).

**I declare under the penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.**

Signed and dated this 16th day of October, 2023 at Seattle, Washington.

/s/ Thomas S, Linde
Thomas S. Linde, WSBA #14426

FINAL FEE APPLICATION OF COUNSEL FOR
TRUSTEE – 10

SCHWEET LINDE & ROSENBLUM, PLLC
575 S. MICHIGAN ST.
SEATTLE, WA 98108

Case 18-14536-MLB    Doc 528    Filed 10/17/23    Ent. 10/17/23 09:25:03    Pg. 10 of 22

6/21/2023

6/21/2023
9:19 AM

Schweet Linde & Rosenblum, PLLC
Slip Listing

Page    2

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | Timekeeper<br>Activity<br>Client<br>Reference | Units<br>DNB Time | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|
| 548079<br>12/21/2022<br>Billed<br>Communication with client ███<br>███████████ Finalize<br>motion, Proposed order, and Exhibits to ███<br>██████. | TIME<br><br>G:20143868 1/5/2023 | Latife<br>Time<br>BurdetteVirgina.Eyman | 0.50<br>0.00 | 450.00<br>T | 225.00 |
| 548091<br>12/21/2022<br>Billed<br>Conference with L. Neu regarding ███<br>████████████████ | TIME<br><br>G:20143868 1/5/2023 | Tom<br>Time<br>BurdetteVirgina.Eyman | 0.10<br>0.00 | 450.00<br>T | 45.00 |
| 548100<br>12/21/2022<br>Billed<br>Continue review and revision to pleadings in support<br>of second application for approval of fees and costs | TIME<br><br>G:20143868 1/5/2023 | Tom<br>Time<br>BurdetteVirgina.Eyman | 0.75<br>0.00 | 450.00<br>T | 337.50 |
| 548102<br>12/21/2022<br>Billed<br>Conference with Latife Neu regaiding ███<br>███████████ | TIME<br><br>G:20143868 1/5/2023 | Tom<br>Time<br>BurdetteVirgina.Eyman | 0.20<br>0.00 | 450.00<br>T | 90.00 |
| 548222<br>12/22/2022<br>Billed<br>Review of draft motion for interim disbursement, and<br>email to trustee regarding ████████ | TIME<br><br>G:20143868 1/5/2023 | Michael<br>Time<br>BurdetteVirgina.Eyman | 0.30<br>0.00 | 450.00<br>T | 135.00 |
| 548243<br>12/22/2022<br>Billed<br>Communication w office of client regarding<br>████████████████ | TIME<br><br>G:20143868 1/5/2023 | Latife<br>Time<br>BurdetteVirgina.Eyman | 0.50<br>0.00 | 450.00<br>T | 225.00 |
| 548257<br>12/22/2022<br>Billed<br>Review additional pleadings prepared by Chapter 7<br>trustee in support of applications to pay various<br>administrative expenses | TIME<br><br>G:20143868 1/5/2023 | Tom<br>Time<br>BurdetteVirgina.Eyman | 0.60<br>0.00 | 450.00<br>T | 270.00 |

Schweet Linde & Rosenblum, PLLC

6/21/2023
9:19 AM

Slip Listing

Page    3

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | | Timekeeper<br>Activity<br>Client<br>Reference | Units<br>DNB Time | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|---|
| 548261<br>12/22/2022<br>Billed<br>Conference with L. Neu regarding ██████ | TIME<br><br>G:20143868 | <br><br>1/5/2023 | Tom<br>Time<br>BurdetteVirgina.Eyman | 0.20<br>0.00 | 450.00<br>T | 90.00 |
| 548382<br>12/27/2022<br>Billed<br>Calendar upcoming required hearing dates and<br>responsive deadlines for attorney | TIME<br><br>G:20143868 | <br><br>1/5/2023 | Ali<br>Time<br>BurdetteVirgina.Eyman | 0.20<br>0.00 | 150.00<br>T | 30.00 |
| 550702<br>1/19/2023<br>Billed<br>Advise bankruptcy court of no objections; Upload<br>Order regarding same | TIME<br><br>G:20144494 | <br><br>2/6/2023 | Karen<br>Time<br>BurdetteVirgina.Eyman | 0.40<br>0.00 | 150.00<br>T | 60.00 |

| Grand Total | | |
|---|---|---|
| Billable | 8.05 | 3442.50 |
| Unbillable | 0.00 | 0.00 |
| Total | 8.05 | 3442.50 |

