IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re<br><br>TIMOTHY DONALD EYMAN,<br><br>Debtor. | Case No.: 18-14536-MLB<br><br>ORDER ON FINAL APPLICATION FOR COMPENSATION FILED BY SCHWEET, LINDE & ROSENBLUM PLLC, FKA SCHWEET, LINDE & COULSON PLLC, COUNSEL FOR THE CHAPTER 7 TRUSTEE |

THIS MATTER having come before the Honorable Marc L. Barreca on the Final Application for Compensation and Reimbursement of Expenses (Dkt. 528) by Schweet, Linde & Rosenblum PLLC, previously known as Schweet Linde & Coulson PLLC ("SLR"), for fees and expenses incurred between December 15, 2022, and May 31, 2023. The Court finds that notice of the above referenced fee application was timely given to all creditors and interested parties listed on the master mailing matrix and, and on that basis notice of the fee application was in compliance with the Bankruptcy Code and Rules. The Court has reviewed the above-referenced fee

[PROPOSED] ORDER APPROVING APPLICATION FOR COMPENSATION – 1

*Schweet Linde & Rosenblum, PLLC*
575 S. Michigan St.
Seattle, WA 98108
P (206) 275-1010 F (206) 381-0101

Case 18-14536-MLB    Doc 532    Filed 11/16/23    Ent. 11/16/23 14:02:02    Pg. 1 of 2

application, and declaration, evidence, and argument thereon, and deems itself fully informed on this matter to rule as follows. NOW, THEREFORE, it is hereby ORDERED:

1. The Court approves in full the application for fees requested by SLR in the amount of $12,622.50 and expenses in the amount of $188.00 pursuant to 11 U.S.C. §330(a);
2. The approved fees and expenses are entitled to treatment as a Chapter 7 Administrative Claim pursuant to 11 U.S.C. §503(b)(2);
3. The Trustee is authorized at this time to disburse the following amounts from the funds on hand in the estate: $12,622.50 for fees to SLR; and
4. The Trustee is authorized at this time to disburse the following amounts from the funds on hand in the estate: $188.00 for expenses to SLR.

///END OF ORDER///

Presented By:

**SCHWEET LINDE & ROSENBLUM, PLLC**

<u>**/s/ Thomas S. Linde**</u>
Thomas S. Linde, WSBA #14426
Michael M. Sperry, WSBA #43760
Conner W. Morgan, WSBA #55697
Attorneys for Virginia Burdette, Chapter 7 Trustee

[PROPOSED] ORDER APPROVING APPLICATION FOR COMPENSATION – 2

*SCHWEET LINDE & ROSENBLUM, PLLC*
575 S. MICHIGAN ST.
SEATTLE, WA 98108
P (206) 275-1010 F (206) 381-0101

Case 18-14536-MLB    Doc 532    Filed 11/16/23    Ent. 11/16/23 14:02:02    Pg. 2 of 2