| | The Honorable: Marc Barreca |
| --- | --- |
| | Chapter 7 |
| | Location: via ZoomGov |
| | Hearing Date: / /2022 |
| | Hearing Time: 10:00 a.m. |
| | Response Date: / /2022 |

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WASHINGTON
### SEATTLE DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| Timothy Donald Eyman | § | Case No. 18-14536 |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Virginia Andrews Burdette, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 419,922.00 *(Without deducting any secured claims)* | Assets Exempt: 476,758.00 |
| Total Distributions to Claimants: 320,776.81 | Claims Discharged Without Payment: 8,372,478.51 |
| Total Expenses of Administration: 607,115.09 | |

3) Total gross receipts of $927,891.90 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $927,891.90 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $NA | $NA | $NA | $NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 238,979.50 | 270,888.59 | 270,888.59 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | 336,226.50 | 336,226.50 | 336,226.50 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 3,177,000.00 | 5,593,255.32 | 5,593,255.32 | 320,776.81 |
| **TOTAL DISBURSEMENTS** | $3,177,000.00 | $6,168,461.32 | $6,200,370.41 | $927,891.90 |

4) This case was originally filed under chapter 11 on 11/28/2018, and it was converted to chapter 7 on 12/17/2021. The case was pending for 25 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/17/2024     By:/s/Virginia Andrews Burdette
                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 11913 59Th Ave W Mukilteo Wa 98275-0000 | 1110-000 | 906,484.00 |
| Bank Of America Amounts In 4 Accounts Listed In Declaration. Represents Gifts All Post-Petition. | 1129-000 | 20,764.17 |
| PayPal Account credit balance | 1229-000 | 643.73 |
| **TOTAL GROSS RECEIPTS** | | **$927,891.90** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$NA** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | | **$NA** | **$NA** | **$NA** | **$NA** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| VIRGINIA A BURDETTE | 2100-000 | NA | 17,735.51 | 49,644.60 | 49,644.60 |
| VIRGINIA A BURDETTE | 2200-000 | NA | 62.65 | 62.65 | 62.65 |
| International Sureties LTD | 2300-000 | NA | 291.73 | 291.73 | 291.73 |
| PS Wanda Reif Nuxoll | 2500-000 | NA | 1,550.00 | 1,550.00 | 1,550.00 |
| Axos Bank | 2600-000 | NA | 5,670.17 | 5,670.17 | 5,670.17 |
| Snohomish County | 2820-000 | NA | 15,240.42 | 15,240.42 | 15,240.42 |
| UNITED STATES TRUSTEE | 2950-000 | NA | 249.58 | 249.58 | 249.58 |
| Schweet Linde & Rosenblum, PLLC | 3210-000 | NA | 189,545.50 | 189,545.50 | 189,545.50 |
| Schweet Linde & Rosenblum, PLLC | 3220-000 | NA | 7,485.94 | 7,485.94 | 7,485.94 |
| Richard N. Ginnis, CPA | 3410-000 | NA | 1,141.00 | 1,141.00 | 1,141.00 |
| Richard N. Ginnis, CPA | 3420-000 | NA | 7.00 | 7.00 | 7.00 |
| Kary L. Krismer | 3510-000 | NA | 0.00 | 0.00 | 0.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $NA | $238,979.50 | $270,888.59 | $270,888.59 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Other Prior Chapter Professional Fees: GOODSTEIN LAW GROUP PLLC | 6700-000 | NA | 328,114.00 | 328,114.00 | 328,114.00 |
| Other Prior Chapter Professional Fees: Larry B. Feinstein | 6700-000 | NA | 8,112.50 | 8,112.50 | 8,112.50 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $NA | $336,226.50 | $336,226.50 | $336,226.50 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | 0.00 | NA | NA | 0.00 |
| | Internal Revenue Service, PO Box 7346 Philadelphia, PA 19101-7346 | | 0.00 | NA | NA | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | State of Washington Attorney, General's Office Attn: Linda Dalton PO Box 40100 Olympia, WA 98504-0100 | | 0.00 | NA | NA | 0.00 |
| | State of Washington Attorney, General's Office Attn: Linda Dalton PO Box 40100 Olympia, WA 98504-0100 | | 0.00 | NA | NA | 0.00 |
| | State of Washington Attorney, General's Office Attn: Linda Dalton PO Box 40100 Olympia, WA 98504-0100 | | 1,000,000.00 | NA | NA | 0.00 |
| | State of Washington Attorney, General's Office Attn: Linda Dalton PO Box 40100 Olympia, WA 98504-0100 | | 2,100,000.00 | NA | NA | 0.00 |
| 6 | GOODSTEIN LAW GROUP PLLC | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 1 | KLINEDINST PC | 7100-000 | 77,000.00 | 63,858.83 | 63,858.83 | 3,662.35 |
| 2 | The Washington State Treasurer | 7100-000 | NA | 5,529,396.49 | 5,529,396.49 | 317,114.46 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $3,177,000.00 | $5,593,255.32 | $5,593,255.32 | $320,776.81 |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit 8

