Form clno (02/2011)

**UNITED STATES BANKRUPTCY COURT**
Western District of Washington
700 Stewart St, Room 6301
Seattle, WA 98101

In Re:
    Timothy Donald Eyman

Case Number: 18−14536−MLB
Chapter: 7

    Debtor(s).

## CASE CLOSED WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above−captioned case has been closed without entry of discharge for **Timothy Donald Eyman,** for the reason(s) indicated below:

☒ The Debtor(s) did not file a Debtor's Certification of Completion of Postpetition Instructional Course Concerning Personal Financial Management.

☐ Debtor(s) has not certified that all domestic support obligations due have been paid.

☐ Debtor(s) is ineligible for a discharge.

**If the debtor files a Motion to Reopen the Case to file the missing certificate(s), a reopening fee is due.**

Dated: March 26, 2024

                                            Gina Zadra Walton
                                            Clerk of the Bankruptcy Court