6/21/2023

6/21/2023
9:15 AM

Schweet Linde & Rosenblum, PLLC
Slip Listing

Page    2

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | Timekeeper<br>Activity<br>Client<br>Reference | Units<br>DNB Time | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 548370<br>12/23/2022<br>Billed              G:20143868              1/5/2023<br>Conference with Michael Sperry regarding<br>████████████████████ ███ | Tom<br>Time<br>BurdetteVirgina.Eyman | 0.30<br>0.00 | 450.00<br>T | 135.00 |
| 549078<br>12/23/2022<br>Billed              G:20143868              1/5/2023<br>Continue legal research regarding ████████<br>████████████████████ | Conner<br>Time<br>BurdetteVirgina.Eyman | 1.40<br>0.00 | 350.00<br>T | 490.00 |
| 549330<br>1/3/2023<br>Billed              G:20144494              2/6/2023<br>Review emails from Virginia Burdette and L. Neu<br>regarding █████████████████████<br>███████ | Tom<br>Time<br>BurdetteVirgina.Eyman | 0.15<br>0.00 | 450.00<br>T | 67.50 |
| 549529<br>1/3/2023<br>Billed              G:20144494              2/6/2023<br>Prepare communication ███████████████<br>████████ . | Latife<br>Time<br>BurdetteVirgina.Eyman | 0.40<br>0.00 | 450.00<br>T | 180.00 |
| 550033<br>1/10/2023       1:47 PM<br>Billed              G:20144494              2/6/2023<br>Conference with T. Linde and M. Sperry regarding<br>██████████████ emails to and from T. Linde and M.<br>Sperry regarding ████ | Conner<br>Time<br>BurdetteVirgina.Eyman | 0.60<br>0.00 | 350.00<br>T | 210.00 |
| 550043<br>1/10/2023<br>Billed              G:20144494              2/6/2023<br>Conference with M. Sperry and C. Morgan<br>regarding ████████████████████ | Tom<br>Time<br>BurdetteVirgina.Eyman | 0.40<br>0.00 | 450.00<br>T | 180.00 |
| 551244<br>1/25/2023<br>Billed              G:20144494              2/6/2023<br>Telephone call with M. Sperry regarding ██████<br>████████████████████ | Conner<br>Time<br>BurdetteVirgina.Eyman | 0.10<br>0.00 | 350.00<br>T | 35.00 |

6/21/2023
9:15 AM

Schweet Linde & Rosenblum, PLLC
Slip Listing

| Slip ID | | Timekeeper | Units | Rate | Slip Value |
|---|---|---|---|---|---|
| Dates and Time | | Activity | DNB Time | Rate Info | |
| Posting Status | | Client | | Bill Status | |
| Description | | Reference | | | |
| 551487 | TIME | Conner | 0.80 | 350.00 | 280.00 |
| 1/26/2023 | 2:54 PM | Time | 0.00 | T | |
| Billed | G:20144494    2/6/2023 | BurdetteVirgina.Eyman | | | |
| Continue legal research regarding ██████████ | | | | | |
| ███████████████████ | | | | | |
| emails to and from T. Linde and M. Sperry regarding | | | | | |
| ███████████████ | | | | | |
| 552081 | TIME | Conner | 0.50 | 350.00 | 175.00 |
| 1/27/2023 | | Time | 0.00 | T | |
| Billed | G:20144494    2/6/2023 | BurdetteVirgina.Eyman | | | |
| Conference with M. Sperry regarding | | | | | |
| ████████████████ | | | | | |
| 552077 | TIME | Conner | 0.10 | 350.00 | 35.00 |
| 1/31/2023 | | Time | 0.00 | T | |
| Billed | G:20144494    2/6/2023 | BurdetteVirgina.Eyman | | | |
| Conference with M. Sperry regarding ██████ | | | | | |
| ███████████████ | | | | | |
| 553457 | TIME | Conner | 4.10 | 350.00 | 1435.00 |
| 2/10/2023 | 12:50 PM | Time | 0.00 | T | |
| Billed | G:20145162    3/6/2023 | BurdetteVirgina.Eyman | | | |
| Draft e-memo to T. Linde and M. Sperry regarding | | | | | |
| █████████████████; Conduct related | | | | | |
| legal research ████████████ | | | | | |
| 553952 | TIME | Tom | 0.30 | 450.00 | 135.00 |
| 2/15/2023 | | Time | 0.00 | T | |
| Billed | G:20145162    3/6/2023 | BurdetteVirgina.Eyman | | | |
| Conference with M. Sperry regarding █ | | | | | |
| ██████████████ | | | | | |
| 554050 | TIME | Tom | 0.40 | 450.00 | 180.00 |
| 2/16/2023 | | Time | 0.00 | T | |
| Billed | G:20145162    3/6/2023 | BurdetteVirgina.Eyman | | | |
| Conference with Virginia Burdette and M. Sperry | | | | | |
| regarding ████████████████ | | | | | |
| 555565 | TIME | Tom | 0.25 | 450.00 | 112.50 |
| 2/28/2023 | | Time | 0.00 | T | |
| Billed | G:20145162    3/6/2023 | BurdetteVirgina.Eyman | | | |