| Case No: | 18-14536 | MLB | Judge: | Marc Barreca | Trustee Name: | Virginia Andrews Burdette |
|---|---|---|---|---|---|---|
| Case Name: | Timothy Donald Eyman | | | | Date Filed (f) or Converted (c): | 12/17/2021 (c) |
| | | | | | 341(a) Meeting Date: | 01/25/2022 |
| For Period Ending: | 01/17/2024 | | | | Claims Bar Date: | 03/25/2022 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 11913 59Th Ave W Mukilteo Wa 98275-0000 Snohomish | 950,000.00 | 390,835.60 | | 906,484.00 | FA |
| 2. 2013 Ford Explorer Primarily Driven By Debtor | 2,000.00 | 0.00 | | 0.00 | FA |
| 3. 2013 Mercedes C300 Non-Filing Spouse, Registered In Her Name Only | 6,000.00 | 6,000.00 | OA | 0.00 | FA |
| 4. 2012 Chrysler Touring 200 Son's Car. Gift Post-Confirmation In 2020. | 2,000.00 | 2,000.00 | OA | 0.00 | FA |
| 5. All Household Goods, Furnishings, Appliances, Of The Family. Mostly Still At Home In Mukilteo. Some At Current Residence ( Lq Apartment) | 6,785.00 | 285.00 | OA | 0.00 | FA |
| 6. Musical Instruments - Piano And Trombone | 70.00 | 70.00 | OA | 0.00 | FA |
| 7. Iphone (Debtor) | 300.00 | 0.00 | | 0.00 | FA |
| 8. Books, Knick Knacks, And Other Keepsakes | 45.00 | 0.00 | OA | 0.00 | FA |
| 9. Clothing And Accessories | 900.00 | 0.00 | OA | 0.00 | FA |
| 10. Jewelry, Including Wedding Rings Of Debtor And Non-Debtor Spouse | 700.00 | 0.00 | OA | 0.00 | FA |
| 11. Cats And Pet-Related Items | 20.00 | 20.00 | | 0.00 | FA |
| 12. Cash | 27.00 | 27.00 | | 0.00 | FA |
| 13. Bank Of America Amounts In 4 Accounts Listed In Declaration. Represents Gifts All Post-Petition. | 10,618.00 | 10,618.00 | | 20,764.17 | FA |
| 14. Tim Eyman, Watchdog For Taxpayers, Llc Closed In December 2018 100% Ownership | 0.00 | 0.00 | | 0.00 | FA |
| 15. IRA Pershing - Debtor | 192,064.00 | 0.00 | | 0.00 | FA |
| 16. IRA Pershing - Non-Debtor Spouse | 92,414.00 | 0.00 | | 0.00 | FA |
| 17. Carol Williams-Rental Security Deposit | 3,500.00 | 500.00 | | 0.00 | FA |
| 18. Personal Loan To Permanent Offense | 411,000.00 | 411,000.00 | OA | 0.00 | FA |
| 19. Home Office Furniture And Supplies | 70.00 | 0.00 | OA | 0.00 | FA |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit 8