# Exhibit B, Page 4 of 5

6/21/2023
9:15 AM

Schweet Linde & Rosenblum, PLLC
Slip Listing

Page    4

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | Timekeeper<br>Activity<br>Client<br>Reference | Units<br>DNB Time | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| Conference with Michael Sperry regarding ███████ ████████ | | | | |
| 555564<br>3/1/2023<br>Billed          G:20145824          4/6/2023<br>Review draft letter to debtor's counsel regarding<br>remaining assets of estate | Tom<br>Time<br>BurdetteVirgina.Eyman | 0.20<br>0.00 | 450.00<br>T | 90.00 |
| 555570<br>3/1/2023<br>Billed          G:20145824          4/6/2023<br>Draft letter to debtor's attorney regarding possible<br>purchase of website from estate (.4) ███ email to<br>client ████████████ (no charge). | Michael<br>Time<br>BurdetteVirgina.Eyman | 0.40<br>0.00 | 450.00<br>T | 180.00 |
| 555753<br>3/3/2023<br>Billed          G:20145824          4/6/2023<br>Finalize letter to debtor's attorney regarding<br>potential sale of website, and coordinate<br>transmission of same. | Michael<br>Time<br>BurdetteVirgina.Eyman | 0.20<br>0.00 | 450.00<br>T | 90.00 |
| 563054<br>5/1/2023<br>Billed          G:20147220          6/6/2023<br>Begin work on drafting motion to abandon and<br>related documents. | Michael<br>Time<br>BurdetteVirgina.Eyman | 1.10<br>0.00 | 450.00<br>T | 495.00 |
| 563300<br>5/2/2023<br>Billed          G:20147220          6/6/2023<br>Complete initial draft of motion to abandon, ████<br>email to client ████████████ | Michael<br>Time<br>BurdetteVirgina.Eyman | 0.70<br>0.00 | 450.00<br>T | 315.00 |
| 563336<br>5/3/2023<br>Billed          G:20147220          6/6/2023<br>Finalize motion to abandon remaining assets and<br>related documents. | Michael<br>Time<br>BurdetteVirgina.Eyman | 0.70<br>0.00 | 450.00<br>T | 315.00 |
| 563361<br>5/3/2023<br>Billed          G:20147220          6/6/2023<br>Prepared Mailing of Notice of Motion for<br>Authorization to Abandon Property; Send notices by<br>regular mail to mailing matrix in the case | Karen<br>Time<br>BurdetteVirgina.Eyman | 0.50<br>0.00 | 150.00<br>T | 75.00 |

Schweet Linde & Rosenblum, PLLC
Slip Listing

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | Timekeeper<br>Activity<br>Client<br>Reference | | Units<br>DNB Time | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|---|
| 565060<br>5/18/2023<br>Billed | TIME<br><br>G:20147220 | Michael<br>Time<br>BurdetteVirgina.Eyman | <br><br>6/6/2023 | 0.20<br>0.20 | 450.00<br>T<br>No Charge | 90.00 |
| Revise proposed order to final order, and file same with court after striking hearing on motion to abandon. | | | | | | |
| 566077<br>5/26/2023<br>Billed | TIME<br><br>G:20147220 | Michael<br>Time<br>BurdetteVirgina.Eyman | <br><br>6/6/2023 | 0.20<br>0.00 | 450.00<br>T | 90.00 |
| Review of status of case after abandonment order, email to client | | | | | | |

| Grand Total | | | | | | |
|---|---|---|---|---|---|---|
| | | Billable | | 17.60 | | 6730.00 |
| | | Unbillable | | 0.20 | | 90.00 |
| | | Total | | 17.80 | | 6820.00 |