| Case No: | 18-14536 | MLB | Judge: | Marc Barreca | Trustee Name: | Virginia Andrews Burdette |
| Case Name: | Timothy Donald Eyman | | | | Date Filed (f) or Converted (c): | 12/17/2021 (c) |
| | | | | | 341(a) Meeting Date: | 01/25/2022 |
| For Period Ending: | 01/17/2024 | | | | Claims Bar Date: | 03/25/2022 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 20. Current Computer | 200.00 | 0.00 | | 0.00 | FA |
| 21. Computer Monitor | 20.00 | 0.00 | | 0.00 | FA |
| 22. Copier | 75.00 | 0.00 | | 0.00 | FA |
| 23. Electronic equipment and accessories | 3,050.00 | 20.00 | | 0.00 | FA |
| 24. Void-Former Ch. 11 Asset (u) | 0.00 | N/A | | 0.00 | FA |
| 25. Void-Former Ch. 11 Asset (u) | 0.00 | N/A | | 0.00 | FA |
| 26. Void-Former ch. 11 Asset (u) | 0.00 | N/A | | 0.00 | FA |
| 27. Void-Former Ch. 11 Asset (u) | 0.00 | N/A | | 0.00 | FA |
| 28. Old Computer and Fax Machine | 40.00 | 0.00 | | 0.00 | FA |
| 29. Coats | 350.00 | 0.00 | OA | 0.00 | FA |
| 30. Shoes | 50.00 | 0.00 | OA | 0.00 | FA |
| 31. PayPal Account credit balance (u) | 643.73 | 643.73 | | 643.73 | FA |
| 32. possible interest in website "URL" permanentoffense.com (u) | Unknown | 0.00 | OA | 0.00 | FA |
| 33. Political Donor List maintained by Debtor (u) | Unknown | 0.00 | OA | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $1,682,941.73   $822,019.33   $927,891.90   $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

5.2.23 G.C. preparing motion to abandon all assets of the estate that are not the funds on deposit in the estate's bank account
8.9.22 G.C. letter to Permanent Offense
9.13.22 re: turnover settlement of bank accounts-Dtr to provide original title to Ford Explorer and signed/notarized Title Application for Trustee to sign
5.25.22 Obj to Exemptions in Bank Accounts
2.16.22 State of Washington objected to exemptions on homestead, bank accounts/security deposits, IRA and vehicles
2.12.22 Order authorizing employment of realtor- Krismer
2.3.21 Kary Krismer to possibly determine current market value of Mukilteo property

Exhibit 8

| | | | |
|---|---|---|---|
| RE PROP # | 1 | -- | did not aquire within 1,215 days of filing<br>Post conversion schedules exempt 100% of fair market value, up to any applicable statutory limit; claiming homestead exemption of more than $160,375<br>2/7/22 Obj to exemptions filed-disallowing or fixing at $125k<br>Summary Judgment: 80% interest is community property; 20% Karen Eyman can claim seperate interest ($250k based on Kary's valuation)<br>Kary Krismer Valuation =$1,250,000.00<br>Motion for Settlement/abandonment/sale to Karen Williams for $906,484.00. Order Entered 8/5/22 Dkt. 483 |
| RE PROP # | 2 | -- | Collateral on Turnover plan (payments of $900 month x12months + $10,607.90 balloon payment due by 9/15/23) re: assets # 13 4 BOA accounts & 31 paypal accounts<br>VIN: 1FM5K8F82DGA50807 |
| RE PROP # | 5 | -- | Exemption of $285 claimed under W.R.C. (1)(d)(ii) denied _472 |
| RE PROP # | 13 | -- | Turnover settlement: (beginning 9/15/22 payments of $900 month x12months + $10,607.90 balloon payment due by 9/1/23) re: assets # 13 4 BOA accounts & 31 paypal accounts<br><br>Declaration lists: Bank of America Accounts: 0371=$3,910.70, 7436 =$1,459.01, 7465 =$5,134.21 and 2926 =$114.74<br><br>Original scheules list: Bank of America: Joint Checking =$198,340.97, Joint Savings =$3,675.47, Joint Savings =$0.22, Heritage Bank Checking-legal fund =$0.00, Heritage Bank Checking =$54,887.37, Key Bank Checking -Legal Fund = $0.00, and Key Bank Checking = $104,746.61<br>472_Order Entered-Exemption denied |
| RE PROP # | 17 | -- | 472_Exemption Awarded $3,000 |
| RE PROP # | 18 | -- | Originally listed as Personal Loan to VOTERS WANT MORE CHOICES-30TABS.com-GIVETHEMNOTHING.COM $500,000.00<br>personal loan to PAC registeres as Permanent Offense<br>Demand letter 8/9/22<br>522_Order Abandon |
| RE PROP # | 23 | -- | Listed on original schedules: 5 TVs $800, VCR $20, Laptop Computer $50, Xbox $30, IPhone XS (Debtor) $800, IPhone 7 (Spouse) $200, IPhone 7 (Daughter) $200, IPhone XS (Son) $800, IPhone 6 (Son) $150. |
| RE PROP # | 24 | -- | retainer |
| RE PROP # | 25 | -- | retainer |
| RE PROP # | 26 | -- | retainer |
| RE PROP # | 27 | -- | P.I. Claim |
| RE PROP # | 28 | -- | Listed on Original Schedules $20.00 each |
| RE PROP # | 29 | -- | Listed on Original Schedules |
| RE PROP # | 30 | -- | Listed on Original Schedules |
| RE PROP # | 31 | -- | listed in supplement to declaration-post conversion schedules_430<br><br>Turnover settlement: (beginning 9/15/22 payments of $900 month x12months + $10,607.90 balloon payment due by 9/15/23) re: assets # 13 4 BOA accounts & 31 paypal accounts |
| RE PROP # | 32 | -- | 522_Order Abandon |
| RE PROP # | 33 | -- | 522_Order Abandon |