---

Selection Criteria

---

| Slip.Selection | Include: 548948; 550199; 550200; 556007; 566082; 566368 |
| Slip.Classification | Open |

Rate Info - identifies rate source and level

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | Timekeeper<br>Activity<br>Client<br>Reference | Units<br>DNB Time | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 548948<br>12/30/2022<br>Billed          G:20143868<br>Email to State regarding claim adjustments from GLG and requesting the State address its claim given COA opinion altering judgment underlying State's claim. | TIME<br>Time<br>1/5/2023 BurdetteVirgina.Eyman | 0.10<br>0.00 | 450.00<br>T | 45.00 |
| 550199<br>1/12/2023<br>Billed          G:20144494<br>Review email from Susan Edison regarding status of proof of claim in light of recent ruling of Court of Appeals | TIME<br>Time<br>2/6/2023 BurdetteVirgina.Eyman | 0.20<br>0.00 | 450.00<br>T | 90.00 |
| 550200<br>1/12/2023<br>Billed          G:20144494<br>Email to Michael Sperry and L. Neu regarding ▮▮▮ | TIME<br>Time<br>2/6/2023 BurdetteVirgina.Eyman | 0.10<br>0.00 | 450.00<br>T | 45.00 |
| 556007<br>3/6/2023<br>Billed          G:20145824<br>Review of order denying Eyman's request for reconsideration at Div II COA, ▮▮ email to client ▮▮▮▮▮ | TIME<br>Time<br>4/6/2023 BurdetteVirgina.Eyman | 0.20<br>0.20 | 450.00<br>T<br>No Charge | 90.00 |
| 566082<br>5/26/2023<br>Billed          G:20147220<br>Email to State regarding checking to see if claim needs to be amended. | TIME<br>Time<br>6/6/2023 BurdetteVirgina.Eyman | 0.10<br>0.00 | 450.00<br>T | 45.00 |
| 566368<br>5/30/2023<br>Billed          G:20147220<br>Call from the State regarding status of final payments and possible need to amend proof of claim. (.2) email to client ▮▮▮▮▮ ▮▮▮▮▮ (.1) | TIME<br>Time<br>6/6/2023 BurdetteVirgina.Eyman | 0.30<br>0.00 | 450.00<br>T | 135.00 |

6/21/2023
10:07 AM

Schweet Linde & Rosenblum, PLLC
Slip Listing

Page        2

| Slip ID Dates and Time Posting Status Description | Timekeeper Activity Client Reference | Units DNB Time | Rate Rate Info Bill Status | Slip Value |
|---|---|---|---|---|
| Grand Total | | | | |
| | Billable | 0.80 | | 360.00 |
| | Unbillable | 0.20 | | 90.00 |
| | Total | 1.00 | | 450.00 |

6/21/2023

Schweet Linde & Rosenblum, PLLC
Slip Listing

6/21/2023
9:04 AM

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | Timekeeper<br>Activity<br>Client<br>Reference | | Units<br>DNB Time | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|---|
| 553438<br>2/10/2023<br>Billed<br>Call from S. Edison regarding status of asset<br>administration and claim issues. | G:20145162 | Michael<br>Time<br>3/6/2023 BurdetteVirgina.Eyman | TIME | 0.20<br>0.00 | 450.00<br>T | 90.00 |
| 553953<br>2/15/2023<br>Billed<br>Conference to office of Virginia Burdette ███ | G:20145162 | Tom<br>Time<br>3/6/2023 BurdetteVirgina.Eyman | TIME | 0.05<br>0.00 | 450.00<br>T | 22.50 |
| 559716<br>4/5/2023<br>Billed<br>Conference with M. Sperry regardiing ████████<br>███████████████████ | G:20146542 | Tom<br>Time<br>5/4/2023 BurdetteVirgina.Eyman | TIME | 0.25<br>0.00 | 450.00<br>T | 112.50 |
| 559992<br>4/5/2023<br>Billed<br>Review of correspondence with L. Feisntein<br>regarding domain ownership and review of research<br>regarding same (.5) email to VAB ███████<br>███████████████ (.4) | G:20146542 | Michael<br>Time<br>5/4/2023 BurdetteVirgina.Eyman | TIME | 0.90<br>0.00 | 450.00<br>T | 405.00 |

| | | | | | |
|---|---|---|---|---|---|
| Grand Total | | | | | |
| | Billable | 2.70 | | 1215.00 |
| | Unbillable | 0.00 | | 0.00 |
| | Total | 2.70 | | 1215.00 |