Exhibit 8

Initial Projected Date of Final Report (TFR): 12/21/2022    Current Projected Date of Final Report (TFR): 07/01/2023

Exhibit 8

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 18-14536 | Trustee Name: | Virginia Andrews Burdette |
| Case Name: | Timothy Donald Eyman | Bank Name: | Axos Bank |
| | | Account Number/CD#: | XXXXXX1271 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX2810 | Blanket Bond (per case limit): | $65,000,000.00 |
| For Period Ending: | 01/17/2024 | Separate Bond (if applicable): | |

Exhibit 9

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/28/22 | | Law Office Wanda Nuxoll | sale of real property | | $889,693.58 | | $889,693.58 |
| | | | Gross Receipts  $906,484.00 | | | | |
| | | PS Wanda Reif Nuxoll | title and escrow charges  ($1,550.00) | 2500-000 | | | |
| | | Snohomish County | Excise tax  ($15,240.42) | 2820-000 | | | |
| | 1 | | 11913 59Th Ave W  $906,484.00<br>Mukilteo Wa 98275-0000<br>Snohomish | 1110-000 | | | |
| 08/28/22 | 1 | Law Office of Wanda Nuxoll | sale proceeds<br>settlement/sale of residence | 1110-000 | $906,484.00 | | $1,796,177.58 |
| 08/28/22 | 1 | Law Office of Wanda Nuxoll | sale proceeds Reversal<br>duplicate | 1110-000 | ($906,484.00) | | $889,693.58 |
| 09/01/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $63.38 | $889,630.20 |
| 09/19/22 | 13 | Timothy Eyman | settlement<br>VB on vacation prior week | 1129-000 | $900.00 | | $890,530.20 |
| 09/22/22 | | Tim Eyman | settlement | | $20,507.90 | | $911,038.10 |
| | | | Gross Receipts  $20,507.90 | | | | |
| | 13 | | Bank Of America Amounts In 4  $19,864.17<br>Accounts Listed In Declaration.<br>Represents Gifts All Post-<br>Petition. | 1129-000 | | | |
| | 31 | | PayPal Account credit balance  $643.73 | 1229-000 | | | |
| 09/23/22 | 2001 | Thomas Linde<br>Schweet Linde & Coulson<br>575 S Michigan St<br>Seattle, WA 98108 | Distribution<br>Per court order docket 490 | | | $170,999.94 | $740,038.16 |
| | | Thomas Linde | ($163,727.50) | 3210-000 | | | |
| | | Thomas Linde | ($7,272.44) | 3220-000 | | | |

| | | | Page Subtotals: | | $911,101.48 | $171,063.32 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 18-14536
Case Name: Timothy Donald Eyman
Trustee Name: Virginia Andrews Burdette
Bank Name: Axos Bank
Account Number/CD#: XXXXXX1271
Checking

Taxpayer ID No: XX-XXX2810
For Period Ending: 01/17/2024
Blanket Bond (per case limit): $65,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/03/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $936.27 | $739,101.89 |
| 11/01/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $816.12 | $738,285.77 |
| 12/01/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $788.85 | $737,496.92 |
| 01/03/23 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $814.28 | $736,682.64 |
| 01/24/23 | 2003 | Thomas Linde<br>Schweet Linde & Coulson<br>575 S Michigan St<br>Seattle, WA 98108 | Distribution Reversal incorrect amount | | | ($13,220.50) | $749,903.14 |
| | | Thomas Linde | $13,195.00 | 3210-000 | | | |
| | | Thomas Linde | $25.50 | 3220-000 | | | |
| 01/24/23 | 2002 | VIRGINIA A BURDETTE<br>VIRGINIA ANDREWS BURDETTE, TRUSTEE<br>P.O. BOX 16600<br>SEATTLE, WA 98116 | Distribution | | | $32,158.67 | $717,744.47 |
| | | VIRGINIA A BURDETTE | ($31,909.09) | 2100-000 | | | |
| | | VIRGINIA A BURDETTE | ($249.58) | 2200-000 | | | |
| 01/24/23 | 2003 | Thomas Linde<br>Schweet Linde & Coulson<br>575 S Michigan St<br>Seattle, WA 98108 | Distribution | | | $13,220.50 | $704,523.97 |
| | | Thomas Linde | ($13,195.00) | 3210-000 | | | |
| | | Thomas Linde | ($25.50) | 3220-000 | | | |

Page Subtotals: $0.00 $35,514.19

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 18-14536 | Trustee Name: Virginia Andrews Burdette |
| Case Name: Timothy Donald Eyman | Bank Name: Axos Bank |
| | Account Number/CD#: XXXXXX1271 |
| | Checking |
| Taxpayer ID No: XX-XXX2810 | Blanket Bond (per case limit): $65,000,000.00 |
| For Period Ending: 01/17/2024 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/24/23 | 2004 | Richard N. Ginnis, CPA<br>POB 30081<br>Seattle, WA 98113 | Distribution | | | $1,148.00 | $703,375.97 |
| | | Richard N. Ginnis, CPA | ($7.00) | 3420-000 | | | |
| | | Richard N. Ginnis, CPA | ($1,141.00) | 3410-000 | | | |
| 01/24/23 | 2005 | GOODSTEIN LAW GROUP PLLC<br>501 S G STREET<br>TACOMA, WA 98405 | Distribution<br>1.23.23 order | 6700-000 | | $328,114.00 | $375,261.97 |
| 01/24/23 | 2006 | Larry B. Feinstein<br>Attorney at Law<br>12819 SE 38th St., PMB #40<br>Bellevue, WA 98006 | Distribution<br>1.23.23 order | 6700-000 | | $8,112.50 | $367,149.47 |
| 01/24/23 | 2007 | UNITED STATES TRUSTEE<br>700 Stewart St Ste 5103<br>Seattle, WA 98101 | Distribution<br>1.23.23 Order | 2950-000 | | $249.58 | $366,899.89 |
| 01/24/23 | 2008 | Thomas Linde<br>Schweet Linde & Coulson<br>575 S Michigan St<br>Seattle, WA 98108 | Distribution | | | $13,221.00 | $353,678.89 |
| | | Thomas Linde | ($13,195.50) | 3210-000 | | | |
| | | Thomas Linde | ($25.50) | 3220-000 | | | |
| 02/01/23 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $745.48 | $352,933.41 |
| 03/01/23 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $352.09 | $352,581.32 |
| 04/03/23 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $389.29 | $352,192.03 |
| 04/10/23 | 2009 | International Sureties LTD<br>701 Poydras Street<br>Suite 420<br>New Orleans, LA 70139 | Payment of 2023 Bond | 2300-000 | | $291.73 | $351,900.30 |

Page Subtotals: $0.00 $352,623.67

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 18-14536 | Trustee Name: Virginia Andrews Burdette |
| Case Name: Timothy Donald Eyman | Bank Name: Axos Bank |
| | Account Number/CD#: XXXXXX1271 |
| | Checking |
| Taxpayer ID No: XX-XXX2810 | Blanket Bond (per case limit): $65,000,000.00 |
| For Period Ending: 01/17/2024 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/01/23 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $376.29 | $351,524.01 |
| 06/01/23 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $388.12 | $351,135.89 |
| 08/30/23 | | Virginia Burdette | Distribution over payment of interim fees | 2200-000 | | ($216.96) | $351,352.85 |
| 11/17/23 | 2010 | VIRGINIA A BURDETTE VIRGINIA ANDREWS BURDETTE, TRUSTEE P.O. BOX 16600 SEATTLE, WA 98116 | Distribution | | | $17,765.54 | $333,587.31 |
| | | VIRGINIA A BURDETTE | Final distribution creditor account # representing a payment of 35.72% per court order. ($17,735.51) | 2100-000 | | | |
| | | VIRGINIA A BURDETTE | Final distribution creditor account # representing a payment of 47.93% per court order. ($30.03) | 2200-000 | | | |
| 11/17/23 | 2011 | Schweet Linde & Rosenblum, PLLC 575 S Michigan St Seattle, WA 98108 | Distribution | | | $12,810.50 | $320,776.81 |
| | | Schweet Linde & Rosenblum, PLLC | Final distribution creditor account # representing a payment of 6.66% per court order. ($12,622.50) | 3210-000 | | | |
| | | Schweet Linde & Rosenblum, PLLC | Final distribution creditor account # representing a payment of 2.51% per court order. ($188.00) | 3220-000 | | | |
| 11/17/23 | 2012 | KLINEDINST PC c/o Daniel Agle, Esq. 501 W Broadway, 11th Floor San Diego, CA 92101 | Final distribution to claim 1 creditor account #4012 representing a payment of 5.74% per court order. | 7100-000 | | $3,662.35 | $317,114.46 |
| | | | Page Subtotals: | | $0.00 | $34,785.84 | |

UST Form 101-7-TDR (10/1/2010) (Page: 15)

# FORM 2
# ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 18-14536  
Case Name: Timothy Donald Eyman  
Taxpayer ID No: XX-XXX2810  
For Period Ending: 01/17/2024

Trustee Name: Virginia Andrews Burdette  
Bank Name: Axos Bank  
Account Number/CD#: XXXXXX1271  
Checking  
Blanket Bond (per case limit): $65,000,000.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/17/23 | 2013 | STATE OF WASHINGTON ATTORNEY GENERAL"S OFFICE ATTN: LINDA DALTON PO BOX 40100 OLYMPIA, WA 98504-0100 | Final distribution to claim 2 creditor account # representing a payment of 5.74% per court order. | 7100-000 | | $317,114.46 | $0.00 |
| 11/21/23 | 2013 | STATE OF WASHINGTON ATTORNEY GENERAL"S OFFICE ATTN: LINDA DALTON PO BOX 40100 OLYMPIA, WA 98504-0100 | Final distribution to claim 2 creditor account # representing a payment of 5.74% per court order. Reversal Atty for State of WA had check and shredded it per VB request. To reissue in accordance with State of WA request for pay info. | 7100-000 | | ($317,114.46) | $317,114.46 |
| 11/21/23 | 2014 | The Washington State Treasurer WA State Attorney General's Office Attention Jessica Buswell P.O. Box 40111 Olympia WA 98504-0111 | Distribution replacement check | 7100-000 | | $317,114.46 | $0.00 |
| 12/09/23 | 2012 | KLINEDINST PC c/o Daniel Agle, Esq. 501 W Broadway, 11th Floor San Diego, CA 92101 | Final distribution to claim 1 creditor account #4012 representing a payment of 5.74% per court order. Reversal | 7100-000 | | ($3,662.35) | $3,662.35 |
| 12/11/23 | 2015 | KLINEDINST PC c/o Daniel Agle, Esq. 501 W Broadway, 11th Floor San Diego, CA 92101 | Distribution | 7100-000 | | $3,662.35 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $911,101.48 | $911,101.48 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $911,101.48 | $911,101.48 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $911,101.48 | $911,101.48 |

Page Subtotals: $0.00 $317,114.46

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---:|---:|---:|
| XXXXXX1271 - Checking | $911,101.48 | $911,101.48 | $0.00 |
|  | $911,101.48 | $911,101.48 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---:|
| Total Allocation Receipts: | $16,790.42 |
| Total Net Deposits: | $911,101.48 |
| Total Gross Receipts: | $927,891.90 |

Page Subtotals: $0.00 $0.00